PEDRO GOMEZ
#K37471   C4-224
P.O. BOX 7500
CRESCENT CITY, CA 95532

IN PRO-SE

E-filing

FILED

JUN 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MMC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 08    2969

PEDRO GOMEZ,
        PLAINTIFF

V.

MERLE SOGGE, DOCTOR (DR) OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILI-
TATION (CDCR), AT PELICAN BAY STATE
PRISON (PBSP);
C. WILLIAMS, DR. OF CDCR AT PBSP;
LINDA ROWE, DR. OF CDCR AT PBSP;
SUSAN WADDELL, REGISTERED NURSE (R/N)
OF CDCR AT PBSP;
LORI BREE, R/N OF CDCR AT PBSP;
JANE DOE, MEDICAL TECHNICAL ASSIS-
TANT (MTA), OF CDCR AT PBSP;
DAVID TIMME, R/N OF CDCR AT PBSP;
J. CARR, R/N OF CDCR AT PBSP;

R. MILLS, CORRECTIONAL OFFICER (C/O)
OF CDCR AT PBSP;
D. QUAM, C/O OF CDCR AT PBSP;
STRAIN, SERGEANT (SGT) OF CDCR AT
PBSP;
JOHN DOE, SGT OF CDCR AT PBSP;

SANDRA SAUNDERS, DR OF SUTTER COAST
HOSPITAL (SCH);
SUSAN SCHOMMER, DR OF SCH;
ANDREAN GUROV, DR OF SCH;
DONALD MICHELETTI, DR OF SCH;
GINA BASTELUM, P.A. OF SCH;
SYLVIA NASH, DR. OF SCH;
COX, C/O OF CDCR AT PBSP.

        DEFENDANTS,

IN THEIR INDIVIDUAL CAPACITIES

CASE NO.    (PR)

COMPLAINT FOR DAMAGES
CIVIL RIGHTS UNDER
42 U.S.C. 1983

DEMAND FOR JURY TRIAL

PLAINTIFF PEDRO GOMEZ COMPLAINS AGAINST DEFENDANTS AS FOLLOWS:

1 OF 29

# I. INTRODUCTION

(1) THIS IS A COMPLAINT FOR DAMAGES BROUGHT UNDER 42 U.S.C. SECT. 1983, TO REMEDY CONSTITUTIONAL AND STATE LAW VIOLATIONS IN CONNECTION WITH THE DEFENDANTS DELIBERATE INDIFFERENCE TO PLAINTIFF'S SERIOUS MEDICAL NEEDS, EXCESSIVE FORCE, MALPRACTICE, FAILURE TO PROVIDE IMMEDIATE MEDICAL CARE, AND THE BATTERY ON PLAINTIFF PEDRO GOMEZ IN MAY 17TH, 2007, THROUGH MAY 25TH, 2007. THE ABOVE ALLEGATIONS WERE VIOLATIONS OF HIS CONSTITUTIONAL RIGHTS UNDER THE EIGHTH AMENDMENTS' PROHIBITION AGAINST CRUEL AND UNUSUAL PUNISHMENT. DEFENDANTS ALSO VIOLATED PLAINTIFF'S STATE LAW RIGHTS UNDER CALIFORNIA STATE TORT LAW.

# II. JURISDICTION

(2) THIS CASE IS BROUGHT PURSUANT TO 42 U.S.C. SECT. 1983, BECAUSE PLAINTIFFS' CONSTITUTIONAL RIGHTS WERE VIOLATED BY AN INDIVIDUAL ACTING UNDER THE COLOR OF STATE LAW. JURISDICTION IS BASED ON 28 U.S.C. SECTIONS 1331 AND 1343. THE COURT ALSO HAS SUPPLEMENTAL JURISDICTION OVER THE STATE LAW CLAIMS, UNDER 28 U.S.C. 1867

# III PARTIES

(3) PLAINTIFF PEDRO GOMEZ, IS A PRISONER OF THE STATE OF CALIFORNIA, PRESENTLY INCARCERATED AT PELICAN BAY STATE PRISON, AND WHO WAS INCARCERATED IN THAT PRISON AT ALL TIMES RELEVANT TO THIS ACTION.

(4) DR. MERLE SOGGE, IS A DOCTOR AND EMPLOYEE OF THE CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITION, (CDCR) EMPLOYED AT PELICAN BAY STATE PRISON, (PBSP) AND HELD THAT POSITION AT ALL TIMES MENTIONED HERE IN.

(5) DR. C. WILLIAMS, IS A DR. AND EMPLOYEE OF THE CDCR. AND EMPLOYED AT PBSP, WHO HELD THAT POSITION AT ALL TIMES MENTIONED HERE IN.

(6) DR. LINDA ROWE IS A DR. AND EMPLOYEE OF THE CDCR, EMPLOYED AT PBSP, AND HELD THAT POSITION AT ALL TIMES MENTIONED HEREIN.

(7) R/N SUSAN WADDELL, IS AN R/N AND EMPLOYEE OF THE CDCR. EMPLOYED AT PBSP, AND HELD THAT POSITION AT ALL TIMES MENTIONED HERE IN.

(8) R/N LORI BREE, IS A R/N AND EMPLOYEE OF THE CDCR, EMPLOYED AT PBSP, AND HELD THAT POSITION AT ALL TIMES MENTIONED HERE IN.

(9) MTA. JANE DOE, IS AN M.T.A. AND EMPLOYEE OF THE CDCR, EMPLOYED AT PBSP, AND HELD THAT POSITION AT ALL TIMES MENTIONED HERE IN.

(10) R/N DAVID TIMME, IS AN R/N AND EMPLOYEE OF THE CDCR, EMPLOYED AT PBSP, AND HELD THAT POSITION AT ALL TIMES MENTIONED HERE IN.

(11) R/N J. CARR, IS AN R/N AND EMPLOYEE OF THE CDCR, EMPLOYED AT PBSP, AND HELD THAT POSITION AT ALL TIMES MENTIONED HERE IN.

(12) C/O R. MILLS, IS A CORRECTIONAL OFFICER FOR THE CDCR, EMPLOYED AT PBSP, HOLDING THE RANK OF A CORRECTIONAL OFFICER, AND HELD THAT POSITION AT ALL TIMES MENTIONED HERE IN.

(13) C/O D. QUAM, IS A CORRECTIONAL OFFICER FOR THE CDCR, EMPLOYED AT PBSP, HOLDING THE RANK OF AN OFFICER, AND HELD THAT POSITION AT ALL TIMES MENTIONED HERE IN.

(14) SGT. STRAIN, IS A CORRECTIONAL OFFICER FOR THE CDCR, EMPLOYED AT PBSP, HOLDING THE RANK OF A SERGEANT AND HELD THAT POSITION AT ALL TIMES MENTIONED HERE IN.

(15) SGT. JOHN DOE, IS A CORRECTIONAL OFFICER FOR THE CDCR, EMPLOYED AT PBSP, HOLDING THE RANK OF A SERGEANT AND HELD THAT POSITION AT ALL TIMES MENTIONED HERE IN.

(16) C/O COX, IS A CORRECTIONAL OFFICER FOR THE CDCR, EMPLOYED AT PBSP, HOLDING THE RANK OF AN OFFICER, AND HELD THAT POSITION AT ALL TIMES MENTIONED HERE IN.

(17) DR. SANDRA SAUNDERS, IS A DOCTOR AND EMPLOYEE OF SUTTER COAST HOSPITAL, AND HELD THAT POSITION AT ALL TIMES MENTIONED HERE IN.

(18) DR. SUSAN SCHOMMER, IS A DOCTOR AND EMPLOYEE OF SUTTER COAST HOSPITAL, AND HELD THAT POSITION AT ALL TIMES MENTIONED HERE IN.

(19) DR. ANDREAN GUROV, IS A DOCTOR AND EMPLOYEE OF SUTTER COAST HOSPITAL, AND HELD THAT POSITION AT ALL TIMES MENTIONED HERE IN.

(20) DR. DONALD MICHELETTI, IS A DOCTOR AND EMPLOYEE OF SUTTER COAST HOSPITAL, AND HELD THAT POSITION AT ALL TIMES MENTIONED HERE IN.

(21) P.A. GINA GASTELUM, IS A PHYSICIAN ASSISTANT AND EMPLOYEE OF SUTTER COAST HOSPITAL, AND HELD THAT POSITION AT ALL TIMES MENTIONED HERE IN.

(22) DR. SYLVIA NASH, IS A DOCTOR AND EMPLOYEE OF SUTTER COAST HOSPITAL, AND HELD THAT POSITION AT ALL TIMES MENTIONED HERE IN.

(23) AT ALL TIMES MENTIONED HERE IN, THE DEFENDANTS, AND

EACH OF THEM WERE EMPLOYEES OF THE STATE OF CALIFORNIA.

(24) EACH DEFENDANT IS SUED IN HIS INDIVIDUAL CAPACITY. AT ALL TIMES MENTIONED IN THIS COMPLAINT, EACH DEFENDANT ACTED UNDER COLOR OF STATE LAW.

## IV  STATEMENT OF FACTS

(25) ON THURSDAY, MAY 17TH, 2007, I WAS SCHEDULED FOR A "LIVER BIOPSY" AT THE CORRECTIONAL TREATMENT CENTER (CTC) PBSP. [SEE EXHIBIT "A."]

(26) THAT MORNING (5/17/07) AT APPROXIMATELY 6:15 AM. I WAS ESCORTED TO THE CTC. I WAS TOLD THAT I WAS GOING TO HAVE MY VITAL SIGNS TAKEN PRIOR TO MY LIVER BIOPSY, TO MAKE CERTAIN ALL WAS NORMAL AND GOOD TO PROCEED.

(27) MY VITAL SIGNS WERE TAKEN BY AN R/N AND I ASKED HER IF EVERYTHING WAS OKAY WITH ME, AND SHE RESPONDED "PERFECT."

(28) MINUTES LATER I WAS TOLD TO TAKE MY SHIRT OFF AND I WAS THEN ESCORTED TO A ROOM WHERE I WAS TOLD TO LAY ON A BED.

(29) THE OPERATING DOCTOR, DR. MERLE SOGGE WALKED INTO THE ROOM, AND TOLD ME TO RAISE MY HANDS ALL THE WAY UP ABOVE MY HEAD SO HE COULD SEE MY FULL BODY STRETCHED FROM WAIST AND ABOVE.

(30) DR. SOGGE THEN ASKED ME TO TAKE A FEW DEEP BREATHS, WHICH I DID. I THEN FELT SHARP TAPS (FROM HIS FINGERS) ON THE RIGHT SIDE OF MY RIB-CAGE. DR. SOGGE USED HIS PEN TO IDENTIFY WITH INK, TWO SEPARATE PARTS ON MY BODY. THE TWO MARKS WERE LOCATED INCHES APART FROM ONE ANOTHER.

(31) DR. SOGGE THEN PLACED COVERS OVER MY BODY. THE COVERS HAD

A HOLE WHERE THE PROCEDURE WAS TO TAKE PLACE. DR. SOGGE THEN TURNED AND GRABBED A GIGANTIC NEEDLE (SYRANGE), AND HE TOLD ME TO TAKE A FEW DEEP BREATHS.

(32) I THEN TOOK A DEEP BREATH, AND DR. SOGGE TOLD ME TO EX-HALE, HE THEN ASKED ME TO TAKE ANOTHER DEEP BREATH, WHICH I DID, AND IN THE PROCESS OF ME INHALING, I FELT AN IMMEDIATE SHARP PAIN INSIDE OF MY BODY TOWARDS THE CENTER OF MY CHEST.

(33) AT THAT POINT I COULDN'T BREATH NORMALLY. DR. SOGGE SAID THAT, THAT WAS WITH IN NORMAL EXPECTATIONS. AFTER THIS PROCEDURE I WAS THEN ROLLED INTO A DIFFERENT ROOM WHERE TWO OFFICERS WAT-CHED OVER ME FOR THE NEXT TWO HOURS.

(34) DURING THOSE TWO HOURS, R/N WADDELL CHECKED MY TEMPER-ATURE EVERY 15 (FIFTEEN) MINUTES. DURING A COUPLE OF THOSE TEM-PERATURE CHECKS I TOLD R/N WADDELL THAT I COULDN'T BREATH NORMAL-LY BECAUSE I'D GET A PINCHING PAIN ON THE LOWER RIGHT SIDE OF MY STOMACH AND PAIN ON MY CHEST.

(35) R/N WADDELL SAID I WAS OKAY, THAT IT WAS NORMAL AND THAT IT WOULD GO AWAY. WHEN THE TWO HOURS ELAPSED I WAS ABLE TO BREA-TH A LITTLE BETTER. I WAS STILL IN PAIN, BUT I WAS TOLD BY R/N WADDELL THAT IT WAS OKAY AND THAT IT WOULD GO AWAY.

(36) R/N WADDELL THEN TOLD ME THAT IF I HAD ANY PROBLEMS WITH MY HEALTH, DUE TO THE LIVER BIOPSY, TO IMMEDIATELY LET ME-DICAL STAFF KNOW. [SEE EXHIBIT "B." PBSP INSTRUCTIONS FOR PERCUTANEOUS LIVER BIOPSY.] I WAS THEN ESCORTED TO MY CELL.

(37) THAT SAME NIGHT I RECEIVED VIA INSTITUTIONAL MAIL, A PBSP INSTRUCTIONS FOR PERCUTANEOUS LIVER BIOPSY, [SEE EXHIBIT "B"] WHICH INSTRUCTED ME TO LET MEDICAL STAFF KNOW IF I DEVELOPED; " SHORTNESS OF BREATH'; PERSISTING BLEEDING FROM PUNCTURE SITE '; ABDOMINAL DIS-

STRESS,' 'FAINTING SPELLS,' OR FEVER'; 'TEMPERATURE GREATER THAN 100 DEGREES BY MOUTH."

(38) THE FOLLOWING DAY, FRIDAY MAY 18TH, 2007, I HAD TROUBLE SLEEPING AND FELT A LITTLE PAIN THAT WOULD COME AND GO. I DID NOT BRING THIS FACT TO THE MEDICAL STAFF BECAUSE I HAD BEEN ASURED BY R/N WADDELL THAT IT WAS NORMAL TO HAVE A LITTLE PAIN, AND THAT IT WOULD GO AWAY.

(39) ON SATURDAY, MAY 19TH, 2007, I WOKE UP AT ABOUT 5:00 AM. I FELT PAIN ON MY CHEST AND STOMACH AREA. THE PAIN WOULD COME AND GO IN SPORADIC BURSTS.

(40) LATER THAT DAY DURING 2ND WATCH, I WAS ONCE AGAIN HAVING PAIN ON MY CHEST AND STOMACH AREA, AND WAS HAVING TROUBLE BREATHING. I THEN TOLD THE CONTROL BOOTH OFFICER JOHN DOE, THAT I HAD JUST HAD A LIVER BIOPSY TAKEN ON MAY 17TH, 2007 AND THAT I WAS HAVING PAIN ON MY CHEST AND STOMACH AREA, AND THAT I WAS TOLD BY MEDICAL STAFF TO INFORM THEM IF I WAS HAVING ANY COMPLICATIONS.

(41) CONTROL BOOTH OFFICER DID NOT CALL MEDICAL STAFF, THUS NO ONE CAME TO SEE ME, AND I WAS FORCED TO ENDURE SPORA-DIC PAINS ALL DAY AND NIGHT.

(42) ON SUNDAY MAY 20TH, 2007, I ONCE AGAIN AWOKE EARLY AT ABOUT 4:00 OR 5:00 AM. THE PAIN I WAS NOW EXPERIENCING WAS STRONGER. I GOT WORRIED BECAUSE THE PAIN WAS MORE FRE-QUENT AND WAS NOT GOING AWAY. MY CHEST AND STOMACH AREA WAS SEVERELY BOTHERING ME AND I STARTED GETTING LIGHTHEADED AND SHORTNESS OF BREATH. I FELT THIS WAY MOST OF THE DAY AND CAME TO THE POINT WHERE I COULD NO LONGER TAKE THE PAIN.

(43) ON 2ND WATCH, I TOLD (C-4) THE FLOOR OFFICER COX, THAT

1  I HAD JUST WENT THROUGH A LIVER BIOPSY ON THURSDAY MAY 17TH, AND

2  THAT I WAS HAVING PROBLEMS BREATHING, AND THAT MY CHEST AND STO-

3  MACH WERE BOTHERING ME, AND THAT I WAS IN SEVERE PAIN.

4  (44) C/O COX MERELY BRUSHED MY MEDICAL CONDITION ASIDE

5  AND DID NOTHING TO OBTAIN/ACQUIRE MEDICAL ASSISTANCE FOR ME.

6  I WAS FORCED TO ENDURE PAIN AND SUFFERING THE ENTIRE DAY

7  WITHOUT MEDICAL TREATMENT.

8  (45) ON MONDAY, MAY 21ST, 2007, THE PAIN JUST INCREASED

9  AND I STARTED GOING THROUGH SOME EXCRUCIATING PAINFUL BOUTS.

10  I TOLD CONTROL BOOTH OFFICER SHIPPLEY AND FLOOR C/O DOERING. I

11  TOLD C/O SHIPPLEY THAT I NEEDED TO SEE THE DOCTOR BECAUSE THE PAIN

12  WAS KILLING ME. I TOLD C/O SHIPPLEY THAT I HAD JUST GOTTEN A

13  "LIVER BIOPSY" ON THE 17TH (FEW DAYS AGO) AND THAT I WAS HAVING

14  PROBLEMS BREATHING AND THAT MY CHEST AND STOMACH WERE BOTHERING

15  ME.

16  (46) TIME PASSED AND NO MEDICAL STAFF ARRIVED, SO I ASKED

17  C/O SHIPPLEY, "WHAT HAPPENED TO THE DOCTOR?" C/O SHIPPLEY SAID,

18  "I TOLD THEM ALREADY." I THEN STATED, "I NEED TO SEE A DOCTOR

19  NOW!" I'M IN PAIN!" HE SAID HE WOULD CALL AGAIN.

20  (47) I DID NOT SEE MEDICAL STAFF ON 2ND WATCH, DESPITE MY

21  NUMEROUS REQUESTS'. HOURS PASSED AND DURING 3RD WATCH, ABOUT

22  5:30 PM, THE PAIN GOT SO BAD THAT I HAD TO LAY ON MY BED

23  HOLDING MY STOMACH AND CHEST, JUST RUBBING IT, HOPING THE

24  PAIN WOULD GO AWAY.

25  (48) THE PAIN GOT SO SEVERE THAT I COULD NOT TAKE IT, AND

26  THE PRISONERS IN MY SECTION HAD TO CALL HELP FOR ME. I JUST

27  LAID IN BED WAITING FOR MEDICAL STAFF TO ARRIVE.

28  (49) THE FIRST PERSON TO ARRIVE WAS C/O JONES. I TOLD

c/o JONES, "I HAD A LIVER BIOPSY ON THE 17TH, AND I'VE BEEN HAVING PROBLEMS EVER SINCE. c/o JONES SAID HE WAS GOING TO SEE IF HE COULD GET THE MEDICAL TECHNICIAN ASSISTANT (MTA) TO COME OVER.

(50) A FEW MINUTES LATER c/o JONES AND c/o McNAMARA ARRIVED AT THE FRONT OF MY CELL. c/o McNAMARA STARTED ASKING ME QUESTIONS REGARDING MY HEALTH STATUS.

(51) I TOLD c/o McNAMARA PRACTICALLY THE SAME THING I TOLD c/o JONES; THAT I HAD A "LIVER BIOPSY" ON THURSDAY THE 17TH, AND THAT I'D BEEN HAVING SEVERE PAIN. I TOLD c/o McNAMARA THAT I FELT LIKE PASSING OUT, THAT I COULDN'T BREATH.

(52) c/o McNAMARA STARTED ARGUING WITH CONTROL OFFICER JOHN DOE, BECAUSE THE CONTROL BOOTH OFFICER WOULDN'T GET THE SERGEANT TO OUR CELL (C4 - 224). THE CONTROL c/o JOHN DOE WAS SAYING, "THE SERGEANT IS REFUSING TO COME OVER HERE."

(53) c/o McNAMARA YELLED BACK FRUSTRATED "PUSH YOUR ALARM IF YOU HAVE TO, BUT THE SERGEANT NEEDS TO GET HIS ASS OVER HERE!"

(54) MTA JANE DOE ARRIVED TO THE FRONT OF MY CELL. SHE WAS ALREADY BRIEFED BY c/o McNAMARA, ON MY SITUATION.

(55) SHE (MTA) ASKED ME WHERE THE PAIN WAS AND TO WHAT LEVEL IT WAS, 1—5, FIVE BEING THE WORST. I, STILL LAYING IN BED AGONIZING, STARTED MAKING HUGE SIRCLES WITH MY RIGHT HAND, IN-DICATING THAT THE PAIN WAS EVERYWHERE FROM WAIST AND ABOVE. THE ONLY THING I WAS ABLE TO TELL HER DUE TO THE EXCRUCIATING PAIN I WAS EXPERIENCING, WAS, " I HAD A LIVER BIOPSY ON THURSDAY THE 17TH ... " I DIDN'T HAVE THE STRENGTH TO TALK AFTER THAT. I JUST LAID THERE AGONIZING.

(56) I HEARD c/o McNAMARA STILL ARGUING WITH CONTROL OFFICER,

1  THEN I HEARD MY NEIGHBOR MR. PRESTON VILLINES # K99130  (c4-223)
2  TELL OFFICER'S AND MTA "WHY DON'T YOU PRESS YOUR ALARM, WHAT
3  ARE YOU WAITING FOR!?" C/O McNAMARA TOLD HIM TO, "SIT HIS ASS
4  DOWN OR HE'LL WRITE HIM UP FOR INCITING A RIOT!" AFTER THAT, I
5  NO LONGER HEARD ANYONE'S VOICE. I LOST CONSCIOUS BEFORE THE SER-
6  GEANT GOT TO OUR BLOCK.

(57) I AWOKE TO OFFICER'S CUFFING MY HANDS BEHIND MY BACK.
8  I WAS PLACED ON A STRETCHER AND TAKEN DOWN THE (F-POD) STAIRS
9  AND OUT OF THE UNIT.

10  (58) I THEN HAD MY VITAL SIGNS TAKEN BY MTA JANE DOE.

11  (59) THE RESPONDING SERGEANT'S WERE, SGT. STRAIN AND SGT. JOHN DOE.

12  (60) I WAS THEN TRANSPORTED TO CTC. ONCE AT CTC I WAS
13  SEEN BY R/N J. CARR. R/N J. CARR PROCEEDED IN PLACING EKG
14  CABLES ON ME TO MONITOR MY HEART, AND THEN TOOK MY VITAL SIGNS.
15  R/N J. CARR GAVE ME SOME PILLS TO TAKE AND A LIQUID DRINK. HE
16  SAID THAT, THAT WOULD MAKE ME FEEL BETTER.

17  (61) I THEN SPECIFIED AND TOLD R/N J. CARR THAT I HAD JUST
18  HAD A "LIVER BIOPSY" ON THURSDAY (5/17/07) AND THAT I'D BEEN
19  HAVING MEDICAL PROBLEMS EVER SINCE. I FURTHER TOLD HIM THAT
20  I'D BEEN HAVING SEVERE PAIN TO MY CHEST AND STOMACH AREA, AND
21  BEEN HAVING TROUBLE BREATHING. I ALSO SAID I WANTED SOME EXAMS
22  TO BE MADE.

23  (62) R/N J. CARR SAID HE WAS TALKING TO DOCTOR WILLIAMS ON
24  THE PHONE CONCERNING MY MEDICAL CONDITION. R/N CARR THEN SAID,
25  "WE'LL SEE WHAT WE CAN DO FOR YOU."

26  (63) A FEW HOURS LATER I WAS SENT BACK TO MY CELL WITH
27  A PRESCRIPTION OF NEXIUM 20 MG. I WAS NOT GIVEN ANY MEDICAL
28  TREATMENT FOR MY SERIOUS MEDICAL CONDITION.

(64) R/N J. CARR AND DR. WILLIAMS BOTH KNEW AND WERE AWARE THAT I HAD JUST HAD A LIVER BIOPSY, AND THAT I WAS HAVING CHEST AND STOMACH PAIN, AND WAS EXPERIENCING SHORTNESS OF BREATH, WHICH WERE ALL CONSISTENT WITH THE PBSP POST-OP INSTRUCTIONS FOR PERCU-TANEOUS LIVER BIOPSY, WHICH I WAS GIVEN AND WAS ALSO IN MY MEDICAL FILE, WHICH MEDICAL STAFF WERE AWARE OF.

(65) DESPITE ALL THESE OVERWHELMING FACTS, I WAS STILL NOT GIVEN ADEQUATE TREATMENT, AND I WAS FORCED TO ENDURE SEVERE PAIN AND SUFFERING, AND WAS SHOWN DELIBERATE INDIFFERENCE TO MY MEDICAL NEEDS.

(66) ON TUESDAY, MAY 22 ND, 2007, THE SEVERE PAIN I WAS EXPERIENCING CONTINUED TO ESCALATE AND I ONCE AGAIN TOLD 2ND WATCH CONTROL BO-OTH OFFICER SHIPPLEY TO CALL THE DOCTOR FOR ME.

(67) R/N LORI BREE CAME TO SEE ME, (AT THE FRONT OF MY SECTION) TOOK MY VITAL SIGNS AND MERELY SAID MY BLOOD PRESSURE WAS A LITTLE HIGH. I THEN TOLD HER, AS I CONTINUESLY TOLD MEDICAL STAFF, THAT I HAD JUST HAD A LIVER BIOPSY ON THURSDAY THE 17TH, AND I'D BEEN HAVING PAIN EVER SINCE.

(68) I TOLD R/N BREE THAT I'D BEEN HAVING SEVERE STOMACH AND CHEST PAINS AND HAD BEEN EXPERIENCING SHORTNESS OF BREATH AND TROU-BLE BREATHING.

(69) R/N BREE PAID NO HEED TO MY COMPLAINTS. I THEN TOLD HER I WANTED SOME EXAMS TAKEN AND THAT I WANTED TO SEE A DOCTOR.

(70) R/N BREE SAID THAT THE DOCTOR WAS AWARE AND THAT I'D BE PUT ON THE DOCTOR'S LIST FOR THE FOLLOWING DAY. R/N BREE SAID THAT THE BIOPSY NURSE (R/N WADDELL) WAS ALSO NOTIFIED.

(71) R/N BREE WOULD JUST TELL ME TO RELAX. I INSISTED THAT IT'S BEEN DAYS SINCE I'VE HAD THE PAINS, AND HAD NOT GOTTEN ANY TREATMENT.

(72) DESPITE MY COMPLAINTS AND R/N BREE'S KNOWLEDGE, (ALONG WITH DOCTOR ROWE AND BIOPSY NURSE R/N WADDELL) OF MY SERIOUS MEDICAL CONDITION, I WAS NOT GIVEN ANY TREATMENT AND WAS SENT BACK TO MY CELL.

(73) LATER THAT SAME DAY (05/22/07) DURING 3RD WATCH, I ONCE AGAIN COMPLAINED ABOUT MY SERIOUS MEDICAL NEEDS/PROBLEMS. I WAS ESCORTED TO THE C-FACILITY SHU. MEDICAL OFFICE BY C/O QUAM AND C/O MILLS.

(74) I SAT STRADDLING A CHAIR. R/N DAVID TIMME THEN TOOK MY VITAL SIGNS. R/N TIMME THEN STARTED SAYING WITH A SMIRK ON HIS FACE; "YOU KNOW GOMEZ, IT SEEMS TO ME THAT YOU ONLY COMPLAIN ABOUT PAIN AFTER DINNER."

(75) I RESPONDED THAT IT WASN'T TRUE, THAT I HAD COMPLAINED AT ALL TIMES.

(76) I REQUESTED TO SEE A DOCTOR BECAUSE OF THE SEVERE PAIN TO MY STOMACH AND CHEST, AND SHORTNESS OF BREATH. I ALSO SAID TO R/N TIMME THAT I HAD JUST HAD A LIVER BIOPSY ON THURSDAY THE 17TH, AND WANTED SOME EXAMS TAKEN.

(77) R/N TIMME REFUSED TO PROVIDE ME MEDICAL TREATMENT FOR MY SERIOUS MEDICAL NEEDS, AND I WAS NOT SEEN BY A DOCTOR.

(78) C/O MILLS TOLD ME TO GET UP. I TOLD HIM I WAS HAVING TROUBLE AND I WAS TRYING TO GET MEDICAL ATTENTION.

(79) C/O MILLS THEN ASKED R/N TIMME, "ARE YOU DONE?"

(80) R/N TIMME RESPONDED, "YES, WE'RE DONE."

(81) C/O MILLS THEN GRABBED MY ARM WITH A TIGHT GRIP AND SAID, "COME ON GOMEZ, WE HAVE AN EMERGENCY TO ATTEND TO."

(82) I SAID, "WHAT ARE YOU TALKING ABOUT?, THIS [IS] AN EMERGENCY! MY HEALTH'S IN SERIOUS DANGER." I TOLD MILLS I WAS

HAVING TROUBLE BREATHING AND WAS HAVING EXCRUCIATING PAIN, AND THAT I WAS ONLY TRYING TO GET MEDICAL ATTENTION.

(83) C/O MILLS MERELY GRABBED MY ARM TIGHTER WITH BOTH HANDS AND TOLD C/O QUAM TO GRAB ME. MY HANDS WERE CUFFED BEHIND MY BACK.

(84) C/O MILLS AND C/O QUAM THEN PHYSICALLY AND HARSHLY YANKED ME FROM THE CHAIR AND THREW ME TO THE GROUND. WHILE ON THE GROUND I FELT PUNCHES TO MY BACK (LOWER PART OR MID-SECTION), I WAS THEN DRAGGED ALMOST ALL THE WAY TO THE DOOR.

(85) WHEN I WAS BEING DRAGGED, I SAW R/N JANE DOE, WHO I HAD SEEN THE PREVIOUS NIGHT.

(86) PRIOR TO ME BEING YANKED FROM CHAIR, R/N JANE DOE, (LATER IDENTIFIED AS NELSON) WAS ALSO TRYING TO HURRY ME OUT OF THERE, DUE TO SOME OTHER EMERGENCY.

(87) BOTH, R/N TIMME AND MTA JANE DOE (NELSON) WITNESSED ME BEING ASSAULTED, BUT NEITHER ATTEMPTED TO INTERVENE IN STOPPING C/O MILLS AND C/O QUAM FROM BEATING AND DRAGGING ME.

(88) WHEN I WAS FINALLY ABLE TO GAIN A LITTLE STRENGTH, I STARTED WALKING VOLUNTARILY, I WAS TAKEN BACK TO MY CELL.

(89) I WAS NOT GIVEN ANY MEDICAL CARE FOR MY SERIOUS MEDICAL NEEDS. I WAS FORCED TO ENDURE SEVERE PAIN TO MY CHEST, STOMACH, AND THE USE OF EXCESSIVE FORCE USED AGAINST ME BY C/O MILLS AND C/O QUAM, (WHICH WAS UNNECESSARY).

(90) MEDICAL STAFF KNEW I NEEDED MEDICAL, MEDICAL TREATMENT BECAUSE I HAD CONTINUESLY COMPLAINED ABOUT MY CONDITION. YET DESPITE THIS, I WAS UNJUSTIFIABLY DENIED MEDICAL CARE.

(91) ON WEDNESDAY, MAY 23RD, 2007, I AGAIN COMPLAINED CONCERNING MY MEDICAL CONDITION AND THE PAIN I WAS HAVING.

(92) I WAS SEEN ONCE AGAIN BY R/N L. BREE, WHO MERELY

1    TOOK MY VITAL SIGNS (THIS WAS IN THE MORNING). I TOLD HER

2    THAT I WAS FEELING BAD AND MY CONDITION WAS GETTING WORSER.

3    (93) I TOLD HER (R/N BREE) THAT, "SHE HAD TOLD ME YESTERDAY

4    THAT I WOULD SEE THE DOCTOR TODAY," AND THAT I HAD TURNED

5    IN TWO SICK-CALL SLIPS (CDC 7362 FORMS).

6    (94) DESPITE MY CONTINUED COMPLAINTS AND THE FACT THAT

7    I WAS EXPERIENCING SEVERE PAIN, I WAS STILL NOT PROVIDED

8    MEDICAL CARE, AND WAS SENT BACK TO MY CELL.

9    (95) LATER THAT SAME DAY (05/23/07), ABOUT 1:20 PM. OR SO,

10   I COULD NO LONGER DEAL WITH THE PAIN I WAS EXPERIENCING,

11   AND THE PRISONER'S IN MY SECTION CALLED FOR HELP (TO THE

12   CONTROL BOOTH OFFICER) FOR ME. THEY TOLD CONTROL BOOTH

13   OFFICER C/O JOHN DOE THAT I NEEDED MEDICAL ATTENTION.

14   (96) AT APPROXIMATELY 1:25 PM. OR SOON THEREAFTER, I WAS ESCORTED

15   TO THE C-FACILITY SHU. MEDICAL OFFICE. MY VITAL SIGNS WERE

16   TAKEN A FEW TIMES. I WAS FINALLY ALLOWED TO SEE THE

17   DOCTOR AND THE DOCTOR FINALLY AGREED TO SEE ME; THIS WAS

18   DOCTOR LINDA ROWE.

19   (97) WHILE WAITING FOR THE DOCTOR TO APPEAR, SGT. STRAIN WALKED

20   INTO THE DOCTOR'S OFFICE AND ASKED ME IF I WAS REALLY SERIOUS

21   ABOUT MY PAIN, AND IF I WAS REALLY SERIOUS ABOUT MY ILLNESS,

22   BECAUSE IF I WAS, THEN HE'D BE ABLE TO PULL SOME STRINGS AND

23   GET THE DOCTOR TO DO SOMETHING FOR ME.

24   (98) I IMMEDIATELY TOLD SGT. STRAIN THAT I WAS INDEED

25   SERIOUS. I THEN TOLD HIM THAT HIS OFFICER'S C/O MILLS AND C/O QUAM

26   HAD JUST DRAGGED ME OUT OF THAT VERY SAME OFFICE AND ASSAULT-

27   ED ME WHILE I WAS PLEADING FOR MEDICAL HELP. (TO TIMME/JANE DOE)

28   (99) SGT. STRAIN SAID HE'D TALK TO THE DOCTOR AND SEE

1. WHAT THEY'D DO FOR ME. HE THEN LEFT THE OFFICE.

2. (100) SGT. STRAIN CAME BACK MINUTES LATER AND OFFERED ME

3. AN "EXCESSIVE FORCE INTERVIEW" WITH THE CAPTAIN IN FRONT OF

4. A VIDEO CAMERA, DUE TO THE MISCONDUCT OF HIS TWO OFFICER'S

5. C/O MILLS AND C/O QUAM.

6. (101) SGT. STRAIN ALSO HAD R/N LORI BREE LOG-DOWN MY

7. VISUAL PHYSICAL INJURIES, WHICH I SUFFERED DURING THE EXCESSIVE

8. FORCE/ASSAULT THE PREVIOUS NIGHT/EVENING, BY C/O MILLS AND QUAM.

9. (102) DUE TO THE EXCESSIVE FORCE USED AGAINST ME, I SUFFER-

10. ED A RIGHT BRUISED ARM, RIGHT SCRAPED KNEE, THAT WERE VISI-

11. BLE. I ALSO SUFFERED FROM BRUISED RIBS AND MID BACK PAIN.

12. (103) SGT. STRAIN TOLD ME THAT I'D GET THE EXCESSIVE FORCE

13. INTERVIEW WHEN I WAS DONE WITH MY MEDICAL PROBLEMS AND

14. WAS PLACED BACK IN MY CELL.

15. (104) WHEN DOCTOR LINDA ROWE WALKED IN, I TOLD HER THAT

16. I HAD A LIVER BIOPSY ON THE 17TH, (SIX DAYS AGO) AND HAD

17. BEEN IN PAIN EVER SINCE.

18. (105) DR. ROWE SAID SHE WAS WELL AWARE OF MY CONDITION

19. BECAUSE OF ALL THE COMPLAINING I WAS DOING.

20. (106) MY VITAL SIGNS WERE TAKEN A COUPLE MORE TIMES BE-

21. FORE SHE WAS CONVINCED THERE WAS SOMETHING WRONG WITH ME.

22. DR. L. ROWE THEN ARRANGED FOR ME TO GO DOWN TO CORRECTION-

23. AL TREATMENT CENTER (CTC).

24. (107) AT APPROXIMATELY 3:00 PM. I WAS FINALLY ESCORTED TO

25. PBSP'S CTC, WHERE R/N JOSE TOOK MY VITAL SIGNS AND ORDERED

26. AN AMBULANCE FOR ME.

27. (108) AMBULANCE PERSONNEL, MR HUNT AND HIS PARTNER JOHN

28. DOE DROVE ME TO SUTTER COAST HOSPITAL.

(109) I WAS BEING GUARDED BY C/O GAPHART AND C/O DURHAM ALONG WITH SGT. JOHN DOE (THE SAME SGT. WHO WAS REFUSING TO ATTEND TO MY EMERGENCY ON MAY 21ST, 2007).

(110) I WAS FORCED TO WAIT IN THE HALL-WAY. I WAS TOLD THERE WASN'T ANY ROOM IN THE HOSPITAL. AN X-RAY WAS TAKEN AND I WAS PLACED BACK ON THE HALL-WAY FOR WHAT SEEMED LIKE A LONG TIME.

(111) WHEN I WAS FINALLY TAKEN TO A ROOM, I WAS PLACED ON A BED AND LAID THERE FOR A LONG TIME.

(112) I COMPLAINED ABOUT MY PAIN AND MEDICAL CONDITION AND REQUESTED TO SEE A DOCTOR.

(113) I WAS TOLD BY R/N JANE DOE THAT THE DOCTOR WAS BUSY TRYING TO SAVE OTHER LIVES.

(114) I TOLD JANE DOE THAT I WAS GOING THROUGH SEVERE PAIN AND NEEDED PAIN MEDICATION.

(115) R/N JANE DOE JUST REFUSED MY REQUEST WITHOUT ANY EXPLANATION, ALONG WITH P.A. GINA BASTELUM.

(116) I TOLD OFFICER'S THE SAME THING AND THEY MERELY SHRUGGED THEIR SHOULDERS.

(117) AFTER A WHILE OF WAITING AND COMPLAINING TO R/N'S AND TO GUARDS, I FINALLY TOLD C/O GAPHART AND C/O DURHAM THAT I FELT LIKE THROWING-UP. THEY JUST GRABBED A PLASTIC BUCKET TRAY AND GAVE IT TO ME.

(118) AS SOON AS I WAS GIVEN THAT BUCKET TRAY, I IMMEDIATELY STARTED VOMMITING PURE BLOOD. THE BLOOD COVERED THE WHOLE BOTTOM OF THE BUCKET.

(119) THE TWO OFFICERS THEN TOLD THE R/N'S AND /OR P.A. THAT I WAS THROWING UP BLOOD.

(120) AFTER I VOMITED BLOOD, P.A. GINA GASTELUM FINALLY SAID TO THE OFFICER'S THAT I'D BE STAYING (ADMITTED) INTO THE HOSPITAL.

(121) R/N JANE DOE FINALLY GAVE ME PAIN MEDICATION, AND I LOST CONSCIOUS AFTER THAT.

(122) I WOKE UP, DUE TO PAIN AND I NOTICED THAT I WAS IN A DIFERENT ROOM. IT APPEARED TO BE THE FOLLOWING DAY, BE-CAUSE THERE WAS A DIFFERENT SET OF OFFICER'S OUT-SIDE OF MY ROOM.

(123) I WAS IN EXTREME PAIN AND I PLEADED FOR PAIN MED-ICATION, AND I WAS REFUSED SUCH MEDICATION.

(124) R/N JANE DOE (WHITE FEMALE) WALKED IN AND I ALSO ASKED HER FOR PAIN MEDICATION, OR TO SEE A DOCTOR BECAUSE I WAS IN EXCRUCIATING PAIN.

(125) THE R/N JANE DOE, JUST LOOKED AT ME, SHE DIDN'T SAY A WORD, SO THIS MADE ME BELIEVE THAT I WAS PLACED IN THAT ROOM FOR THE SOLE PURPOSE OF ME PERISHING IN THERE. I LITERALLY THOUGHT I WAS GOING TO DIE IN THERE. I STILL DID NOT KNOW WHAT MY MEDICAL PROBLEM WAS.

(126) I WAS HALF CONSCIOUS WHEN AN R/N TOLD ME THAT THEY (DOCTORS) WANTED TO TAKE MY "GALL BLADDER" OUT. I THEN LOST CONSCIOUS AGAIN.

(127) I WAS AWOKEN WHEN I WAS BEING PLACED IN AN AIRPLANE AND WAS TRANSFERED (VIA AIR AMBULANCE) TO THE "UNI-VERSITY OF CALIFORNIA SAN FRANCISCO" (UCSF) HOSPITAL.

(128) I ARRIVED AT UCSF IN MAY 25TH, 2007, AND IT WAS THERE THAT I WAS TOLD BY DOCTOR H. HARRIS, THAT I HAD A LA-CERATED LIVER ARTERY VESSEL (VEIN), DUE TO THE BOTCHED "LIVER

Biopsy" performed by Dr. Sogge, and that I'd been having internal bleeding ever since the 17th of May. [See Exhibit "C", UCSF medical records of diagnosis and surgical procedure]

(129) The Doctor told me that there was a problem and that he could not do the surgery unless it was taken care of first.

(130) The Doctor said I had lost too much blood, he had an interpreter tell me I needed a blood transfusion immediately, or else I wouldn't make it.

(131) I received a blood transfusion and went into surgery on May 26th, 2007 (the following day) [See Exhibit C"]

(132) During the entire incident, starting from May 17th, 2007; and May 19th when I started complaining, until the 23rd of May, 2007, I repeatedly told medical staff and correctional officer's at Pelican Bay State Prison that I was having severe pain and was having complications, due to the "Liver Biopsy" I had just went through in May 17th, 2007. [See Exhibit "D", plaintiff's medical records,] detailing repeated complaints concerning his condition.

(133) Despite this information, my serious medical needs were not met. I was not given adequate medical care and was extremely delayed to the point of jeopardizing my life by putting me in a near death situation.

(134) I repeatedly complained of symptoms which were on the post-op instruction sheet, yet despite this, nothing was done. I was forced to endure severe pain and suffering for no justifiable reason.

(135) Once at "Sutter Coast Hospital" (SCH), I was also

SUBJECTED TO THE SAME DELIBERATE AND INDIFFERENT TREATMENT BY DR. SANDRA SAUNDERS ; DR. SUSAN SCHOMMER ; DR. ANDREAN — GUROV ; DR. DONALD MICHELETTI ; P.A. GINA GASTELUM ; AND DR. SYLVIA NASH.

(136) I WAS THERE FROM MAY 23RD UP UNTIL THE 25TH, AND WAS ONLY DISTURBED MENTALLY AND EMOTIONALLY, BY MAKING ME THINK I WAS GOING TO DIE THERE.

(137) DURING THOSE TWO DAYS, I DID NOT RECEIVE MEDICAL TREATMENT FOR MY LACERATED ARTERY VESSEL (VEIN).

(138) I DID NOT RECEIVE A BLOOD TRANSFUSION, DESPITE MEDICAL STAFF KNOWING I WAS BLEEDING INTERNALLY FOR SEVEN DAYS.

(139) I DID NOT RECEIVE TREATMENT UNTIL I ARRIVED AT UCSF. [SEE EXHIBIT "C", PLAINTIFF'S MEDICAL RECORDS,][SUTTER COAST HOSPITAL, AND EXHIBIT "E".]

(140) AS A DIRECT RESULT OF PBSP AND SUTTER COAST HOSPITAL'S MEDICAL STAFF'S DELIBERATE INDIFFERENCE, AND FAILURE TO PROVIDE ME WITH ADEQUATE MEDICAL CARE, MY CONDITION PROGRESSIVELY GOT WORSE

(141) DR. LINDA ROWE AND DR. WILLIAMS WERE BOTH WELL AWARE OF MY SERIOUS POTENTIAL FATAL CONDITION, BECAUSE WHEN I SAW DR. ROWE IN MAY 23RD, 2007, SHE SPECIFICALLY TOLD ME SHE KNEW OF IT, AND HAD ACCESS TO MY MEDICAL FILES, AND SUPERVISED THE R/N'S AND MTA'S THAT I REPEATEDLY COMPLAINED TO, YET DES- PITE THIS FACT, NONE OF THE DOCTORS, (LINDA ROW NOR WILLIAMS) TOOK ANY ACTION UNTIL MAY 23RD, 2007. AFTER MORE THAN FOUR DAYS OF REPEATEDLY COMPLAINING OF MY PAIN AND SUFFERING / POOR HEALTH CONDITION. [SEE EXHIBIT "D" PLAINTIFF'S PBSP MEDICAL RECORDS]

(142) THE ACTIONS OF THE DEFENDANTS WERE WANTON AND WITHOUT PENOLOGICAL JUSTIFICATION. THEIR ACTS WERE DONE INTENTIONALLY IN VIOLATION OF/OR WITH DELIBERATE RECKLESS INDIFFERENCE TO PLAINTIFF'S FEDERAL AND STATE LAW RIGHTS.

(143) PLAINTIFF FILED AN ADMINISTRATIVE APPEAL (CDCR 602) ALONG WITH AN "1858 RIGHTS AND RESPONSIBILITY STATEMENT/INFORMATION ADVISORY STAFF COMPLAINT/PEACE OFFICER" CONCERNING THIS ISSUE, ON 06/03/07.

(144) ON 08/06/07, PLAINTIFF RECEIVED A RESPONSE FROM THE SECOND LEVEL, STATING THAT BECAUSE AN INVESTIGATION TOOK PLACE, MY CDCR 602 FORM WAS THEREFOR, PARTIALLY GRANTED, BUT DENIED THE REST OF MY COMPLAINT. [SEE EXHIBIT "F." PLAINTIFF'S CDCR 602 APPEAL FORM.]

(145) ON 08/12/07, PLAINTIFF FILED AT THE 3RD AND FINAL LEVEL OF THE CDCR, (DIRECTORS LEVEL) AND WAS SUBSEQUENTLY DENIED ON 11/14/07. [SEE EXHIBIT "F." PLAINTIFF'S CDCR 602 APPEAL FORM.]

(146) ON 11/01/07, PLAINTIFF SUBMITTED A CLAIM TO THE CALIFORNIA VICTIM COMPENSATION & GOVERNMENT CLAIMS BOARD (VCGCB), WHICH WAS ALSO DENIED ON 01/17/08 DUE TO COMPLEX ISSUES. [SEE EXHIBIT "G" LETTER DATED 12/05/07 FROM THE (VCGCB).] AND ALSO [LETTER DATED 01/25/08 OF THE VCGCB.]

(147) PLAINTIFF HAS FULLY EXHAUSTED ALL HIS ADMINISTRATIVE RE-MEDIES, AND TO NO AVAIL.

# V. CLAIMS FOR RELIEF

## FIRST CAUSE OF ACTION

[FEDERAL CRUEL AND UNUSUAL PUNISHMENT, DELIBERATE INDIFERENCE TO SERIOUS MEDICAL NEEDS.]

(148) PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE ALL PREVIOUS PARAGRAPHS OF THIS COMPLAINT.

(149) DEFENDANT, CONTROL BOOTH OFFICER JOHN DOE'S REFUSAL TO SUMMON MEDICAL ATTENTION FOR PLAINTIFF ON MAY 19TH, 2007, WHEN PLAINTIFF WAS EXPERIENCING SERIOUS MEDICAL COMPLICATIONS, SEVERE CHEST AND ABDOMINAL PAIN, DUE TO A BOTCHED "LIVER BIOPSY" AS DESCRIBED IN PARAGRAPH'S (39—41), CONSTITUTES DELIBERATE INDIFFERENCE TO PLAINTIFF'S SERIOUS MEDICAL NEEDS, IN VIOLATION OF THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

# SECOND CLAIM FOR RELIEF
## SECOND CAUSE OF ACTION

[FEDERAL CRUEL AND UNUSUAL PUNISHMENT DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS.]

(150) PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE ALL PREVIOUS PARAGRAPHS OF THIS COMPLAINT.

(151) C/O COX'S REFUSAL TO SUMMON MEDICAL ATTENTION FOR PLAINTIFF ON MAY 20TH, 2007, WHEN PLAINTIFF WAS EXPERIENCING SERIOUS MEDICAL COMPLICATIONS AND SEVERE ABDOMINAL AND CHEST PAIN, DUE TO A BOTCHED "LIVER BIOPSY" AS DESCRIBED IN PARAGRAPH NUMBER'S (42—44), CONSTITUTES DELIBERATE INDIFFERENCE TO PLAINTIFFS SERIOUS MEDICAL NEEDS IN VIOLATION OF THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

# THIRD CLAIM FOR RELIEF
### THIRD CAUSE OF ACTION

[FEDERAL CRUEL AND UNUSUAL PUNISHMENT
DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS.]

(152) PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE ALL PREVIOUS PARAGRAPHS OF THIS COMPLAINT.

(153) DR. C. WILLIAMS ; DR. LINDA ROWE ; R/N SUSAN WADDELL; R/N LORI BREE ; MTA JANE DOE ; R/N DAVID TIMME ; AND R/N J. CARR , FAILURE TO PROVIDE PLAINTIFF WITH MEDICAL TREATMENT FOR HIS SERIOUS MEDICAL NEEDS WHEN PLAINTIFF WAS EXPERIENCING MEDICAL COMPLICATIONS AND SEVERE ABDOMINAL AND CHEST PAIN, DUE TO A "BOTCHED LIVER BIOPSY," AS DESCRIBED IN PARAGRAPH'S (34-36), (46-47), (54,55), (58), (60-74), (76-77), (87), (89-94), (96), (98), (104-105), CONSTITUTES DELIBERATE INDIFFERENCE TO PLAINTIFF'S SERIOUS MEDICAL NEEDS IN VIOLATION OF THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

# FOURTH CLAIM FOR RELIEF
### FOURTH CAUSE OF ACTION

[FEDERAL CRUEL AND UNUSUAL PUNISHMENT
EXCESSIVE USE OF FORCE.]

(154) PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE ALL PREVIOUS PARAGRAPHS OF THIS COMPLAINT.

(155) THE UNJUSTIFIED AND PENOLOGICAL UNNECESSARY BEATING ON PLAINTIFF PEDRO GOMEZ, IN MAY 22ND, 2007, BY

CORRECTIONAL OFFICER'S R. MILLS AND D. QUAM, AS DES-
CRIBED IN PARAGRAPHS (73 – 88), CONSTITUTES CRUEL
AND UNUSUAL PUNISHMENT IN VIOLATION OF THE EIGHTH AMEND-
MENT OF THE UNITED STATES CONSTITUTION.

## FIFTH CLAIM FOR RELIEF
### FITH CAUSE OF ACTION

[FEDERAL CRUEL AND UNUSUAL PUNISHMENT
FAILURE TO INTERVENE – DELIBERATE INDIFFERENCE.]

(156) PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE ALL
PREVIOUS PARAGRAPHS OF THIS COMPLAINT.

(157) THE FAILURE OF DEFENDANT R/N D. TIMME AND MTA. JANE
DOE (NELSON) TO INTERVENE AND STOP THE UNJUSTIFIED AND PENAL-
OGICALLY UNNECESSARY BEATING ON PLAINTIFF PEDRO GOMEZ,
AS DESCRIBED IN PARAGRAPHS (73 – 89), BY DEFENDANTS C/O
R. MILLS AND C/O D. QUAM IN MAY 22ND, 2007, CONSTITUTES
CRUEL AND UNUSUAL PUNISHMENT, AND DELIBERATE INDIFFER-
ENCE TO PLAINTIFF'S SAFETY, IN VIOLATION OF THE EIGHTH
AMENDMENT OF THE UNITED STATES CONSTITUTION.

## SIXTH CLAIM FOR RELIEF
### SIXTH CAUSE OF ACTION

[FEDERAL CRUEL AND UNUSUAL PUNISHMENT
DELIBERATE INDIFFERENCE TO SERIOUSE MEDICAL NEEDS.]

(158) PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE ALL
PREVIOUS PARAGRAPHS OF THIS COMPLAINT.

(159) SUTTER COAST HOSPITAL MEDICAL STAFF ; DR. SANDRA SAUNDERS ; DR. SUSAN SCHOMMER ; DR. ANDREAN GUROV ; DR. DONALD MICHELETTI ; DR. SYLVIA NASH ; AND P.A. GINA GAS-TELUM , FAILURE TO PROVIDE PLAINTIFF PEDRO GOMEZ WITH ADEQUATE AND MEANINGFUL MEDICAL CARE, WHEN PLAINTIFF WAS EXPERIENCING SERIOUS MEDICAL COMPLICATIONS, AND SEVERE ABDOMINAL AND CHEST PAIN, DUE TO A BOTCHED LIVER BIOPSY , AS DESCRIBED IN PARAGRAPHS (108-127), CONSTITUTES DELIBERATE INDIFFERENCE TO PLAINTIFF'S SERIOUS MEDICAL NEEDS AND IN VIOLATION OF THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

## SEVENTH CLAIM FOR RELIEF
### SEVENTH CAUSE OF ACTION

[STATE TORT LAW MEDICAL MALPRACTICE.]

(160) PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE ALL THE ALLEGATIONS CONTAINED IN ALL PREVIOUS PARAGRAPHS.

(161) ON THURSDAY, MAY 17TH, 2007, DEFENDANT DR. MERLE SOGGE, COMMITTED MEDICAL MALPRACTICE ON PLAINTIFF PEDRO GOMEZ, AS DESCRIBED IN PARAGRAPHS (25-33), WHEN DR. MERLE SOGGE, LACERATED PLAINTIFF'S RIGHT HEPATIC ARTERY BRANCH VESSEL (VEIN) DURING A BOTCHED LIVER BIOPSY, WHICH DR. MERLE SOGGE PERFORMED WITHOUT THE USE OF A C.T. SCAN, CONSTITUTING MEDICAL MALPRACTICE UNDER CALIFORNIA STATE TORT LAW.

# EIGHTH CLAIM FOR RELIEF
## EIGHTH CAUSE OF ACTION

[STATE LAW, FAILURE TO FURNISH IMMEDIATE MEDICAL CARE. CAL. GOVNT CODE 845.6 ]

(162) PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE ALL PREVIOUS PARAGRPHS OF THIS COMPLAINT.

(163) CORRECTIONAL OFFICER COX'S FAILURE TO SUMMON IMMEDIATE MEDICAL CARE FOR PLAINTIFF ON MAY 20TH, 2007, WHEN PLAINTIFF WAS EXPERIENCING SERIOUS MEDICAL COMPLICATIONS, AND SEVERE ABDOMINAL AND CHEST PAIN, DUE TO A BOTCHED LIVER BIOPSY, AS DESCRIBED IN PARAGRAPH(S) (43 – 44). VIOLATED PLAINTIFF'S RIGHTS UNDER CAL. GOVNT CODE 845.6 OF THE CAL. TORT CLAIMS' ACT.

# NINTH CLAIM FOR RELIEF
## NINTH CAUSE OF ACTION

[STATE TORT LAW NEGLIGENCE.]

(164) PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE THE ALLEGATIONS CONTAINED IN ALL PREVIOUS PARAGRAPH'S.

(165) DEFENDANT'S SGT. STRAIN, D. AND SGT. JOHN DOE'S FAILURE TO TIMELY ARRIVE TO UNIT C – 4, SO MEDICAL STAFF COULD BE ALLOWED TO ENTER PLAINTIFF'S CELL ON MAY 21ST, 2007, AS DESCRIBED IN PARAGRAPH'S, (52 – 59), RESULTED IN PLAINTIFF SUFFERING UNDUE PAIN, AND FURTHER MEDICAL COMPLICATIONS, AND CONSTITUTED NEGLIGENCE UNDER CALIFORNIA STATE TORT LAW.

# TENTH CLAIM FOR RELIEF
## TENTH CAUSE OF ACTION

[STATE TORT LAW NEGLIGENCE.]

(166) PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE THE ALLEGATIONS CONTAINED IN ALL PREVIOUS PARAGRAPH'S.

(167) DEFENDANT JANE DOE'S FAILURE TO PRESS HER EMER-GENCY ALARM, IN ORDER TO GET RESPONDING STAFF TO C-4, SO SHE COULD BE ALLOWED TO ENTER PLAINTIFF'S CELL ON MAY 21ST, 2007, WHEN PLAINTIFF LOST CONSCIOUSNESS AFTER HE WAS LAYING ON HIS BED SUFFERING FROM SEVERE AB-DOMINAL AND CHEST PAIN, AND SHORTNESS OF BREATH, AS DESCRIBED IN PARAGRAPH'S, (47 — 58), CONSTITUTED NEGLIGE-NCE UNDER CALIFORNIA STATE TORT LAW.

# ELEVENTH CLAIM FOR RELIEF
## ELEVENTH CAUSE OF ACTION

[STATE LAW, FAILURE TO FURNISH IMMEDIATE MEDICAL CARE. CAL GOVN'T CODE 845.6 ]

(168) PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE THE ALLEGATIONS CONTAINED IN ALL PREVIOUS PARAGRAPH'S.

(169) DEFENDANT'S, DR. C. WILLIAMS ; DR. LINDA ROWE ; R/N SUSAN WADDELL ; R/N LORI BREE ; MTA. JANE DOE ; R/N DAVID TIMME AND R/N J. CARR 'S FAILURE TO FUR-NISH PLAINTIFF WITH IMMEDIATE MEDICAL ON MAY 17TH, 21ST, 22ND, 23RD, 2007, WHEN PLAINTIFF WAS EXPERIENCING SERIOUS OBVIOUS MEDICAL COMPLICATIONS AND SEVERE AB-

1  DOMINAL AND CHEST PAIN, DUE TO A BOTCHED LIVER BIOPSY,
2  AS DESCRIBED IN PARAGRAPH'S, (34 — 37) AND (45 — 106), VIO-
3  LATED PLAINTIFF'S RIGHTS UNDER CALIFORNIA GOVERNMENT
4  CODE 845.6 , OF THE CALIFORNIA TORT CLAIMS ACT.

5

6  TWELVE CLAIM FOR RELIEF
7  TWELVE CAUSE OF ACTION

8  STATE TORT LAW BATTERY

9

10  (170) PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE THE
11  ALLEGATIONS CONTAINED IN ALL PREVIOUS PARAGRAPH'S.
12  (171) THE UNJUSTIFIED AND PENOLOGICAL UNNECESSARY BEATING
13  ON PLAINTIFF, PEDRO GOMEZ, ON MAY 22ND, 2007, BY DEFENDANTS
14  C/O R. MILLS AND C/O D. QUAM, AS DESCRIBED IN PARAGRAPH'S, (73-
15  90), RESULTS IN A BATTERY ON PLAINTIFF'S PERSON, AND CONS—
16  TITUTED BATTERY, UNDER CALIFORNIA STATE TORT LAW.

17

18  THIRTEENTH CLAIM FOR RELIEF
19  THIRTEENTH CLAIM FOR RELIEF

20  [STATE LAW   CAL. GOVNT. CODE 844.6]

21

22  (172) PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE THE
23  ALLEGATIONS CONTAINED IN ALL PREVIOUS PARAGRAPH'S.
24  (173) THE FAILURE OF DEFENDANT'S R/N DAVID TIMME AND
25  MTA. JANE DOE (NELSON), TO INTERVENE AND STOP THE
26  UNJUSTIFIED AND PENOLOGICALLY UNNECESSARY BEATING ON
27  PLAINTIFF PEDRO GOMEZ, BY DEFENDANTS, C/O R. MILLS AND
28  C/O D. QUAM , ON MAY 22ND, 2007, AS DESCRIBED IN PARA —

1. GRAPH'S (73 — 90) VIOLATED PLAINTIFF'S RIGHTS UNDER CAL. GOVNT.
2. CODE 844.6 OF THE CALIFORNIA TORT CLAIM ACT.

## FOURTEENTH CLAIM FOR RELIEF
FOURTEENTH CAUSE OF ACTION

STATE TORT LAW MEDICAL MALPRACTICE

174 PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE THE ALLEGATIONS CONTAINED IN ALL PREVIOUS PARAGRAPHS.

(175) DEFENDANTS: DR. SANDRA SAUNDERS; DR. SUSAN SCHOMMER; DR. ANDREAN GUROV; DR. DONALD MICHELETTI; DR. SYLVIA NASH; AND P.A. GINA GASTELUM'S FAILURE TO PROPERLY TREAT PLAINTIFF FOR HIS LACERATED RIGHT HEPATIC ARTERY BRANCH VESSEL (VEIN), AND FAILURE TO GIVE PLAINTIFF A BLOOD TRANSFUSION WHEN PLAINTIFF WAS BLEEDING INTERNALLY, AS DESCRIBED IN PARAGRAPH'S (108-127), CONSTITUTED MEDICAL MALPRACTICE UNDER CALIFORNIA STATE TORT LAW.

## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT:

1. DECLARE THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF'S RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES.

2. ENTER JUDGMENT IN FAVOR OF PLAINTIFF FOR COMPENSATORY DAMAGES IN THE AMOUNT ACCORDING TO PROOF.

3. ENTER JUDGMENT IN FAVOR OF PLAINTIFF FOR PUNITIVE DAMAGES IN THE AMOUNT ACCORDING TO PROOF.

4. ENTER JUDGMENT IN FAVOR OF PLAINTIFF FOR COST OF SUIT AND REASONABLE ATTORNEY FEES.

5. ENTER JUDGMENT IN FAVOR OF PLAINTIFF FOR FURTHER RELIEF THAT THE COURT DEEMS JUST.


DATE: JUNE 02, 2008

RESPECTFULLY SUBMITTED

Pedro Gomez

29 OF 29

# EXHIBIT [A]

SCHEDULE  FOR LIVER BIOPSY
(2) PAGES.

# NPO (NOTHING BY MOUTH)  NOTICE

## NAME: GOMEZ  CDC#:  K37471  HSG:  C4-224L.

You have a procedure scheduled on Thursday  5/17/2007.

## DO NOT EAT OR DRINK ANYTHING AFTER MIDNIGHT ON  5/16/2007.

If you should have any questions please talk with the nurse on your unit.

*S. WADDELL RPHN*

Please have 3rd watch MTA/LVN/PT give inmate patient information tonight
5/16/2007 for NPO procedure. This has also been added in MPIMS under
MTA-TX.  Thanks SW/PHN

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated,timed,and signed) |
|---|---|---|---|
| 05/17/07 | | | Dr. Sogge Liver Biopsy Order: |
| | | | Pre Liver Biopsy: |
| | | | 1. CBC |
| | | | 2. PLATELETS |
| | | | 3. PT and PTT |
| | | | 4. NPO AFTER MIDNIGHT BEFORE PROCEDURE. |
| | | | POST LIVER BIOPSY: |
| | | | 1. VS Q 15 mins. X 1 Hour |
| | | | 2. VS Q 1 Hour Until Discharge. |
| | | | 3. I/M to remain on right side until discharge. |
| | | | 4. Discharge after 2 Hours if stable. |

noted 5/17/2007
M Wadden RN

| ALLERGIES | INSTITUTION | ROOM/WING |
|---|---|---|
| | PELICAN BAY STATE PRISON | |

Confidential
client information
See W I Code,Sections 4514 and 5328

CDC NUMBER, NAME (LAST,FIRST, MI)

K37471

GOMEZ

CF04U  000224L

DOB:    1/26/1977
REL_DATE:

## PHYSICIAN'S ORDERS

CDC 7221' (4/90)
STATE OF CALIFORNIA          94 85598          DEPARTMENT OF CORRECTIONS

# EXHIBIT [B]

PBSP INSTRUCTIONS FOR PERCUTANEOUS
LIVER BIOPSY.

## PELICAN BAY STATE PRISON POST OP
## INSTRUCTIONS FOR PERCUTANEOUS
## LIVER BIOPSY

#### PHYSICIAN:        Dr. Merle Sogge

1. Stay in bed 24 hours. Rest 24-48 hours following the procedure. On the day following your procedure, you can do those activities that you feel able to do, and within 3-4 days resume normal activities as instructed by Dr. Sogge. No physical exertion for 48 hours. NO lifting or vigorous sports activities.

2. You may notice a dull ache at the puncture site. Muscular aching is common, ususaly in the neck or chest region. Discomfort or pain is usually relieved by mild pain relievers such as Tylenol, or pain relievers as prescribed by your doctor.

3. Tomorrow you may bathe or shower. Remove Band-Aid after bathing. DO NOT leave on a wet Band-Aid. Pat site dry. You may keep it covered 2-3 days if you prefer. Some spotting (bloody drainage) may be expected on the Band-Aid. If bleeding occurs and does not stop after mild pressure is applied, notify your doctor.

4. You may resume your normal diet immediately after the procedure unless instructed otherwise by your doctor.

5. Avoid strenuous lifting, vigorous sports activity, or rubbing the site for the first week to allow time for healing.

6. The medical staff need to know if you develop:

   a. shortness of breath

   b. persistant bleeding from the puncture site

   c. abdominal distress

   d. fainting spells

   e. fever, temperature greaterthan 100 degrees by mouth.

Patient signature ___P G_____ Date __5/17/07__

Discharge Nurse __Susan Waddell PHN__ Date __5/17/07__

COPY

K37471        GOMEZ                    DOB:    1/26/1977            CF04U        000000224L

# EXHIBIT [C]

UCSF MEDICAL RECORDS FOR DIAGNOSIS
AND SURGICAL PROCEDURE. (8 PAGES TOTAL)

UCSF MEDICAL CENTER

```
PT NAME:     GOMEZ, PEDRO
UNIT #       4826785-8
DOB:         01/26/1977   SEX: M
DOCUMENT # 1453753                  Signed
VISIT #      13063615
ADMISSION:   5-25-07                DISCHARGE:  5-28-07
```

DISCHARGE SERVICE:   ADULT GENERAL SURGERY
DISPOSITION:         HOME

ATTENDING PHYSICIAN:  Dr. Hobart Harris.
ADMISSION DIAGNOSIS: Arteriobiliary fistula.
SECONDARY DIAGNOSES:
1.  Arterioportal fistula.
2.  Intraabdominal hemorrhage.
3.  Hepatitis C infection.
PROCEDURES PERFORMED:  Coil embolization of right hepatic artery branch.
HISTORY OF PRESENT ILLNESS:  This is a 30-year-old man residing at the
Pelican Bay Penitentiary who underwent a liver biopsy approximately one
week prior to this admission.  He has a history of hepatitis C viral
infection with a recent increase in transaminase levels.  Two days after
this biopsy, he developed sudden onset right upper quadrant pain and he
was taken to  Sutter Coast Hospital where in the Emergency Department he
had an episode of hematemesis of approximately 250 cc of frank blood.
He then underwent an EGD that showed no obvious bleeding source in the
stomach or duodenum. Specifically, no peptic ulcer or evidence of
gastritis.  There was found to be some old blood within the stomach and
duodenum.  The presumption was a source of bleeding coming from the
biliary tree.   A CT scan of the abdomen was then obtained showing some
mild biliary dilatation,  as well as some areas of hyperdensity around
the gallbladder,  suggesting bleeding.  Over the course of the next day,
his hematocrit levels were followed.  He had an elevated bilirubin level
of 2.3 on laboratory workup at Sutter Coast.  His hematocrit level
dropped from 41 to 30, at which point he was transferred over to UCSF
Medical Center.
HOSPITAL COURSE:  From the time of admission, he had no recurrent
episodes of hematemesis; however, his hematocrit level, when rechecked,
had gone down to 25.  He was transfused 2 units of packed red blood
cells.   The CT scan was repeated at UCSF Medical Center, this time
showing more prominent biliary dilatation, hematoma inside the
gallbladder, and also some high-density fluid in the peritoneum
suggesting a hemorrhage from the liver biopsy site.  Based on these
findings, he was taken to the Interventional Radiology Suite the same
day where a hepatic arteriogram was done.  An arterioportal fistula was
identified in the right hepatic circulation on this study.  A concurrent
arteriobiliary fistula was presumed to be the source of hemobilia that
ultimately resulted in his episode of hematemesis.  The involved branch
of the right hepatic artery was selectively embolized and the completion
arteriogram showed no flow into this vessel.  After the procedure, his
abdominal pain promptly resolved over the course of the next day.  His
next hematocrit level had failed to rise, and so he was given another
transfusion of 2 units of packed red blood cells.   However, the
following hematocrit level rose to 31.6.  He was in very good condition
two days after the embolization procedure and he was transferred back to

Pelican Bay Penitentiary at this time.
DISPOSITION:  To Pelican Bay.
DISCHARGE CONDITION:  Good.
DISCHARGE DIAGNOSIS:  Iatrogenic arteriobiliary fistula.
DISCHARGE INSTRUCTIONS:  None.
DISCHARGE MEDICATIONS:  None.
FOLLOWUP:  The patient should return to see his Hepatologist for
followup of the progression of his hepatitis C infection.  There should
be no need for followup with the UCSF Surgery Faculty Practice.
CARBON COPIES:  Hobart W. Harris, MD
     Box 0338 A-655
     In dictionary Not

ATTENDING MD:     Harris, Hobart W., MD   37023

    DICTATED BY:  Shustik, David Alexande0.62474

    D: 5-28-07     14:43
    T: 5-30-07     11:29     A56

UCSF MEDICAL CENTER

PT NAME:  GOMEZ, PEDRO
UNIT #    4826785-8
DOB:      01/26/1977  SEX: M
VISIT #   13063615    REPORT STATUS: FINALIZED

PROCEDURES:  CT ABD/PELVIS UNENHANC&ENHANCE (5-26-07 09:00)

CT ABDOMEN AND PELVIS: 05/26/2007.

COMPARISON: CT performed at outside hospital dated 05/23/2007.

CLINICAL DATA: The patient is a 30-year-old male status post liver
biopsy who now presents with intrahepatic bleeding.

TECHNIQUE:

Contiguous axial images were obtained from the lung bases to the
symphysis pubis in 5-mm thickness without IV or p.o. contrast.
Subsequently, images were repeated in 5-mm thickness after
uncomplicated administration of intravenous Omnipaque-350.

FINDINGS:

There are small bilateral pleural effusions with subsegmental
atelectasis that are new compared to the prior study.

In the abdomen, there is dilatation of the intrahepatic and
extrahepatic bile ducts that contain high-density material most
likely representing hematomas. Hematoma is also seen in the
gallbladder along with gallbladder sludge. The degree of biliary
dilatation and hemobilia is increased compared to the prior study.
High-density fluid is also seen surrounding the gallbladder as well
as in the pelvis that may represent hemoperitoneum.

The pancreas, spleen, and adrenal glands are normal. The kidneys
enhance symmetrically without hydronephrosis or abnormal masses.
The bowel is unremarkable. No lymphadenopathy is seen.

The visualized osseous structures are unremarkable.

IMPRESSION:

Increasing biliary dilatation with increasing hemobilia.
Increasing hematoma is also seen in the gallbladder. There is also
increased high-density fluid in the peritoneum likely representing
hemorrhage in the peritoneum. No active contrast extravasation is
seen.

Findings were discussed with Dr. Thangarajah in the red surgical
team by the on-call resident, Dr. Katherine Too, at the time the
study was performed.

RADIOLOGIST: Yeh,Benjamin

Pc 2 of ℘

```
                Chang,Ching-I
ORDERING MD: Thangarajah,Hariharan
```

PG 4 of 8

UCSF MEDICAL CENTER

PT NAME:  GOMEZ, PEDRO
UNIT #    4826785-8
DOB:      01/26/1977  SEX: M
VISIT #   13063615     REPORT STATUS: FINALIZED

PROCEDURES:  EMBOLIZATION, COIL (5-26-07 12:30)

DATE OF PROCEDURE 5/26/2007~

PREOPERATIVE DIAGNOSIS: Thirty-year old male with hepatitis C and
hemobilia following percutaneous liver biopsy at an outside
institution. ~

POSTOPERATIVE DIAGNOSIS: Successful coil embolization of right
hepatic artery branch arterioportal fistula. ~

PROCEDURE PERFORMED: ~

1. Right common femoral artery puncture.~
2. Right common femoral arteriogram. ~
3. Catheterization of the celiac access and arteriogram.~
4. Catheterization of the proper hepatic artery and arteriogram. ~
5. Catheterization of the right hepatic artery and arteriogram.~
6. Catheterization of right hepatic artery branch and arteriogram.~
7. Coil embolization of right hepatic artery branch arterioportal
fistula.~
8. Closure of arteriotomy with Star close device~

~

MEDICATIONS: Fentanyl 75mcg IV, Versed 1mg IV~

DESCRIPTION OF PROCEDURE: A PARQ conference was held with the
patient assisted by a Spanish interpreter. Informed consent was
obtained. With the patient in the supine position on the
fluoroscopy table, the right groin was prepped and draped in
sterile fashion. 1% Xylocaine was administered for local anesthesia
and a small skin incision was made. The right common femoral artery
was then accessed with a micropuncture set. This was exchanged for
a 15mm J-wire and 5 French vascular sheath. A Cobra catheter and
Terumo wire were then used to catheterize the celiac artery and an
arteriogram was performed. The catheter was then advanced into the
proper hepatic artery and arteriography repeated. A mass transit
microcatheter was then used to catheterize the right hepatic artery
and arteriography was performed. The catheter was then advanced
over a microwire into a branch of the right hepatic artery and
arteriography performed. The site of arterial injury was identified
and embolized with multiple 3mm x 2cm microcoils. Arteriography was
then repeated in the branch vessel and the microcatheter was
removed. Arteriography as repeated through the Cobra catheter in
the proper hepatic artery and the Cobra catheter was subsequently
removed. A common femoral artery arteriogram was then performed
through the side arm of the vascular sheath. The sheath was then
exchanged over a wire for the Star close sheath and the arteriotomy
was closed with a Star close device. Peripheral pulses were intact

Pr r nr ~

following the procedure. A dressing was applied and the patient was
sent to recovery in good condition.

DESCRIPTION OF FINDINGS:
Celiac arteriogram demonstrates conventional hepatic arterial
anatomy. A large arterial portal fistula is identified in the right
hepatic circulation. The microcatheter was then used to identify
the exact site of arterial injury. A laceration of a right hepatic
artery branch vessel and an arterioportal fistula was identified.
The lacerated vessel was successfully crossed with a microcatheter
and coils were laid across the injury. Repeat arteriography
following the embolization demonstrate no further arterioportal
fistula. Common femoral arteriogram demonstrated a slightly high
puncture site which was successfully closed with a Star close
device.

IMPRESSION:
Successful coil embolization of right hepatic artery branch
arterioportal fistula.

Procedure performed by Dr. Sobkin and Dr. Sawhney. Dictation is by
Dr. Sobkin. Dr. Sawhney interpreted, supervised and was present for
the entire procedure.

~


RADIOLOGIST: Sawhney,Rajiv
             Sobkin,Paul
ORDERING MD: Harris,Hobart W

PG. 6 OF 8

```
UCSF Medical Center Clinical Labs          UCSF/Mount Zion Clinical Labs
505 Parnassus Avenue                             1600 Divisadero Street
San Francisco, CA 94143                        San Francisco, CA 94115
Director: T.R. Hamill, M.D.            Director: Enrique Terrazas, M.D.
        *** Release may require patient authorization ***
Medical Records (415)353-2221               Medical Records (415)885-7344


GOMEZ, PEDRO                    4826785-8              USER:LAIRD
=================================================================
*=abnormal  l*=low  h*=high  L*=panic low  H*=panic high  #=normal unknown
SITE   DATE   TIME  LABORATORY           RESULTS    UNITS    NORMAL    ACRO
=================================================================
                    05-26-07  07:06
                    ALLOCATED UNIT                                      X001
                      UNIT # 1660427; RBC,LEUKO-RED; ISSUED,FINAL  05-26-07
                    11:08
PARN  5-26-07 04:22 ALLOCATED UNIT                                     X002
                      UNIT # 9739277; RBC,LEUKO-RED; ISSUED,FINAL  05-27-07
                    02:25
                    ALLOCATED UNIT                                     X003
                      UNIT # 1655924; RBC,LEUKO-RED; ISSUED,FINAL  05-27-07
                    05:06
              01:55 CBC W/PLATELET COUNT                                CBC
                      WBC COUNT          h*13.3   x10E9/L   3.4-10      WBC
                      RBC COUNT          l*2.90   x10E12/L  4.4-5.9     RBC
                      HEMOGLOBIN         l*8.6    g/dL      13.6-17.5   HGB
                      HEMATOCRIT         l*24.7   PERCENT   41-53       HCT
                      MCV                85       fL        80-100      MCV
                      MCH                29.7     pg        26-34       MCH
                      MCHC               34.8     g/dL      31-36       MCHC
                      PLATELETS          140      x10E9/L   140-450     PLT
                    PT                   15.0     s         12.5-16.0   PT
                      INT'L NORMALIZED RATIO  1.1           0.9-1.2     INR
PARN  5-26-07 01:55 PARTIAL THROMBOPLASTIN  23.1  s        22.4-33.3   PTT
                    ELECTROLYTE PANEL                                   LYTE
                      SODIUM             138      mmol/L    134-143     NA
                      POTASSIUM          4.2      mmol/L    3.4-4.9     K
                      CHLORIDE           103      mmol/L    98-107      CL
                      CARBON DIOXIDE, TOTAL  29   mmol/L    23-32       CO2
                      ANION GAP          6                  3-14        ANGA
                    UREA NITROGEN        13       mg/dL     8-23        BUN
                    CREATININE           0.8      mg/dL     0.6-1.2     CR
                    GLUCOSE              129      mg/dL     70-199      GLU
                      If the patient is fasting, suggests diabetes mellitus
                    AST                  h*81     U/L       16-41       AST
                    ALT                  h*227    U/L       12-59       ALT
                    BILIRUBIN, TOTAL     h*4.1    mg/dL     0.3-1.3     BILT
                    ALKALINE PHOSPHATASE 78       U/L       29-111      ALKP
                    ALBUMIN              l*2.6    g/dL      3.4-4.7     ALB
                    CALCIUM              l*8.0    mg/dL     8.7-10.1    CA
PARN  5-26-07 01:55 MAGNESIUM            2.0      mg/dL     1.8-2.3     MG
                    PHOSPHORUS           l*2.1    mg/dL     2.4-4.6     PO4
                      Icteric specimen, may tend to increase result
                    GGT                  h*163    U/L       7-71        GGT
```

COPY

Pr  n of 8

```
UCSF Medical Center Clinical Labs          UCSF/Mount Zion Clinical Labs
505 Parnassus Avenue                           1600 Divisadero Street
San Francisco, CA 94143                       San Francisco, CA 94115
Director: T.R. Hamill, M.D.              Director: Enrique Terrazas, M.D.
        *** Release may require patient authorization ***
Medical Records (415)353-2221              Medical Records (415)885-7344


GOMEZ, PEDRO                      4826785-8              USER:LAIRD
==============================================================================
*=abnormal   l*=low   h*=high   L*=panic low   H*=panic high   #=normal unknown
SITE   DATE    TIME  LABORATORY              RESULTS    UNITS     NORMAL    ACRO
==============================================================================
PARN  5-27-07 04:44 CBC W/PLATELET COUNT                                    CBC
                     WBC COUNT               9.6       x10E9/L   3.4-10     WBC
                     RBC COUNT               l*3.64    x10E12/L  4.4-5.9    RBC
                     HEMOGLOBIN              l*10.2    g/dL      13.6-17.5  HGB
                     HEMATOCRIT              l*31.6    PERCENT   41-53      HCT
                     MCV                     87        fL        80-100     MCV
                     MCH                     28.0      pg        26-34      MCH
                     MCHC                    32.2      g/dL      31-36      MCHC
                     PLATELETS               l*129     x10E9/L   140-450    PLT
                   ELECTROLYTE PANEL                                        LYTE
                     SODIUM                  137       mmol/L    134-143    NA
                     POTASSIUM               3.7       mmol/L    3.4-4.9    K
                     CHLORIDE                103       mmol/L    98-107     CL
                     CARBON DIOXIDE, TOTAL   29        mmol/L    23-32      CO2
                     ANION GAP               5                   3-14       ANGA
                   UREA NITROGEN             8         mg/dL     8-23       BUN
                   CREATININE                0.8       mg/dL     0.6-1.2    CR
PARN  5-27-07 04:44 GLUCOSE                  108       mg/dL     70-199     GLU
                     If the patient is fasting, suggests impaired glucose
                     homeostasis
                     CALCIUM                 l*8.1     mg/dL     8.7-10.1   CA
                     MAGNESIUM               1.9       mg/dL     1.8-2.3    MG
                     PHOSPHORUS              l*2.3     mg/dL     2.4-4.6    PO4
                     Icteric specimen, may tend to increase result
      5-26-07 23:00 CBC W/PLATELET COUNT                                    CBC
                     WBC COUNT               h*11.8    x10E9/L   3.4-10     WBC
                     RBC COUNT               l*3.02    x10E12/L  4.4-5.9    RBC
                     HEMOGLOBIN              l*8.9     g/dL      13.6-17.5  HGB
                     HEMATOCRIT              l*26.3    PERCENT   41-53      HCT
                     MCV                     87        fL        80-100     MCV
                     MCH                     29.6      pg        26-34      MCH
                     MCHC                    33.9      g/dL      31-36      MCHC
                     PLATELETS               l*124     x10E9/L   140-450    PLT
              17:00 HEMOGLOBIN               l*9.2     g/dL      13.6-17.5  HGB
PARN  5-26-07 17:00 HEMATOCRIT              l*26.8    PERCENT   41-53      HCT
              05:25 CHECK SPECIMEN           In Lab                         CHEK
              04:22 CROSSMATCH, STANDARD
                     CHECK SPEC REQ'D?       YES                            CSPC
                     ABO/RH COMMENT                                         ABOC
                     CA law requires MD to inform pregnant women of Rh,
                     ANTIBODY SCREEN         NEG                            ABSC
                   CROSSMATCH, STANDARD                                     XM
                     ABO/RH(D)               O   POS                        %ABR
                     ABO/RH COMMENT                                         ABOC
                     CA law requires MD to inform pregnant women of Rh,
                     ALLOCATED UNIT                                         X000
                     UNIT # 1661631; RBC,CPDA1,LEUKO.RED; ISSUED,FINAL
```

# EXHIBIT [D]

PLAINTIFF'S   MEDICAL RECORDS   OF   PBSP.
25  TOTAL  PAGES.

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED

| rder Date | Time | Problem # | Physician's Order and Medication (Orders must be dated,timed,and signed) |
|---|---|---|---|
| 5/17/07 | | | Dr. Sogge Liver Biopsy Order: |
| | | | Pre Liver Biopsy: |
| | | | 1. CBC |
| | | | 2. PLATELETS |
| | | | 3. PT and PTT |
| | | | 4. NPO AFTER MIDNIGHT BEFORE PROCEDURE. |
| | | | POST LIVER BIOPSY: |
| | | | 1. VS Q 15 mins. X 1 Hour |
| | | | 2. VS Q 1 Hour Until Discharge. |
| | | | 3. I/M to remain on right side until discharge. |
| | | | 4. Discharge after 2 Hours if stable. |

noted 5/17/2007 McFadden RN

| ALLERGIES | INSTITUTION | ROOM/WING |
|---|---|---|
| | PELICAN BAY STATE PRISON | |

CDC NUMBER, NAME (LAST,FIRST, MI)

Confidential
client information
See W I Code,Sections 4514 and 5328

K37471

GOMEZ

CF04U  000224L

**PHYSICIAN'S ORDERS**

DOB:        1/26/1977
REL_DATE:

COPY

CDC 7221` (4/90)
STATE OF CALIFORNIA        94 85598     DEPARTMENT OF CORRECTIONS

PG 1. AF 25

# SAME-DAY STAY PROCEDURE FLOW SHEET

PROCEDURE: Liver Biopsy      Dr. Sogge

DATE  05/17/2007
TIME IN 0730  TIME OUT
5/17/07  0742

| LEVEL OF CONSCIOUSNESS | | SKIN COLOR | | SKIN TEMP | | SKIN MOISTURE | | MEDICATION ALLERGIES |
|---|---|---|---|---|---|---|---|---|
| pre-op | post-op | pre-op | post-op | pre-op | post-op | pre-op | post-op | |
| ✓Alert | X Alert | X Normal | ☐Normal | ☐Hot | ☐Hot | X Normal | X Normal | |
| ☐Oriented | ☐Oriented | ☐Pale | ☐Pale | X Warm | ☐Warm | ☐Dry | ☐Dry | |
| ☐Disoriented | ☐Disoriented | ☐Ashen | ☐Ashen | X Cool | X Cool | ☐Moist | ☐Moist | |
| ☐Confused | ☐Confused | ☐Cyanotic | ☐Cyanotic | ☐Cold | ☐Cold | | | |
| ☐Lethargic | ☐Lethargic | ☐Flushed | ☐Flushed | | | | | |
| ☐Slow to comprehend | ☐Slow to comprehend | | | | | | | |

| LUNG SOUNDS | | RESPIRATIONS | | ABDOMEN | | SITE: Liver bx puncture | | DRESSING: Bandaide |
|---|---|---|---|---|---|---|---|---|
| | | pre-op | post-op | pre-op | post-op | DRAINAGE | | |
| R   L   R   L | | ☐ Unlabored | X | ☐ BS present | ☐ | X Minimal | | ☐ Dry |
| X X Clear ☐ ☐ | | ☐ Labored | ☐ | X BS absent | X | ☐ Moderate | | X Intact |
| Other: ___ | | ☐ Shallow | ☐ | ☐ Distended | ☐ | ☐ Heavy | | ☐ Pressure dressing |
| ___ | | ☐ Deep | ☐ | ☐ Flat | ☐ | | | X second bandaid applied |
| ___ | | ☐ Other ___ | ☐ | ☐ Rigid | ☐ | | | |
| | | | | ☐ Soft | ☐ | | | |

## VITAL SIGNS / MEDICATIONS

| TIME | B/P | PULSE | RESP | TEMP | MEDICATION | DOSE | FREQ | ROUTE |
|---|---|---|---|---|---|---|---|---|
| 0711 | 122/79 | 72 | 8 | 98.7 | | | | |
| pre-op | | | | | | | | |
| 0805 | 116/68 | 76 | 18 | 98.2 | | | | |
| 0820 | 118/79 | 74 | 18 | 98.4 | | | | |
| 0842 | 122/69 | 76 | 18 | | | | | |
| 0908 | 124/70 | 78 | 18 | | | | | |
| 0950 | 122/80 | 79 | 18 | 98.4 | | | | |
| 1012 | 124/79 | 74 | 18 | | | | | |

Ø c/o of Signs or Symptoms.
tolerated procedure well - DC
to cru — Swadden, RN

## PROGRESS NOTES

*To recovery area via guerney in stable condition.  Transfers self to bed without difficulty.  Instructed to remain on right side on towel roll until discharge.  Verbalized understanding.  Hepatitis Patient Information handout given.*

*Post-op instructions given, verbalized understanding, copy to chart and to patient.*

_____ RN/MTA/MD
Swadden _____ RN/MTA/MD
_____ RN/MTA/MD

PATIENT DISPOSITION
☐ Return to Custody
☐ Admit to CTC
☐ Send to outside hopsital

K37471   GOMEZ
1/26/1977   CF04U 00000022

DC 7 OF 25

NAME: *Gomez, P*    NUMBER *K 37471*    HOUSING *C 4-2242*  PBSP-LAB-001

**PELICAN BAY STATE PRISON**        **HEALTH CARE SERVICES UNIT**

**NOTIFICATION TO PATIENT OF LABORATORY TEST RESULTS**        TEST DATES: *5-17-07*

TYPE OF TEST:        **BASIC BLOOD TESTS**        **HEPATITIS SCREEN**        **X-RAY**        **EKG**
(circle test type)        **OTHER:**        *Dogge procedure Liver*
                                        *note*
                                        *☒ F/U*
                                        *Scheduled*

**YOUR TEST RESULTS WERE EVALUATED BY A PHYSICIAN AS FOLLOWS:**

☐    Your test result is essentially within normal limits. No physician follow-up is required.

☐    Your test result remains unchanged an will be reviewed with you at your next Chronic Care Appointment.

☐    Your test result is not within normal limits. You will be scheduled to discuss the results with a physician.

☐    Your test result is not within normal limits. Further studies are required and have been scheduled for you. You

        will receive further information on this study at a later date.

PHYSICIAN REMARKS

*Bx 5/17/07 Stage 2*
*grade 0-1*

1.    HEALTH RECORD COPY
                                        _____
2.    PATIENT COPY                          Physician & Surgeon

3.    PHYSICIAN COPY                     *5/23/07*
                                        _____
                                        Date & Time

**CONFIDENTIAL**

NAME :        NUMBER        HOUSING        PBSP-LAB-001

PG 3 OF 25

NAME: *Gomez*   NUMBER *R37471*   HOUSING *CTC-176*   PBSP-LAB-001

**PELICAN BAY STATE PRISON**   **HEALTH CARE SERVICES UNIT**

**NOTIFICATION TO PATIENT OF LABORATORY TEST RESULTS**   TEST DATES: *5/17/07*

TYPE OF TEST:        BASIC BLOOD TESTS——HEPATITIS SCREEN   X-RAY   EKG
(circle test type)   OTHER: *Liver Bx*

*5/23/07*
*Chest* ⎤
*Abd* ⎦ *normal.*

**YOUR TEST RESULTS WERE EVALUATED BY A PHYSICIAN AS FOLLOWS:**

☐   Your test result is essentially within normal limits.  No physician follow-up is required.

☐   Your test result remains unchanged an will be reviewed with you at your next Chronic Care Appointment.

☒   Your test result is not within normal limits.  You will be scheduled to discuss the results with a physician.

☐   Your test result is not within normal limits.  Further studies are required and have been scheduled for you.  You

will receive further information on this study at a later date.

PHYSICIAN REMARKS *Liver Biopsy: Grade 0-1/4, Stage 2/4*
*(Inflammation), (Scarring)*

1.  HEALTH RECORD COPY

2.  PATIENT COPY                                   *Skinner*
                                                   Physician & Surgeon
3.  PHYSICIAN COPY
                                                   *31 / May '07*
                                                   Date & Time

**CONFIDENTIAL**

NAME :                    NUMBER           HOUSING          PBSP-LAB-001

*COPY*

*PG 4 OF 25*

NAME: Gomez    NUMBER K37471    HOUSING C4-224L PBSP-LAB-001

PELICAN BAY STATE PRISON    HEALTH CARE SERVICES UNIT

NOTIFICATION TO PATIENT OF LABORATORY TEST RESULTS    TEST DATES: 5/21/07

TYPE OF TEST:    BASIC BLOOD TESTS    HEPATITIS SCREEN    X-RAY    (EKG) x 2
(circle test type)    OTHER:

YOUR TEST RESULTS WERE EVALUATED BY A PHYSICIAN AS FOLLOWS:

☑ Your test result is essentially within normal limits.  No physician follow-up is required.

☐ Your test result remains unchanged an will be reviewed with you at your next Chronic Care Appointment.

☐ Your test result is not within normal limits.  You will be scheduled to discuss the results with a physician.

☐ Your test result is not within normal limits.  Further studies are required and have been scheduled for you.  You

will receive further information on this study at a later date.

PHYSICIAN REMARKS ____Normal EKG_____
_____
_____
_____
_____
_____

1.    HEALTH RECORD COPY

2.    PATIENT COPY                                    _____
                                                     Physician & Surgeon
3.    PHYSICIAN COPY
                                                     6-5-07
                                                     Date & Time

CONFIDENTIAL

NAME:    NUMBER    HOUSING    PBSP-LAB-001

# EMERGENCY CARE FLOW SHEET
## CALIFORNIA DEPARTMENT OF CORRECTIONS
PBSP 7206

| | | TE | 05-21-2007 | |
|---|---|---|---|---|
| | | | IN | OUT |
| | | | 1901 | 2106 |

| INMATE | NAME  LAST | FIRST | CDC NUMBER | HOUSING | DOB |
|---|---|---|---|---|---|
| | GOMEZ | PEDRO | K37471 | C04U224L | 01-26-1977 |

| TIME OF INCIDENT | LOCATION OF INCIDENT | MODE OF ARRIVAL | | |
|---|---|---|---|---|
| 1800, 5-21-07 | C4-224 | GUERNEY | | |

| STAFF | NAME  LAST | FIRST | OCCUPATION | SEX | AGE | DOB |
|---|---|---|---|---|---|---|
| | | | | | | |

| CHIEF COMPLAINT | I/P BROUGHT TO UTA BY MTA ROVER IN ROVER VAN IN A STOKES LITTER AFTER DYSPNIA AND CHEST PAIN IN C SHU HOUSING | TB CODE 32 | DATE OF LAST TETANUS UNKNOWN |
|---|---|---|---|

| MECHANISM OF INJURY | SKIN COLOR | SKIN TEMP | SKIN MOISTURE | CAPILLARY REFILL |
|---|---|---|---|---|
| ☐ STABBING | ☑ NORMAL | ☐ HOT | ☑ NORMAL | ☐ < 2 SECONDS |
| ☐ PHYSICAL ALTERCATION | ☐ PALE | ☐ WARM | ☐ DRY | ☑ > 2 SECONDS |
| ☐ GUNSHOT WOUND | ☐ ASHEN | ☑ COOL | ☐ MOIST | ☐ NONE |
| ☐ BURN | ☐ CYANOTIC | ☐ COLD | ☐ PROFUSE | |
| ☐ SPORTS INJURY | ☐ FLUSHED | | | |
| ☐ ON THE JOB INURY | | | | |
| ☑ OTHER | | | | |
| POSSIBLY RELATED TO LIVER BIOPSY | | | | |

### GLASCOW COMA SCALE

| TIME | EYE OPENING RESPONSE | BEST VERBAL RESPONSE | BEST MOTOR RESPONSE |
|---|---|---|---|
| 1903 | 4 | 5 | 6 |

| LUNG SOUNDS | | RESP CHARACTER | EVIDENCE OF TRAUMA | |
|---|---|---|---|---|
| RT | LT | ☐ LABORED | ☐ CHEST | ☐ HEAD |
| ☑ CLEAR | ☑ | ☑ UNLABORED | ☐ ABDOMEN | ☐ NECK |
| ☐ WHEEZES | ☐ | ☐ PAINFUL | ☐ G/U | ☐ EXTREMITIES |
| ☐ RALES | ☐ | ☐ SHALLOW | ☐ PELVIS | ☑ OTHER |
| ☐ RHONCHI | ☐ | ☐ DEEP | ☐ BACK SPINE | |
| ☐ DIMINISHED | ☐ | ☐ RETRACTION | POSSIBLY EXERCISE RELATED | |
| ☐ ABSENT | ☐ | ☐ NASAL FLARING | | |

| TIME | PUPIL RESPONSE | | PUPIL SIZE | |
|---|---|---|---|---|
| | R | L | R | L |
| 1903 | B | B | 3 | 3 |

| V I T A L S | TIME | TEMP | PULSE | RESP | BP | SaO2 |
|---|---|---|---|---|---|---|
| | 05-21-2007 1903 | 99 | 61 | 18 | 125/80 | 100 |
| | 05-21-2007 1906 | 97.8 | 67 | 18 | 127/77 | 100 |
| | 00-00-0000 0000 | | | | / | |
| | 00-00-0000 0000 | | | | / | |

| I V | TIME | NAME | SITE | GAUGE | RATE |
|---|---|---|---|---|---|
| | 00-00-0000 0000 | | | | |
| | 00-00-0000 0000 | | | | |

| A D M I N | TIME | ROUTE | RATE | SaO2 |
|---|---|---|---|---|
| O2 | | | | |

KEY C=CLOSE B=BRISK SL=SLUGGISH F=FIXED

| 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|

## CURRENT MEDICATIONS
NEXIUM 20MG CAPSULE 40 MG

## MEDICATION ALLERGIES

COPY

| NAME (LAST, FIRST, MI) | GOMEZ, PEDRO |
|---|---|
| CDC# | K37471 |

PG 1 of 25

| SIGNATURES | PATIENT DISPOSITION | PATIENT CONDITION ON DISCHARGE |
|---|---|---|
| RN/MTA/MD RN/MTA/MD RN/MTA/MD RN/MTA/MD | RTC | |
| SUPERVISOR REVIEW  K7ω7 s Rω77 | MODE OF DEPARTURE: Ambulatory | TIME 05-21-2007 2106  -ΟΤ ιЬ4 |

## SOAP NOTATIONS
### SUBJECTIVE: (PATIENT'S STATEMENTS, HISTORY)

| DATE/TIME | PROVIDER |
|---|---|
| 05-21-2007 2030 | MPIMSJEC, CARR, RN |

S:  I/P CO SHORTNESS OF BREATH AND SUDDEN ONSET DULL CHEST PAIN.  ] HAD A LIVER
BIOPSY LAST THURSDAY5-17-07

O:  ARRIVED ALERT AND ORIENTED, SKIN, COOL DRY WARMING, SLOW VERBAL RESPONSE
WHILE BEING TRANSFERRED FROM MTA VAN IN A STOKES LITTER  ONTO A GURNEY.  NO
GUARDING OF CHEST, GIVEN ASA 325 MG PO ON ARRIVAL.  GRADED PAIN AS 0/10 AFTER
ARRIVING AT UTA. V/S ON ARRIVAL 99-67-18, 127/80, OX SAT=100%.  MED HX HCV,
LIVER BX 5-17-07.  NO GUARDING OF ABD, ACTIVE BOWEL SOUNDS X 4 QUAD, BM TODAY ,
NO UNUSUAL CHANGES IN STOOL COLOR, MUCOUS MEMBRANES PINK AND MOIST, NO ICTERIC
CONJUNCTIVA.  EKG REFECTS NORMAL SINUS RHYTHMN

A:  ALT COMFORT;  GERD VS CAD

P:  DISCUSSED WITH DR WILLIAMS

I:  GI COCKTAIL ADMINISTERED PER DR WILLIAMS V/O, IE, 30 ML ALAMAG, 5ML 2%
VISCOUS LIDOCAINE, AND 5 ML BANOPHEN.  OBSERVED FOR RESOLUTION AND CONTINUE TO
ASSESS  DEGREE AND CHARACTER OF CHEST PAIN AND V/S.  I/P CONVERSATIONAL WITHOUT
GUARDING.

P:  REDISCUSSED WITH DR WILLIAMS

I:  ADMINISTER 40 MG PO NEXIUM AND RX DAILY X 30 DAYS PER DR WILLIAMS.
    RETURN TO CUSTODY HOUSING WITH INSTRUCTIONS TO RETURN FOR MEDICAL
EVALUATION IF CHEST PAIN, DYSPNIA PERSIST ESPECIALLY PROFUSE SWEATING PERSIST.
    SCHEDULED 5 DAY POST UTA EVALUATION IN RESPECTIVE UNIT HEALTH CARE CLINIC.
 J. CARR, RN.

### ASSESSMENT: (NURSING DIAGNOSIS)

| DATE/TIME | DESCRIPTION | NOTES |
|---|---|---|
| | | |

### PLAN: (PT EDUCATION, FOLLOWUP, MD ORDERS, ETC.)

| DATE/TIME | DESCRIPTION | NOTES |
|---|---|---|
| 05-21-2007 2049 | NEXIUM 20MG CAPSULE | V/O PER DR WILLIAMS |

COPY

| NAME (LAST, FIRST, MI) | GOMEZ, PEDRO |
|---|---|
| CDC# | K37471 |

Page 1 of 2

PG  7 oF  25





MADE IN USA

## Notes

**Entry Dt/Tm:** 05-22-2007 2154        **Entered By:** MEDHANE, LVN, YORDANOS

I/P c/o chest pain and shortness of breath. Spoke with I/P at cell front. I/P
alert and oriented, steady gait. Denies any nausea, vomiting, cough, leg
cramps. Denies any abdominal discomfort. v/s 96-18-134/86, OX SAT 100%.
Respirations even and unlabored. Med HX of HCV, explained that he had liver
biopsy on 05/17/07.

I/P appeared intent on going to the CTC for further evaluation, eventhough I/P
was seen on 05/21/07 in CTC, and prescribed Nexium. I/P was insistent on going
to CTC. After initial visit informed CTC, and spoke with RN Bales, who
explained that RN Rover would reassess I/P. I/P said he took the Nexium
capsules that he received on 05/22/07, then he scurried up the stairs, and
joked around with other I/M.

---

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230
STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS

**CDC #:** K37471

**Name(L,F,M,S):**  GOMEZ, PEDRO

Page 4 of 4

PG. 10 OF 25

Visit Start Dt/Tm:  05-22-2007 1215    Encounter Type: SICK CALL    Visit Reason: 7362 PCP EVALUATION

## Subjective

Entry Dt/Tm: 05-22-2007 1217    Entered By: MPIMSLCB , BREE, RN

Updated Dt/Tm: 05-22-2007 1231    Updated By: MPIMSLCB , BREE, RN

Inmate asks officer to call re his sick call of having chest pain breathing
difficultly and back pain since the day after he had his liver biopsy.  He
states he is unable to sleep  due to the pain and shortness of breath.  Biopsy
nurse is notified and states she can see no correlation between his current
symptoms and his liver biopsy other than they are given written instructions to
seek medical attention for the symptoms listed and he listed all of the same.

## Objective

### Other

Name: 7362

Provider: BREE, RN , LORI                    Other Dt/Tm: 05-22-2007 1232

Notes: Inmate is seen at cell front.  As he descends the stairs he is smiling and
happy during the time he is relating his symptoms he is very somber.  He
relates that he is feeling dizzy at times and feels short of breath and
diaphoretic although not at this time he states he feels worse in the am each
day since he had the biopsy. He went to ER last evening and was given GI
cocktail which he said helped for a short time .  His vitals are stable at
150/98 p 91 r 16 O2 sat is 99% on room air.  His lungs are clear to
auscultation and his biopsy area is clear of infection or swelling at this
time.  He does not appear to be in significant pain at this time.

---

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230
STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS

CDC #: K37471
Name(L,F,M,S):  GOMEZ, PEDRO



## Assessment

### Medical Diagnosis

**Code:** 719.4          **Description:** PAIN IN JOINT

**Axis:**      **GAF:**      **Status:** CURRENT      **Provider:** ROWE, MD, LINDA

**Diagnosis Dt/Tm:** 08-28-2006 1210      **Resolve Dt/Tm:** 00-00-0000 0000      **Priority:**

**Notes:** L wrist

## Plan

**Provider:** BREE, RN , LORI          **Plan Dt/Tm:** 05-22-2007 1241          **Completed By:**

**Completed Dt/Tm:**          **Patient Education:** N      **Phone Order Status:** NONE

        **Entry Dt/Tm:** 05-22-2007 1241      **Entered By:** MPIMSLCB, BREE, RN

```
Alteration in Comfort
Inmate is already scheduled for follow up with clinic MD this week he is
notified and is told to take it easy and relax until he is seen and he will be
re checked in the AM by the nurse.  He will recieve his ordered medication this
evening.
```

## Order

| | |
|---|---|
| **PHYSICIAN'S PROGRESS NOTES** | **CDC #:** K37471 |
| | **Name(L,F,M,S):** GOMEZ, PEDRO |
| CDC 7230 | |
| STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS | |

COPY

Page 3 of 3

PG 12 OF 25

## Subjective

| | |
|---|---|
| **Entry Dt/Tm:** 05-22-2007 2136 | **Entered By:** MPIMSDWT , TIMME, SR RN |
| **Updated Dt/Tm:** 05-22-2007 2140 | **Updated By:** MPIMSDWT , TIMME, SR RN |

Pt states "I have been having chest pain for about 3 days. It comes and goes. I
have not had anything to eat for a couple of days either. I had some coffee
cake this morning and then I had chest pain after that. I drank some water
later on and had chest pain again. I need to go to the CTC and get another EKG.
The Nexium they gave me did not help much.

## Objective

### Vitals

| | | | |
|---|---|---|---|
| **Vitals Dt/Tm:** 05-22-2007 2140 | **Temp (°F):** 97.6 | **Pulse:** 71 | **Respiration:** 18 |
| **Blood Pressure:** 166/83 | **Wgt:** | **Hgt:** ' " | **Provider:** TIMME, SR RN , DAVID |
| **Notes:** | | | |

### Other

**Name:** Chest Pain

**Provider:** TIMME, SR RN , DAVID                    **Other Dt/Tm:** 05-22-2007 2142

**Notes:** Pt escorted into C clinic walking with steady upright gait without guarding.
A/O x3, VSS, L/S clr equal bilat unlabored, HRR, Pulses strong equal bilat.
Talking in clear sentences with out problem. BS x4. C/O CP mostely on right
side of chest, with some on the left, also c/o pain throughout back, Pt stated
having increased cp after eating. Inmate was seen previous night for c/o cp at
CTC with, pt was sent back to his cell after work up. Pt insisted on going back
to CTC for another EKG and fell on floor refusing to cooperate with CO.

| | |
|---|---|
| **PHYSICIAN'S PROGRESS NOTES** | **CDC #:** K37471 |
| | **Name(L,F,M,S):** GOMEZ, PEDRO  |
| CDC 7230 | |
| STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS | |

## Assessment

### Medical Diagnosis

**Code:** 719.4        **Description:** PAIN IN JOINT

**Axis:**        **GAF:**        **Status:** CURRENT        **Provider:** ROWE, MD, LINDA

**Diagnosis Dt/Tm:** 08-28-2006 1210        **Resolve Dt/Tm:** 00-00-0000 0000        **Priority:**

**Notes:** L wrist

## Plan

**Provider:** TIMME, SR RN , DAVID        **Plan Dt/Tm:** 05-22-2007 2157        **Completed By:**

**Completed Dt/Tm:**        **Patient Education:** N        **Phone Order Status:** NONE

        **Entry Dt/Tm:** 05-22-2007 2157        **Entered By:** MPIMSDWT, TIMME, SR RN

Chest Pain

1. Scheduled for PCP line
2. Continue meds as scheduled
3. Contact medical if pain gets worse
4. Pt non cooperative, hands on escort back to cell

## Order

| | |
|---|---|
| **PHYSICIAN'S PROGRESS NOTES** | **CDC #:** K37471 |
| | **Name(L,F,M,S):** GOMEZ, PEDRO COPY |
| CDC 7230 | |
| STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS | |

~~Page 3 of 3~~

PG 14 OF 25

# HEALTH CARE SERVICE REQUEST FORM (PBSP 736

3959 /

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|

If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty

REQUEST FOR:  MEDICAL ☐  PSYCHIATRY ☐  MENTAL HEALTH ☐  DENTAL ☐  PHARMACY ☐

NAME: Gomez          CDC #: K37471          HOUSING: C4-224

PHARMACY REFILL # _____ *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM)  EXPERIENCING SEVERE PAIN ; CHEST AND BACK. BREATHING DIFICULTIES. HAVE BEEN GOING THROUGH THIS FOR A COUPLE DAYS AGO. [I HAD A LIVER BIOPSY ON THURSDAY 05/17/07] CANT SLEEP OR DO ANY ACTIVITIES DUE TO PAIN & SHORTNESS OF BREATH.

PATIENT'S SIGNATURE: P Gomez          DATE: 05-22-07

| PART II:  TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA |
|---|

Date & Time Received: 5/22/07  0220          Received by: (signature)

Reviewed by RN/RDA, Date: 5/22/07  Time: 1230  Signature: (signature)  Triage Designation: (signature)

S:

O:    T: —    P: 91    R: 16    BP: 150/98    WEIGHT: 02 Sat 99%

A:

P:

|  | Signature/Date/Time |  |
|---|---|---|
| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (immediately) | URGENT ☐ (within 24 hours) | ROUTINE ☒ (within 14 calendar days) |

REFERRED TO PCP: _____ / DATE OF APPOINTMENT: 5/24/07

Print/Stamp Name          Signature/Title (signature)          Date & Time Completed 5/22/07

## COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF

1. ☐ Visit was for an emergency
2. ☐ Visit was for diagnosis or treatment of a communicable disease condition  (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR)
3. ☐ Visit was for mental health services
4. ☐ Visit was a follow-up requested by the clinician.
5. ☐ Visit was for State mandated evaluation or  treatment (e.g., Annual TB tests)
6. ☐ Visit was for  reception screening and evaluation only
7. ☐ Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office.

DISTRIBUTION:
ORIGINAL-Unit Health Record          YELLOW - Pharmacy          PINK - Inmate Trust          GOLDENROD – Inmate/Patient
PBSP 7362 (Rev. 7/03)

| Name: | CDC#: | Housing: | Institution: |
|---|---|---|---|

COPY

PG. 15 OF 25

**Notes:**

05-23-2007 1455   S:  Pt. had a liver biopsy 6d ago and has had abdominal pain since.  He says
the pain started in his RUQ and is now going through to his back and up to his
right shoulder.  He says the pain is severe and causes him to break out in a
sweat and it seems like he can't breathe during these episodes.  He says it
makes him nauseous but he has not vomited.  He denies fever, chills, and
malaise.

O:  Vitals:  98.6, 70, 18, 142/81, 99%.  Gen.:  laying on the gurney breathing
normally and in no distress at the moment.  Abd.:  soft, without guarding,
tender to palpation of entire abd. without rebound, positive Murphy's sign,
bowel sounds physiologic.

A:  I suspect he has a complication from his liver biopsy.

P:  Transport to SCH via ambulance for imaging studies, the hospital has been
notified.  Follow up will be prn those results and with his PCP in 5d.

Claire P. Williams, MD

COPY

| Page 3 of 3 | NAME (LAST, FIRST, MI)   GOMEZ, PEDRO |
| | CDC#                     K37471 |



| SIGNATURES | PATIENT DISPOSITION | PATIENT CONDITION ON DISCHARGE |
|---|---|---|
| RN/MTA/MD | | |
| RN/MTA/MD | | |
| RN/MTA/MD | | |
| RN/MTA/MD | SCH | |
| SUPERVISOR REVIEW | MODE OF DEPARTURE: | TIME 05-23-2007 1539  ᴧᵗᶜᵇᵧ |
| K7ustsout | PNA - Wdc II | |

## SOAP NOTATIONS
### SUBJECTIVE: (PATIENT'S STATEMENTS, HISTORY)

| DATE/TIME | PROVIDER |
|---|---|
| 05-23-2007 1510 | MPIMSJMB, BALES, RN |

S: " I had this pain 3 days ago. I had liver biopsy done last thursday (5/17/07). After I had pain and I know it can probably be because of the procedure. Then 3 days ago, it was hurting bad. It hurts here (RUQ) then going to my back."

O: Inmate alert, oriented x4, ambulatory, with some guarding while walking, not in acute distress, respiration even and unlabored, no physical deformities noted. Biopsy mark noted on right upper quadrant. Noted pain and tenderness during palpation of RUQ and back.

This inmate was seen in UTA last monday, 5/21/07, for abdominal pain. GI cocktail was given which gave temporary relief. Abdominal pain persisted yesterday and until this morning hence he was brought back to UTA for re-evaluation of the problem.

A: Altered comfort related to presence of abdominal pain s/p liver biopsy.

P: Inmate vital signs taken and recorded. Physical assessment and interview done. Dr. Williams notified of inmate problem. Suggested to send inmate to SCH ER for further evaluation and treatment of problem.

Inmate verbalized understanding and acceptance with above plan.

Jose Bales, RN

## ASSESSMENT: (NURSING DIAGNOSIS)

| DATE/TIME | DESCRIPTION | NOTES |
|---|---|---|
| | | |

## PLAN (PT EDUCATION, FOLLOWUP, MD ORDERS, ETC.)

| DATE/TIME | DESCRIPTION | NOTES |
|---|---|---|
| | | |



| NAME (LAST, FIRST, MI) | GOMEZ, PEDRO |
|---|---|
| CDC# | K37471 |

PG 17 OF 25

# EMERGENCY CARE FLOW SHEET
## CALIFORNIA DEPARTMENT OF CORRECTIONS
PBSP 7206

| | | | | | TE | 05-23-2007 | |
|---|---|---|---|---|---|---|---|
| | | | | | | IN | OUT |
| | | | | | | 1414 | 1539 |

| INMATE | NAME LAST | FIRST | CDC NUMBER | HOUSING | | DOB | |
|---|---|---|---|---|---|---|---|
| | GOMEZ | PEDRO | K37471 | C04U224L | | 01-26-1977 | |

| TIME OF INCIDENT | LOCATION OF INCIDENT | MODE OF ARRIVAL | |
|---|---|---|---|
| 1430 | C-SHU | ambulatory with guarding noted | |

| STAFF | NAME LAST | FIRST | OCCUPATION | SEX | AGE | DOB |
|---|---|---|---|---|---|---|
| | | | | | | |

| CHIEF COMPLAINT | CC: Abdominal pain s/p liver biopsy | TB CODE | DATE OF LAST TETANUS |
|---|---|---|---|
| | | 32 | unrecalled |

### MECHANISM OF INJURY
- [ ] STABBING
- [ ] PHYSICAL ALTERCATION
- [ ] GUNSHOT WOUND
- [ ] BURN
- [ ] SPORTS INJURY
- [ ] ON THE JOB INJURY
- [x] OTHER

Abdominal pain s/p liver biopsy

### SKIN COLOR
- [x] NORMAL
- [ ] PALE
- [ ] ASHEN
- [ ] CYANOTIC
- [ ] FLUSHED

### SKIN TEMP
- [ ] HOT
- [x] WARM
- [ ] COOL
- [ ] COLD

### SKIN MOISTURE
- [ ] NORMAL
- [x] DRY
- [ ] MOIST
- [ ] PROFUSE

### CAPILLARY REFILL
- [x] < 2 SECONDS
- [ ] > 2 SECONDS
- [ ] NONE

### GLASCOW COMA SCALE

| TIME | EYE OPENING RESPONSE | BEST VERBAL RESPONSE | BEST MOTOR RESPONSE |
|---|---|---|---|
| 1500 | 4 | 5 | 6 |

### LUNG SOUNDS
| | RT | LT |
|---|---|---|
| CLEAR | [x] | [x] |
| WHEEZES | [ ] | [ ] |
| RALES | [ ] | [ ] |
| RHONCHI | [ ] | [ ] |
| DIMINISHED | [ ] | [ ] |
| ABSENT | [ ] | [ ] |

### RESP CHARACTER
- [ ] LABORED
- [x] UNLABORED
- [ ] PAINFUL
- [ ] SHALLOW
- [ ] DEEP
- [ ] RETRACTION
- [ ] NASAL FLARING

### EVIDENCE OF TRAUMA
- [ ] CHEST
- [ ] ABDOMEN
- [ ] G/U
- [ ] PELVIS
- [ ] BACK SPINE
- [ ] HEAD
- [ ] NECK
- [ ] EXTREMITIES
- [x] OTHER

inmate s/p liver biopsy 5/17/07

| TIME | PUPIL RESPONSE | | PUPIL SIZE | |
|---|---|---|---|---|
| | R | L | R | L |
| 1500 | B | B | 4 | 4 |

**VITALS**

| TIME | TEMP | PULSE | RESP | BP | SaO2 |
|---|---|---|---|---|---|
| 05-23-2007 1500 | 98.6 | 70 | 18 | 142/81 | 99 |
| 00-00-0000 0000 | | | | / | |
| 00-00-0000 0000 | | | | / | |
| 00-00-0000 0000 | | | | / | |

**IV**

| TIME | NAME | SITE | GAUGE | RATE |
|---|---|---|---|---|
| 00-00-0000 0000 | | | | |
| 00-00-0000 0000 | | | | |

**ADMIN O2**

| TIME | ROUTE | RATE | SaO2 |
|---|---|---|---|
| | | | |
| | | | |

KEY C=CLOSE B=BRISK SL=SLUGGISH F=FIXED

3    4    5    6    7    8

### CURRENT MEDICATIONS
NEXIUM 20MG CAPSULE 40 MG

### MEDICATION ALLERGIES

COPY

| NAME (LAST, FIRST, MI) | GOMEZ, PEDRO |
|---|---|
| CDC# | K37471 |

Page 1 of 3

18 OF 25

Visit Start Dt/Tm: 05-23-2007 1346 Encounter: MD SICK CARE          Visit Loc: SD POS PHR LVL CARE

## Subjective

| Entry Dt/Tm: 05-23-2007 1346 | Entered By: MPIMSLMR , ROWE, MD |
|---|---|
| Updated Dt/Tm: 05-23-2007 1417 | Updated By: MPIMSLMR , ROWE, MD |

Pt being seen a day earlier for F/U post liver bx 5-17-07; has been c/o chest
pain and abd pains off and on since the procedure.
Was seen in UTA 5-21-07 and given a GI cocktail and Nexium but he says this
does not help.He had an EKG that was unremarkable?- no copy available to review.
He was seen yesterday by the RN and earlier today by the RN--because of
continued complaints, I am seeing him now.
Pt has generalized upper body pains involving the shoulders/chest/lung areas
and RUQ primarily; it comes a goes; has decreased appetite but has forced
himself to eat; feels some nausea but no vomiting; no fever but was sweating
last night; having normal BMs.No cough or urinary symptoms; says the Nexium
does  nothing for his pains
"It just hurts bad" in all the above areas; sometimes it is sharp and other
times like something is hitting my nerves. He gets sob or feels like " I am
collapsing".

## Objective

### Other

**Name:** CTC TRANSFER

**Provider:** MEDHANE, LVN , YORDANOS          **Other Dt/Tm:** 05-21-2007 1805

**Notes:** CALLED BY 4-BLOCK OFFICER DUE TO C/C OF CHEST PAIN/SHORTNESS OF BREATH. WHEN
ASKED HOW LONG? PT. STATED, "ALL DAY". WENT TO PT CELL FRONT, BUT PT. WOULD NOT
GET UP IN ORDER TO TAKE VITALS. ONCE PT. TAKEN OUT OF CELL VITALS WERE TAKEN
AND PT. WAS SENT TO CTC FOR FURTHER EVALUATION.

**Name:** F/U post liver bx and c/o pain

**Provider:** ROWE, MD , LINDA          **Other Dt/Tm:** 05-23-2007 1417

**Notes:** BP varies but has been elevated lately as is his pulse; O2 sats are good with
normal respirations
Pt is anxious and says he is in bad pain most of the time
Lungs- clear without wheezes or rales; says his lungs are sensitive
Heart- RR without murmur or gallop
Abd- soft with no masses; generalized tenderness upper and mid abd area; ??
flank pain, R>>L; no suprapubic tenderness
No redness or bruise where needle went in for biopsy RUQ" + tenderness RUQ
Liver bx results are stage 2 and grade 0-1; pt given a chrono regarding this

| | |
|---|---|
| **PHYSICIAN'S PROGRESS NOTES** | **CDC #:** K37471 |
| | **Name(L,F,M,S):** GOMEZ, PEDRO |
| CDC 7230 | |
| STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS | COPY |

## Assessment

### Medical Diagnosis

**Code:** 999999          **Description:** ABSCESS OF L SIDE OF FACE/NEAR EAR

**Axis:**        **GAF:**          **Status:** COMPLETE      **Provider:** ROWE, MD, LINDA

**Diagnosis Dt/Tm:** 06-05-2006 0824      **Resolve Dt/Tm:** 08-28-2006 1210      **Priority:**

**Notes:**

**Code:** 719.4          **Description:** PAIN IN JOINT

**Axis:**        **GAF:**          **Status:** CURRENT      **Provider:** ROWE, MD, LINDA

**Diagnosis Dt/Tm:** 08-28-2006 1210      **Resolve Dt/Tm:** 00-00-0000 0000      **Priority:**

**Notes:**  L wrist

## Plan

**Provider:** BREE, RN , LORI          **Plan Dt/Tm:** 05-23-2007 0914        **Completed By:**

**Completed Dt/Tm:**              **Patient Education:** N      **Phone Order Status:** NONE

     **Entry Dt/Tm:** 05-23-2007 0913      **Entered By:** MPIMSLCB, BREE, RN

```
Alteration in comfort
Report given to MD and inmate is on MD line for tomorrow.  She states this is
sufficient.  Will monitor further "attacks" inmate voices understanding.
```

## Order

| | CDC #: K37471 |
|---|---|
| **PHYSICIAN'S PROGRESS NOTES** | **Name(L,F,M,S):** GOMEZ, PEDRO |
| CDC 7230 | |
| STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS | |

## Subjective

| | |
|---|---|
| **Entry Dt/Tm:** 05-23-2007 0857 | **Entered By:** MPIMSLCB , BREE, RN |
| **Updated Dt/Tm:** 05-23-2007 0906 | **Updated By:** MPIMSLCB , BREE, RN |

Inmate again calls stating he is now having abdominal pain.  He keeps reminding us that he had a liver biopsy last week.  Last night his pain had shifted from left sided pain to right sided his biopsy site yesterday was clear he has no family history of heart or stomach problems that he knows of.  When seen he states the pain is gone. He states the pain comes and goes gives him a dizzy feeling and when he rests it goes away but sometimes the pain comes while he is at rest. He states he has these attacks 5-6 times a day comes and goes. he was seen and evaluated twice yesterday.

## Objective

### Vitals

| | | | |
|---|---|---|---|
| **Vitals Dt/Tm:** 05-23-2007 0912 | **Temp (°F):** .0 | **Pulse:** 108 | **Respiration:** 16 |
| **Blood Pressure:** 126/88 | **Wgt:** | **Hgt:** `  ` | **Provider:** BREE, RN , LORI |
| **Notes:** | | | |

### Other

**Name:** 7362

**Provider:** BREE, RN , LORI                    **Other Dt/Tm:** 05-23-2007 0906

**Notes:** Inmate again calls and states he had an attack of pain while out on the yard. He comes to the cell front and states the pain is now gone and he is evaluated by the nurse with findings the same as yesterday.  Lungs CTA bowel sounds active had normal BM today his abdomen was soft and flat and he stated he felt no pain during palpation. his heart sounds were normal but he states he noted his urine was dark today and he states he drinks plenty of water.  After he is evaluated he is watched while he goes up to his house he stops to speak with several inmates on the way and walks up the stairs without difficultly at this time

| | |
|---|---|
| **PHYSICIAN'S PROGRESS NOTES**<br><br>CDC 7230<br>STATE OF CALIFORNIA      DEPARTMENT OF CORRECTIONS | **CDC #:** K37471<br>**Name(L,F,M,S):** GOMEZ, PEDRO |

COPY

# Assessment

## Medical Diagnosis

**Code:** 999999          **Description:** ABSCESS OF L SIDE OF FACE/NEAR EAR

**Axis:**          **GAF:**          **Status:** COMPLETE          **Provider:** ROWE, MD, LINDA

**Diagnosis Dt/Tm:** 06-05-2006 0824          **Resolve Dt/Tm:** 08-28-2006 1210          **Priority:**

**Notes:**

**Code:** 719.4          **Description:** PAIN IN JOINT

**Axis:**          **GAF:**          **Status:** CURRENT          **Provider:** ROWE, MD, LINDA

**Diagnosis Dt/Tm:** 08-28-2006 1210          **Resolve Dt/Tm:** 00-00-0000 0000          **Priority:**

**Notes:**  L wrist

# Plan

**Provider:** ROWE, MD , LINDA          **Plan Dt/Tm:** 05-23-2007 1429          **Completed By:**

**Completed Dt/Tm:**          **Patient Education:** N          **Phone Order Status:** NONE

**Entry Dt/Tm:** 05-23-2007 1429          **Entered By:** MPIMSLMR, ROWE, MD

```
Spoke with Dr. Williams in UTA- to send inmate over and he will probably send
out to SCH for further evaluation and imaaging, etc.
RTC after above as 5-days higher levl visit
```

# Order

| PHYSICIAN'S PROGRESS NOTES | **CDC #:** K37471 |
|---|---|
| CDC 7230 | **Name(L,F,M,S):**  GOMEZ, PEDRO |
| STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS | |

COPY

Page
22 oF 25

## Pelican Bay State Prison
### Physician Request for Services
(To be completed by requesting Physician and forwarded to Utilization Management RN)

| | | |
|---|---|---|
| Patient's Name: GOMEZ, PEDRO | CDC #: K37471 | Housing: 304U224L |
| DOB: 01-26-1977 | Gender: MALE | |
| Institution: PBSP | EPRD Date: 00-00-0000 0000 | |
| Principal Diagnosis: GI DISORDER NOT GERD | | ICD-9 Code: 787 |

Location: AUDIOLOGY          Cpt Code: 787

*Please check all that apply:*

[ ] Initial  [ ] Follow Up  [ ] Diagnostic  [ ] Outpatient  [ ] Inpatient  [✓] Consultation  [ ] Elective

**Treatment Priority:** [ ] **Emergent**    [ ] **Urgent**    [✓] **Routine**

Proposed Provider: SCH ER visit          Anticipated Length Of Stay: 1

Expected Disposition: OTHER

**Medical Necessity** (Briefly describe the clinical situation, history of the illness, treatments used. pertinent lab and imaging studies, etc.)

Pt. had a liver biopsy 6d ago and has had abd. pain since. Pain started in RUQ and is now in his entire abd., back, and right shoulder. He was sent to SCH ER for imaging studies to rule out a complication from the biopsy.

Estimated Time for service delivery, recovery, rehab, and follow up: 1

**Summary of preliminary or diagnostic work up and/or conservative treatment provided within the last three (3) months:**

Abd. soft without guarding, tender in entire abd. without rebound, positive Murphy's sign, physiologci bowel sounds

Requesting Physician's Name: WILLIAMS, MD, CLAIRE          Date: 05-23-2007 1502

| UM REVIEW | | |
|---|---|---|
| 1st Level: | Signature: MPIMSDKA | Date: 05-24-2007 0823 |
| 2nd Level: | Signature: MPIMSDKA | Date: 05-24-2007 0824 |
| 3rd Level: | Signature: MPIMSDKA | Date: 06-04-2007 1531 |



PG. 23 OF 25

**Pelican Bay State Prison**
**Physician Request for Services**
(To be completed by requesting Physician and forwarded to Utilization Management RN)

| Patient's Name: GOMEZ, PEDRO | CDC #: K37471 | Housing: 304U224L |
|---|---|---|

Questions: Medical Providers shall submit sufficient documentation, using the checklist below, for CDC determine if the service requested meets CDC Medical Standards of Care, DOM reference 93011; and the Medical

Services for Inmates, Title 22, Sections 51301-54301; Title 15 sections 3350-3370. Requests meeting criteria will

forwarded for scheduling, Requests not meeting criteria for treatment/service will be forwarded to the Physician DOM policy.

*Physicians Statement of Medical Necessity Uses the Following Guidelines:*

"Reasonable and necessary to protect life, prevent significant illness, and to prevent significant disability, or to alleviate severe pain which are supported by health outcome data as effective medical care."

N    **Does request document that service meets the CDC definition of Medical Necessity as stated above?**

Explain:

Please indicate the area that meets the statement:

N    **Prevents loss of life?**

N    **Prevents significant disability limiting performance of activities of daily living?**

N    **Alleviates disabling pain limiting reasonable independent function?**

N    **Is proposed service within the CDC scope of service as outlined in the Medical Standards of Care?**

Explain:

N    **Will service increase Inmates ability to perform minimum CDC work or education program?**

Explain:

N    **Is the requested service consistent with ICD-9 for diagnosis and CPT treatment codes, and are the appropriate codes listed within this form?**

Explain:

N    **Has the necessary clinical information/diagnostic work up been completed and documented to substantiate need of service?**

Explain:

N    **Are there alternative treatment options available?  Note which alternative treatment options were considered or employed and how they were ineffective in meeting the inmate needs.**

Options Considered:

N    **Are there risk factors associated with providing or not providing the service and have they been discussed with the patient?**

Explain:

N    **Is requested service at the lowest reasonable level of care meeting patient needs and CDC medical necessity standards, i.e. consultation, therapy, outpatient?**

Explain:

COPY

PG. 24 OF 25

NAME: Gomez     NUMBER K37471    HOUSING C4-224L PBSP-LAB-001

PELICAN BAY STATE PRISON          HEALTH CARE SERVICES UNIT

NOTIFICATION TO PATIENT OF LABORATORY TEST RESULTS          TEST DATES: 5-23-07

TYPE OF TEST:          BASIC BLOOD TESTS          HEPATITIS SCREEN          X-RAY          EKG
(circle test type)          OTHER:

ScH CT abdomen
ScH 3-V abdomen

YOUR TEST RESULTS WERE EVALUATED BY A PHYSICIAN AS FOLLOWS:

☐ Your test result is essentially within normal limits. No physician follow-up is required.

☐ Your test result remains unchanged an will be reviewed with you at your next Chronic Care Appointment.

☒ Your test result is not within normal limits. You will be scheduled to discuss the results with a physician.          F/U after Hospital D/C

☐ Your test result is not within normal limits. Further studies are required and have been scheduled for you. You

will receive further information on this study at a later date.

PHYSICIAN REMARKS

_____

_____

_____

_____

_____

_____

_____

1.  HEALTH RECORD COPY

2.  PATIENT COPY          Physician & Surgeon

3.  PHYSICIAN COPY          5-30-07
          Date &Time

## CONFIDENTIAL

NAME :          NUMBER          HOUSING          PBSP-LAB-001

PG.25 OF 25

# EXHIBIT [E]

PLAINTIFF'S MEDICAL RECORDS
SUTTER COAST HOSPITAL
22 TOTAL PAGES.

SUTTER COAST HOSPITAL – CRESCENT CITY, CA
800 EAST WASHINGTON BOULEVARD  95531

EMERGENCY ROOM RECORD

**DATE OF VISIT:** 05/23/2007

**CHIEF COMPLAINT:**  A 30-year-old male brought in by correctional officers with chief complaint of right upper quadrant pain.

**HISTORY OF PRESENT ILLNESS:**  He states he had a liver biopsy at Pelican Bay State Prison on Thursday, approximately 1 week ago.  On 5/20 he began to have mild right upper quadrant pain; it has become persistently worse.  He has had nausea, no vomiting; denies any fever.  He denies any change in bowel or bladder habits.  He states it is worse with inspiration, but no shortness of breath or cough.  He states he has had appetite slightly diminished, but his last meal was not eaten today.

**REVIEW OF SYSTEMS:**  As stated above, otherwise negative.

**PAST MEDICAL HISTORY:**  Hepatitis C, GI disorder, GERD, joint pain.

**MEDICATIONS:**  He states the infirmary initiated Nexium yesterday and he took it today as well.  He takes no other medications on a regular basis.

**HABITS:**  He denies tobacco dependency.  No alcohol or illicit drug use.

**PHYSICAL EXAMINATION:**
VITAL SIGNS:  Temperature 37.0, pulse 76, respirations 18, BP 130/66, and SaO2 of 100% in room air, and weight 170 pounds.
GENERAL:  A well-developed, well-nourished male.  He is alert, calm and cooperative.
HEENT:  Voice resonant.
CVS:  Regular rate and rhythm without murmur, gallops or rubs.
LUNGS:  Clear to auscultation, no respiratory distress.
ABDOMEN:  He has right upper quadrant tenderness to deep palpation with mild guarding.  No peritoneal signs or palpable organomegaly or CVA tenderness.  Bowel sounds are positive throughout.
RECTAL:  Good sphincter tone.  No palpable masses.  Stool is brown, heme-negative.
SKIN:  Slightly pale.  He does have a very small incision site at the right anterior axillary line at approximately the twelfth rib level.  No erythema, induration or fluctuation.

**EMERGENCY ROOM RECORD - Pg. 1**      **NAME:** CDC, K37471
Gina Gastelum, P.A.                **MR #:** 158375

PAGE 1 OF 22

SUTTER COAST HOSPITAL – CRESCENT CITY, CA
800 EAST WASHINGTON BOULEVARD  95531

EMERGENCY ROOM RECORD

**LABORATORY DATA:**  His WBC is 7.4 and H&H of 13.4 and 41.0, platelets are 60,000.  His amylase is 50, sodium 135, potassium 3.8, glucose 107, BUN and creatinine 15/1.1.  His total bilirubin is 3.2.  AST 329, ALT is 590.  PT 13.1, and INR of 1.0 and a PTT of 26.9.  Urinalysis random yellow, clear and within normal limits.

**HOSPITAL COURSE:**  IV saline lock was placed.  Hydration was initiated, a 500-mL normal saline bolus.  I consulted with the supervising physician Dr. Saunders at that time, and she requested IV contrast CT of the abdomen and pelvis.  In addition, a 3-view abdominal series was obtained.  On the 3-view, there are no infiltrates.  He has positive stool, no air-fluid levels, no obvious obstruction.  CT as read by Nighthawk Radiology Services showed high-density material within the gallbladder.  Given the history of a recent liver biopsy, hemorrhage within the biliary system is a likely consideration.  The gallbladder was distended and the wall was mildly indistinct suggesting the possibility of acute cholecystitis.  There were no gallstones seen, and no significant biliary dilatation.  The remainder of the report is documented as within normal limits.

The patient had an episode of approximately 250 cc of frank bloody emesis.  He was complaining of increased pain.  IV Protonix 40 mg, IV Phenergan 12.5 mg and an additional liter of normal saline bolus was initiated.  We notified the supervising physician in changing shift Dr. Nash, and she took over this case.  Please refer to her notes.

**IMPRESSIONS:**
1.    Upper gastrointestinal bleed status post liver biopsy.
2.    Hepatitis C.


Gina Gastelum, P.A. _____


Co-Signer _____
**D: 05/23/2007 11:01 PM  T: 05/24/2007 08:42 AM  JOB#: 01083609**




**EMERGENCY ROOM RECORD – Pg. 2**        **NAME:** CDC, K37471
Gina Gastelum, P.A.                      **MR #:** 158375

PAGE 2 OF 22

SUTTER  JAST HOSPITA.  - CRESCENT C_.Y, CA
800 EAST WASHINGTON BOULEVARD  95531

ER ADMISSION

**DATE OF ADMIT:** 05/23/2007

**CHIEF COMPLAINT:** Right upper quadrant pain.

**HISTORY OF PRESENT ILLNESS:** The patient is a 30-year-old who reports that he is positive for hepatitis C and that he had a liver biopsy done a week ago for a change in his liver "numbers". The patient was initially seen by the PA and worked up for his right upper quadrant pain. One of the examinations that was done was CT scan with IV contrast which showed that the patient had high density material in the gallbladder consistent with hemorrhage in the biliary system. The gallbladder was distended mildly distinctly suggesting possibility of acute cholecystitis. No gallstones were seen. No biliary duct dilatation was seen. The spleen, kidneys, pancreas and adrenal glands were normal. The bowel was unremarkable. The appendix was normal. No free fluid was seen. On return from CT however, the patient reported that his pain was worsening and he vomited 250 mL of frank red blood. Guaiac exam on stool was negative. The patient reported that he had not vomited blood prior to this episode. He had been bothered by the right upper quadrant pain with radiation to his right shoulder and increased pain with deep inspiration however, he had not had any epigastric pain or substernal pain and had been eating without any difficulty apparently.

On my examination of the patient at that time, the patient had no epigastric pain. He did have right upper quadrant pain without guarding or rebound tenderness. He had normal bowel sounds and normal breath sounds. The puncture site for the biopsy was quite well healed. There was no surrounding redness, induration or bruising seen and no tenderness directly over that site. There was no chest wall tenderness to palpation.

Prior to my seeing him, the patient had IV Protonix, Phenergan, normal saline and Dilaudid. He reported that this was effective for his pain but that the pain was returning. I did discuss the patient with Dr. Schommer, who is willing to see the patient in consultation and do an EGD however, she requested that the patient be admitted to internal medicine because of the possibility of internal medicine because of the possibility of medical care required for his hepatitis C. Dr. Gurov was consulted and agrees to the admission.

ER ADMISSION  Pg. 1              **NAME:** CDC, K37471
Sylvia R. Nash, M.D.            **MR #:** 158375

PG  3 OF 22

800 EAST WASHINGTON BOULEVARD   93531

**ER ADMISSION**

**FINAL DIAGNOSES:**
1.  Upper GI bleed.
2.  Recent liver biopsy.
3.  Hepatitis C.


Sylvia R. Nash, M.D.   _____

**D:** 05/23/2007 09:48 PM   **T:** 05/23/2007 10:11 PM   **JOB#:** 01073555


**ER ADMISSION  Pg.** 2
Sylvia R. Nash, M.D.

**NAME:** CDC, K37471
**MR #:** 158375

PG. 4 OF 22

SUTTER  ,AST HOSPITAL  · CRESCENT C. .Y, CA
800 EAST WASHINGTON BOULEVARD  95531

HISTORY AND PHYSICAL

**DATE OF ADMISSION:** 05/23/2007

**CHIEF COMPLAINT:**  This is a 30-year-old male who has never been to the hospital before.  This time patient comes because he had biopsy six days ago due to hepatitic C with increasing liver enzymes.  After the biopsy the patient started having gradual right upper and lower quadrant pain radiating to the right scapular area into the back.

**HISTORY OF PRESENT ILLNESS:**  Patient upon admission to the emergency room had one episode of hematemesis with a small amount of blood.  He denies any fevers, any chills, no history of jaundice.  No history of bleeding before, no hematuria, no urinary problems.  Patient admits to having dark urine lately.  No cough, fever or chills.  No history of rashes or skin problems.  No livedo.  No neurological problems. No other symptoms.  Patient has been completely healthy until recently and he states that he never had any problems before.

**PAST MEDICAL HISTORY:**  Significant for hepatitis C diagnosed one year ago on routine blood test.  Patient is completely asymptomatic otherwise.  Also history of tuberculosis treated for six months, this was approximately ten years ago.  Patient denies any history of diabetes, high blood pressure, kidney problems, lung problems, neurological problems, any depression and anxiety or other problems what so ever.

**PAST SURGICAL HISTORY:**  Left hand plastic surgery.

**ALLERGIES:**  Patient denies allergies to foods or medications.

**SOCIAL HISTORY:**  Patient is an ex-smoker, stopped smoking three years ago.  He is an ex-ETOH user, states that he was drinking heavily mainly straight alcohol but stopped about two years ago.  Denies any IV drug use.  He has a big tattoo on the chest and tattoos on both forelegs.  Denies any blood transfusions in the past.  No sexual contacts.  He is completely unaware how he got the hepatitis C.

**CURRENT MEDICATIONS:**  Patient is presently on Nexium 40 mg p.o. daily and ibuprofen for mild wrist pain which he has been taking on an on and off basis.

**HISTORY AND PHYSICAL - Pg. 1**       **NAME:** CDC, K37471
Andrean A. Gurov, M.D.             **MR #:** 158375

PG. 5 OF 22

SUTTER ___AST HOSPITAL · CRESCENT C___Y, CA
800 EAST WASHINGTON BOULEVARD  95531

### HISTORY AND PHYSICAL

**PHYSICAL EXAMINATION:**
VITAL SIGNS:
GENERAL:  Patient is alert, oriented, not in distress, answers questions appropriately.
NEUROLOGIC:  Pupils equal, reactive to light.  Cranial nerves intact.  Strength and sensation normal in all extremities.  Reflexes present and symmetrical bilaterally.  No neurological deficits noted.
HEAD AND NECK:  Normal exam, no signs of trauma.  Moist mucous membranes.  No sore throat.  No lymphadenopathy.  No thyromegaly.  No masses palpable in the neck.  No pulsations appreciated.
PULMONARY:  Good air entry bilaterally.  No wheezes, no rales.
CARDIOVASCULAR:  Regular rhythm and rate, no murmurs, gallops, JVD or bruit.
ABDOMEN: Soft abdomen.  There is tenderness on palpation in the right upper quadrant.  Murphy sign is slightly positive.  Bowel sounds are present.  No organomegaly appreciated.  No masses palpable in the abdomen.
EXTREMITIES:  Normal passive range of motion.  Extremities warm to touch.  Pulses palpable.  No edema noted.
SKIN:  Normal exam, no rashes, no lesions, no jaundice, no scleral icterus.  No stigmata of liver disease present.

**LABORATORY DATA:**  WBC count 7.4, H&H 13.4 and 41, platelets 160.  Three hours later the hemoglobin was 12 and hematocrit 36.  Sodium 135, potassium 3.8, chloride 101, bicarb 29, BUN 15, creatinine 1.1, glucose 107.  Total protein 7.5, albumin 4, total bilirubin 3.2, alkaline phosphatase 130, AST 329, ALT 590.  INR 1.  Urinalysis negative for urinary tract infection.  Abdominal CAT scan with contrast shows hemorrhage within the biliary system, acute cholecystitis with mild obscuring of the gallbladder wall.  Pancreas, liver, kidneys and spleen appear normal.  Amylase level 50.

**ASSESSMENT AND PLAN:**
1.  Upper GI bleed, one episode, small amount of blood.  Patient is asymptomatic and hemodynamically stable.  Vital signs; blood pressure 130/66, pulse 76, respirations 18, temperature 37, saturating 100% on room air.  Will start IV fluids.  Will give PPI and will start patient on Zosyn to cover cholecystitis.  At this point patient is not septic, he is stable.  Minimally symptomatic.  Dr. Schommer was called.  She will do an EGD on the patient tomorrow.  Will keep patient n.p.o. at midnight.  We will admit to telemetry for monitoring.  We will follow CBC every four to six hours.  We will consider blood transfusion if necessary.  We will follow the electrolytes as well.


**HISTORY AND PHYSICAL – Pg.** 2        **NAME:** CDC, K37471
Andrean A. Gurov, M.D.              **MR #:** 158375


PG. 6 OF 22

cholecystitis: inflamation of the gall bladder.

septic : of, relating to, or causing ~~put~~ putrefaction 2: produced by putrefaction
or by disease germs

SUTTER _JAST HOSPITAL - CRESCENT C__Y, CA
800 EAST WASHINGTON BOULEVARD  95531

### HISTORY AND PHYSICAL

2.  Hepatitis C status post liver biopsy six days ago, showing grade
2, Stage 0-I changes in the liver with complications.  Most likely
hemorrhagic cholecystitis as per the CAT scan of the abdomen.
Patient was told he was not a candidate for any treatment of the
hepatitis C, unaware of the viral serology at this point.

Patient will be full code status.  Expected length of stay 1-2 days.


Andrean A. Gurov, M.D.     _____
**D: 05/23/2007 10:59 PM  T: 05/24/2007 05:23 AM  JOB#: 01093574**


**HISTORY AND PHYSICAL - Pg.** 3     **NAME:** CDC, K37471
Andrean A. Gurov, M.D.                **MR #:** 158375

PG. 7 OF 22

05/28/2007 08:00                                                    **Cumulative Report**

**Sutter Coast Hospital**
800 East Washington, Crescent City, CA  95531
Erik Burman, M.D., Medical Director

Name: **CDC,K37471**                              Loc: MED        Room: 116-02
MR #: 158375            Pt Phone:707-465-1000     Dr : GUROV, ANDREAN A
Acct: 13982830
DOB : 01/26/1977  30Y/M                            Admit Date: 05/23/2007
                                                   Discharge Date: 05/25/2007


        ------------------- **MICROBIOLOGY - MISCELLANEOUS TESTING** ---------------
**CLO Test**                             Collection Date/Time: 05/24/2007      1425
        **Acc. No.: H253472**            Receipt Date/Time:    05/24/2007  1543
        Status: Final 05/25/2007

        Specimen Description: Biopsy
        Special Requests:      None
        Ordering Dr: GUROV, ANDREAN A

        CLO Test:      1.   Neg

PG. 8 OF 22

05/28/2007 08:00                                              Cumulative Report

**Sutter Coast Hospital**
800 East Washington, Crescent City, CA  95531
Erik Burman, M.D., Medical Director

Name: **CDC,K37471**                          Loc: MED        Room: 116-02
MR #: 158375            Pt Phone:707-465-1000   Dr : GUROV, ANDREAN A
Acct: 13982830
DOB : 01/26/1977  30Y/M                        Admit Date: 05/23/2007
                                               Discharge Date: 05/25/2007


----------------------------- **GENERAL CHEMISTRY** -----------------------------

| DATE: | [-----05/25/07-----] | 05/24/07 | 05/23/07 | | |
|---|---|---|---|---|---|
| TIME: | 0515 | 0515 | 0600 | 1731 | UNITS | REF RANGE |
| Sodium | 137 | | 137 | 135 L | mmol/L | 136-145 |
| Potassium | 4.0 | | 4.1 | 3.8 | mmol/L | 3.5-5.1 |
| Chloride | 102 | | 103 | 101 | mmol/L | 98-107 |
| CO2 | 28 | | 29 | 29 | mmol/L | 21-32 |
| Anion Gap | 10.9 | | 9.6 | 8.8 | mmol/L | 6-16 |
| Glucose | 123 H | | 94 | 107 H | mg/dL | 70-100 |
| BUN | 11 | | 12 | 15 | mg/dL | 7-18.0 |
| Creatinine | 1.0 | | 1.0 | 1.1 | mg/dL | 0.6-1.3 |
| Calcium | 7.9 L | | 8.1 L | 8.6 | mg/dL | 8.5-10.1 |
| Total Protein | | 5.9 L | 6.0 L | 7.5 | g/dL | 6.4-8.2 |
| Albumin | | 3.0 L | 3.1 L | 4.0 | g/dL | 3.4-5.0 |
| Alkaline Phosphatase | | 108 | 107 | 130 | U/L | 50-136 |
| AST | | 136 H | 204 H | 329 H | U/L | 15-37 |
| ALT | | 366 H | 429 H | 590 H | U/L | 30-65 |
| Bilirubin,Total | | 4.7 H | 3.3 H | 3.2 H | mg/dL | <1.00 |
| Bilirubin,Direct | | 3.8 H | 2.5 H | | mg/dL | 00-0.30 |
| Amylase | 41 | | | 50 | U/L | 25-115 |


**Medical Records - FINAL SUMMARY**
CDC,K37471                        CONTINUED                          Page 2
158375      Loc/Rm: MED/116-02                 **Medical Records - FINAL SUMMARY**


PG. 9 OF 22

05/28/2007 08:00                                                    Cumulative Report
                              Sutter Coast Hospital
                   800 East Washington, Crescent City, CA  95531
                        Erik Burman, M.D., Medical Director

Name: CDC,K37471                                   Loc: MED        Room: 116-02
MR #: 158375              Pt Phone:707-465-1000    Dr : GUROV, ANDREAN A
Acct: 13982830
DOB : 01/26/1977  30Y/M                            Admit Date: 05/23/2007
                                                   Discharge Date: 05/25/2007


-------------------------------- HEMATOLOGY ----------------------------------

| DATE: | 05/25/07 | 05/24/07 | | |
|---|---|---|---|---|
| TIME: | 0515 | 1000 | UNITS | REF RANGE |
| WBC Count | 14.8 H | | K/uL | 4.0-11.0 |
| RBC Count | 3.44 L | | M/uL | 4.50-6.20 |
| Hemoglobin | 9.9 L | 11.3 L | g/dL | 13.5-18.0 |
| Hematocrit | 30.3 L | 34.3 L | % | 40.0-53.0 |
| MCV | 88 | | fL | 80-100 |
| MCH | 28.9 | | pg | 27.0-33.0 |
| MCHC | 32.8 | | g/dL | 32.0-36.0 |
| RDW | 12.5 | | % | 11.5-15.0 |
| Platelet Count | 124 L | | K/uL | 150-400 |
| Diff Type | Automated | | | |
| Neutrophils | 90 H | | % | 49-74 |
| Lymphocytes | 3 L | | % | 26-46 |
| Monocytes | 7 | | % | 0-12 |
| Eosinophils | 0 | | % | 0-5 |
| Basophils | 0 | | % | 0-2 |
| Neutrophils, Absolute | 13.3 H | | K/uL | 2.0-8.0 |
| Lymphocytes, Absolute | 0.5 L | | K/uL | 1.0-5.1 |
| Monocytes, Absolute | 1.0 H | | K/uL | 0.0-0.95 |
| Eosinophils, Absolute | 0.0 | | K/uL | 0.0-0.6 |
| Basophils, Absolute | 0.0 | | K/uL | 0.0-0.2 |


-------------------------------- HEMATOLOGY ----------------------------------

| DATE: | [--------------05/24/07--------------] | | | |
|---|---|---|---|---|
| TIME: | 0615 | 0219 | UNITS | REF RANGE |
| Hemoglobin | 11.4 L | 12.4 L | g/dL | 13.5-18.0 |
| Hematocrit | 34.6 L | 37.0 L | % | 40.0-53.0 |


                         Medical Records - FINAL SUMMARY
CDC,K37471                          CONTINUED                       Page 3
158375        Loc/Rm: MED/116-02            Medical Records - FINAL SUMMARY


PG. 10 OF 22

05/28/2007 08:00                                       **Cumulative Report**

**Sutter Coast Hospital**
800 East Washington, Crescent City, CA  95531
Erik Burman, M.D., Medical Director

Name: **CDC,K37471**                                Loc: MED       Room: 116-02
MR #: 158375         Pt Phone:707-465-1000      Dr : GUROV, ANDREAN A
Acct: 13982830
DOB : 01/26/1977  30Y/M                       Admit Date: 05/23/2007
                                                 Discharge Date: 05/25/2007

-------------------------------- **HEMATOLOGY** ----------------------------------

| DATE: | [---------------05/23/07---------------] | | | |
|-------|------|------|-------|-----------|
| TIME: | 2119 | 1731 | UNITS | REF RANGE |
| WBC Count | | 7.4 | K/uL | 4.0-11.0 |
| RBC Count | | 4.72 | M/uL | 4.50-6.20 |
| Hemoglobin | 12.1 L | 13.4 L | g/dL | 13.5-18.0 |
| Hematocrit | 36.1 L | 41.0 | % | 40.0-53.0 |
| MCV | | 87 | fL | 80-100 |
| MCH | | 28.5 | pg | 27.0-33.0 |
| MCHC | | 32.8 | g/dL | 32.0-36.0 |
| RDW | | 12.1 | % | 11.5-15.0 |
| Platelet Count | | 160 | K/uL | 150-400 |
| Diff Type | | Automated | | |
| Neutrophils | | **76 H** | % | 49-74 |
| Lymphocytes | | **15 L** | % | 26-46 |
| Monocytes | | 7 | % | 0-12 |
| Eosinophils | | 1 | % | 0-5 |
| Basophils | | 1 | % | 0-2 |
| Neutrophils, Absolute | | 5.6 | K/uL | 2.0-8.0 |
| Lymphocytes, Absolute | | 1.1 | K/uL | 1.0-5.1 |
| Monocytes, Absolute | | 0.5 | K/uL | 0.0-0.95 |
| Eosinophils, Absolute | | 0.1 | K/uL | 0.0-0.6 |
| Basophils, Absolute | | 0.0 | K/uL | 0.0-0.2 |

--------------------------- **HEMOSTASIS - COAGULATION** ---------------------------

| DATE: | 05/23/07 | | |
|-------|----------|-------|-----------|
| TIME: | 1731 | UNITS | REF RANGE |
| PTT | 26.9 | sec | 23.2-40.3 |
| PT | 13.1 | sec | 11.9-14.7 |
| INR | 1.0 | Calc. | 0.9-1.1 |
| | INR1 | | |
| | INR2 | | |
| | INR3 | | |

                      << RESULTS CONTINUED ON NEXT PAGE >>

---**FOOTNOTES**---
INR1    **INR : 0.81-1.19**
INR2    **Prophylaxis and treatment of venous**
INR3      **thrombosis . . . . . . . . . INR 2.0-3.0**

**Medical Records - FINAL SUMMARY**
CDC,K37471                    CONTINUED                        Page 4
158375        Loc/Rm: MED/116-02                 **Medical Records - FINAL SUMMARY**

05/28/2007 08:00                                                    Cumulative Report

**Sutter Coast Hospital**
800 East Washington, Crescent City, CA  95531
Erik Burman, M.D., Medical Director

```
Name: CDC,K37471                              Loc: MED        Room: 116-02
MR #: 158375              Pt Phone:707-465-1000   Dr : GUROV, ANDREAN A
Acct: 13982830
DOB : 01/26/1977  30Y/M                        Admit Date: 05/23/2007
                                               Discharge Date: 05/25/2007
```

------------------------- **HEMOSTASIS - COAGULATION** -------------------------

```
DATE:               05/23/07
TIME:                 1731                      UNITS     REF RANGE
INR                 (cont)
                     INR4
                    SPACE
                     INR5
                     INR6
```

---FOOTNOTES---
INR4    Mechanical Prosthetic Valves . INR 2.5-3.5
INR5    INR values are only valid for patients on
INR6    stable oral anticoagulants.

**Medical Records - FINAL SUMMARY**
CDC,K37471                       CONTINUED                        Page 5
158375        Loc/Rm: MED/116-02              **Medical Records - FINAL SUMMARY**

PG 12 OF 77

05/28/2007 08:00                                                    **Cumulative Report**

**Sutter Coast Hospital**
800 East Washington, Crescent City, CA  95531
Erik Burman, M.D., Medical Director

```
Name: CDC,K37471                          Loc: MED      Room: 116-02
MR #: 158375          Pt Phone:707-465-1000   Dr : GUROV, ANDREAN A
Acct: 13982830
DOB : 01/26/1977  30Y/M                    Admit Date: 05/23/2007
                                           Discharge Date: 05/25/2007
```

```
------------------------------- URINALYSIS --------------------------------
```

| DATE: | 05/23/07 | | |
|-------|----------|--|--|
| TIME: | 2126 | UNITS | REF RANGE |
| Collection Type | Random | | |
| Color | Dark yellow | | |
| Appearance | Clear | | |
| Specific Gravity | 1.010 | | 1.001-1.035 |
| Urine pH | 6.5 | | 5.0-7.0 |
| Leukocyte Esterase | Neg | | NEG |
| Nitrite | Neg | | NEG |
| Protein | Neg | | NEG |
| Glucose | Neg | | NEG |
| Ketones | 3+ * | | NEG |
| Urobilinogen | 4 H | EU/dL | 0.1-1.0 |
| Bilirubin | Pos * | | NEG |
| Blood | Neg | | NEG |
| Comments: | (a) | | |

```
---FOOTNOTES---
(a)     No microscopic done, not indicated
```

**Medical Records - FINAL SUMMARY**
CDC,K37471                   CONTINUED                        Page 6
158375       Loc/Rm: MED/116-02              **Medical Records - FINAL SUMMARY**

PG.13 OF 22

05/28/2007 08:00                                                    Cumulative Report
                              **Sutter Coast Hospital**
                    800 East Washington, Crescent City, CA  95531
                       Erik Burman, M.D., Medical Director

Name: **CDC,K37471**                              Loc: MED       Room: 116-02
MR #: 158375            Pt Phone:707-465-1000     Dr : GUROV, ANDREAN A
Acct: 13982830
DOB : 01/26/1977  30Y/M                           Admit Date: 05/23/2007
                                                  Discharge Date: 05/25/2007


          --------------------------- TRANSFUSION SERVICES ---------------------------

05/23/07
    1731  Serology Type & Scre
          Sero ABO             O
          Sero Rh              Pos
          Sero Antibody Scrn   Neg

05/23/07
    1731  Serology Unit 1
          Unit No.             3622469
          Unit Type            PRBC
          Unit Result          Compatible
          Unit Blood Type      O POS
          Unit Exp. Date       06 21 07

05/23/07
    1731  Serology Unit 2
          Unit No.             9610913
          Unit Type            PRBC
          Unit Result          Compatible
          Unit Blood Type      O POS
          Unit Exp. Date       06 28 07

05/23/07
    1731  Serology Unit 3
          Unit No.             9963311
          Unit Type            PRBC
          Unit Result          Compatible
          Unit Blood Type      O POS
          Unit Exp. Date       06 28 07

05/23/07
    1731  Serology Unit 4
          Unit No.             9610911
          Unit Type            PRBC
          Unit Result          Compatible
          Unit Blood Type      O POS
          Unit Exp. Date       06 28 07



                         **Medical Records - FINAL SUMMARY**
                                  CONTINUED                        Page 7
  **CDC,K37471**
  **158375**      Loc/Rm: MED/116-02            **Medical Records - FINAL SUMMARY**



                          PG. 14 OF 22

**SUTTER COAST HOSPITAL**

Department of Diagnostic Imaging
800 East Washington Blvd
Crescent City, CA 95531

CDC,K37471
    MRN:  15-83-75                  Ordering  MD: SAUNDERS, SANDRA
    DOB:  01/26/1977                Referring MD:
    Age/Sex:  30Y M                 Attending MD: SAUNDERS, SANDRA
                                    Admitting MD:

| Study Date | Accession # | CPT Code | Procedure |
|---|---|---|---|
| 05/23/2007 | COC0703567 | 74160 | CT ABDOMEN W CONTRAST 74 |
| 05/23/2007 | COC0703568 | 72193 | CT PELVIS W CONTRAST 721 |

Reason for Study   R LOWER QUAD ABDOMIN PAIN IV CONTAST ONLY
                   R LOWER QUAD ABDOMIN PAIN IV CONTRAST ONLY

**\*\*\* FINAL REPORT \*\*\***

CT ABDOMEN WITH CONTRAST, 05/23/07

INDICATION: Right lower quadrant pain. Further history, the
patient has had a recent liver biopsy.

FINDINGS: The patient has mild prominence of the intrahepatic
biliary tree and some subtle increased density is seen in various
locations in the gallbladder. This could represent blood in the
gallbladder. The common bile duct is not dilated. The gallbladder
is not thickened and no pericholecystic fluid identified. No
ascites. I do not see evidence of bleeding into the liver proper
nor in surrounding soft tissues as might be expected. The exact
date of the liver biopsy is not indicated. There are no
gallstones.

Both kidneys have a normal appearance. The pancreas, adrenal
glands, and spleen appear normal as does the aorta. There is no
bulky adenopathy.

CONCLUSION:   Nonspecific changes in the gallbladder suggesting
possible bleeding, mild prominence in the intrahepatic biliary
tree. These two findings may represent bleeding into the biliary
tree. No liver hemorrhage. Otherwise, unremarkable exam.


CT PELVIS WITH CONTRAST

FINDINGS: Fluid is seen throughout the small bowel without
distention. The colon appears normal. There is no free air or
free fluid. Urinary bladder appears normal. Prostate appears
normal.

CONCLUSION: No obvious acute process.

Printed -  05/24/2007 1054

(Page 1 of 1. Continued on next page)


PG, 15 OF 27

**SUTTER COAST HOSPITAL**

Department of Diagnostic Imaging
800 East Washington Blvd
Crescent City, CA 95531

**CDC,K37471**
MRN:  15-83-75                    Ordering  MD: SAUNDERS, SANDRA
DOB:  01/26/1977                  Referring MD:
Age/Sex:  30Y M                   Attending MD: SAUNDERS, SANDRA
                                  Admitting MD:

| Study Date | Accession # | CPT Code | Procedure |
|---|---|---|---|
| 05/23/2007 | COR0709276 | 74022 | XR ABDOMEN COMPLETE WITH |

Reason for Study   RIGHT LOWER ABDOMINAL PAIN

**\*\*\* FINAL REPORT \*\*\***

THREE-VIEW ACUTE ABDOMEN SERIES, 05/23/07

INDICATION: Abdominal pain.

FINDINGS:  Frontal chest view demonstrates lungs to be clear and
heart size normal. No free air beneath the diaphragms.

Abdomen supine and erect demonstrates scattered colon gas in a
normal pattern. No obstruction or definite calculi. Renal shadows
and bony structures are grossly unremarkable, partly obscured by
overlying bowel contents.

IMPRESSION:  Negative chest and abdomen.

Electronically Signed by: 00125 David Burton
Signed on: 05/24/2007 08:12:52

Printed -  05/24/2007 1054

PG. 16 of 22

**SUTTER COAST HOSPITAL**

Department of Diagnostic Imaging
800 East Washington Blvd
Crescent City, CA 95531

**CDC,K37471**
  MRN:  15-83-75
  DOB:  01/26/1977
  Age/Sex:  30Y M

Ordering  MD: SAUNDERS, SANDRA
Referring MD:
Attending MD: SAUNDERS, SANDRA
Admitting MD:

| Study Date | Accession # | CPT Code | Procedure |
|---|---|---|---|
| 05/23/2007 | COC0703567 | 74160 | CT ABDOMEN W CONTRAST 74 |
| 05/23/2007 | COC0703568 | 72193 | CT PELVIS W CONTRAST 721 |

<u>Reason for Study</u>  R LOWER QUAD ABDOMIN PAIN IV CONTAST ONLY
                   R LOWER QUAD ABDOMIN PAIN IV CONTRAST ONLY

**\*\*\* FINAL REPORT \*\*\***

Electronically Signed by: 00125 David Burton
Signed on: 05/24/2007 08:34:13

Printed -  05/24/2007 1054

PG. 17 oF 22

SUTTER COAST HOSPITAL – CRESCENT CITY, CA
800 EAST WASHINGTON BOULEVARD  95531

OPERATIVE REPORT

**DATE OF OPERATION:** 05/24/2007

**SURGEON:** Susan Schommer, M.D.

**ASSISTANT:**  Operating room personnel.

**PREOPERATIVE DIAGNOSIS:**  Hematemesis, rule out upper gastrointestinal bleeding.

**POSTOPERATIVE DIAGNOSIS:**  Normal esophagus, stomach, and duodenum; bleeding appearing to be coming from the biliary ducts and/or liver.

**OPERATIVE PROCEDURE:**  Video esophagogastroduodenoscopy with CLO test.

**ANESTHESIA:**  3 mg of intravenous Versed and 75 mcg of intravenous fentanyl.

**COMPLICATIONS:**  None.

**ESTIMATED BLOOD LOSS:**  None.

**DRAINS:**  None.

**TRANSFUSIONS:**  None.

**SPECIMENS:**  CLO test sent to the lab.

**FINDINGS:**  Esophagus normal.  Stomach normal.  Duodenum normal.  Old blood seen in the stomach but no active bleeding from the stomach.  Fresh blood seen in the duodenum but no ulcers or duodenitis or active bleeding from the duodenum itself.  Given the fact that the patient had a liver biopsy last week, I presume that the fresh blood in the duodenum is coming from the papilla of Vater.

**INDICATIONS FOR PROCEDURE:**  This 30-year-old male inmate at Pelican Bay had a liver biopsy last week due to the fact that he has hepatitis C with a change in liver function tests.  The patient presented to the emergency room yesterday with right upper quadrant pain.  A CT scan of the abdomen revealed blood in the gallbladder and

**OPERATIVE REPORT – Pg.** 1          **NAME:** CDC K37471
Susan Schommer, M.D.                **MR #:** 158375

PG. 18 OF 22

**SUTTER COAST HOSPITAL – CRESCENT CITY, CA**
**800 EAST WASHINGTON BOULEVARD  95531**

### OPERATIVE REPORT

mildly dilated biliary ducts.  The common bile duct was within normal limits in size.  There was no evidence of cholecystitis.  The gallbladder wall was not thickened and there was no fluid around the gallbladder.  The patient's white blood cell count was normal.  After presenting to the emergency room, the patient had one episode of hematemesis.  Dr. Gurov therefore consulted me to do EGD to rule out an upper GI source of the hematemesis.  All risks and benefits of the procedure with possible need for CLO test and/or biopsies were explained and informed consent was obtained.  The use of intravenous sedation was also explained to the patient.  Informed consent was obtained.

**DESCRIPTION OF PROCEDURE:**  The patient was taken to the endoscopy suite and the back of his throat was anesthetized with gargle and spray.  He was placed in the left lateral decubitus position and given a total of 3 mg of intravenous Versed and 75 mcg of intravenous fentanyl which were given slowly and intermittently during the procedure.  The patient swallowed the flexible video gastroscope without difficulty and it was advanced through the esophagus and into the stomach.  The esophagus was totally normal.  Upon entering the stomach, old blood was noted.  There was no active bleeding noted in the stomach.  There was no ulcer or gastritis in the stomach.  The pylorus was identified and was entered without difficulty.  Upon entering the duodenum, a small amount of fresh red blood was encountered.  The duodenum was visualized very carefully.  There was no evidence of duodenitis and there were no duodenal abnormalities noted.  The papilla of Vater was noted and there was no blood seen actually coming out of the papilla of Vater but it was difficult to see the exit point of the papilla due to the fact that a gastroscope with a side port is usually needed for visualizing this well.  The duodenum was very well visualized and there was no active bleeding noted in the duodenum.  There were no duodenal abnormalities noted.  The endoscope was removed back into the stomach and mucosa was taken for CLO test.  The endoscope was retroflexed to view the EG junction.  Again, the old blood was noted but there were no other abnormalities noted.  Most of the old blood was suctioned free from the stomach.  The endoscope was removed slowly through the esophagus and, again, no esophageal abnormalities were noted.  The endoscope was removed.  The patient tolerated the procedure well and there were no complications.


The patient was transferred back to the intensive care unit in stable condition.


**OPERATIVE REPORT – Pg.** 2          **NAME:** CDC K37471
Susan Schommer, M.D.             **MR #:** 158375


PG. 19 OF 22

**SUTTER COAST HOSPITAL – CRESCENT CITY, CA**
**800 EAST WASHINGTON BOULEVARD  95531**

### OPERATIVE REPORT

Susan Schommer, M.D.    _____

**D: 05/24/2007 02:40 PM   T: 05/25/2007 05:56 PM   JOB#: 01093611**

CC:  Andrean A. Gurov M.D.

**OPERATIVE REPORT – Pg.** 3          **NAME:** CDC K37471
Susan Schommer, M.D.              **MR #:** 158375

PG. 20 OF 22

SUTTER COAST HOSPITAL – CRESCENT CITY, CA
800 EAST WASHINGTON BOULEVARD   95531

DISCHARGE SUMMARY

**ADMISSION DATE:** 05/23/2007        **DISCHARGE DATE:** 05/25/2007

**DIAGNOSES AT TIME OF TRANSFER:**
1. Intrahepatic bleed secondary to recent _____ liver biopsy.
2. History of hepatitis C, positive status.
3. Recent elevated liver function studies.
4. Anemia of blood loss.
5. Right upper quadrant abdominal pain.
6. Leukocytosis.
7. Remote history of tuberculosis treated for 6 months.
8. Malnutrition.

**PROCEDURES:**
1. CT scan of the abdomen and pelvis performed on 05/23/2007, and only showed slight dilatation of the biliary tree and intrahepatic ducts consistent with possible bleeding.
2. Upper endoscopy which was performed by Dr. Schommer on 05/24/2007, demonstrating dark red blood in the stomach area, but active bleeding from the ampulla of Vater refluxing up into the stomach rather than an actual gastric bleed.

**CONSULTATIONS:** Susan Schommer, MD, General Surgery consulted on 05/23/2007.

**COMPLICATIONS:** None.

**HOSPITAL COURSE:** The prisoner is a 30-year-old male inmate of Pelican Bay State Prison with diagnosed hepatitis C recently noted to have elevated liver function studies, so approximately 1 week ago, he was brought ~~into Sutter Coast~~ Hospital for an outpatient liver biopsy done under CT guidance. Subsequent to that time, he was returned to the prison, and began to complain of right upper quadrant pain and had episode of hematemesis. He was returned to the emergency room and admitted for acute upper GI bleed.

The patient was then started on proton pump inhibitor drugs IV and maintained n.p.o. status. He did not require any blood transfusions. Initial hematocrit was 37%. The day following his admission, he underwent upper endoscopy with the findings noted above of active blood pooling at the base of the ampulla of Vater with apparent bleeding from the ampulla of Vater and CT scan suggestive of intrahepatic bleed. The patient received IV Zosyn for possibility of

**DISCHARGE SUMMARY – Pg. 1**          **NAME:** CDC, K37471
Donald Micheletti, M.D.          **MR #:** 158375

Pg. 21 of 22

Leukocytosis: an increase in the number of leukocytes in the circulating blood

Anemia: a condition in which the blood is deficient in red blood cells, in ~~which~~ hemoglobin, or in total volume and which is usually marked by pale skin, shortness of breath, and irregular heart action 2. lack of vitality  [Greek anaimia "bloodlessness" from a- + haima "blood"]

**SUTTER COAST HOSPITAL – CRESCENT CITY, CA**
**800 EAST WASHINGTON BOULEVARD  95531**

### DISCHARGE SUMMARY

cholangitis, but has been relatively stable from a hemodynamic standpoint.  His white blood cell count on the day of transfer has risen slightly to 14,800 with 90% segs, 3% lymphocytes, and 7% monocytes.  He is, however, stable for transfer at this time.

**MEDICATIONS AT TIME OF TRANSFER:**
1.  Protonix 40 mg IV daily.
2.  Zosyn 3.375 g IV q.6 h.

**DIET:**  NPO.

**ACTIVITY:**  Bedrest.

**FOLLOWUP:**  Follow up will be with Dr. Williams at Pelican Bay State Prison on return to Crescent City.  The patient may be returned to our service for Crescent City Internal Medicine if hospital to hospital transfer needs to occur.

**CONDITION AT TIME OF DISCHARGE:**
VITAL SIGNS:   Temperature 37.2, pulse 80, respirations 18, blood pressure 140.80, room air saturations are 99%.  He is in no acute distress.
LUNGS:  Clear to auscultation, percussion.
CARDIOVASCULAR EXAM:   Shows a regular rate and rhythm, normal S1, S2, no indication of murmur, thrill, or rub.
ABDOMEN:   Soft, mildly tender to palpation in the right upper quadrant, normoactive bowel sounds are appreciated.
EXTREMITIES:   No cyanosis, clubbing, or edema.

**ACCESSORY DATA:**  CBC shows a white blood cell count of 14,800, 90% segs, 3% lymphocytes, 7% monocytes, hemoglobin 9.9, hematocrit 30.3%, platelet count is low at 124,000.  Albumin is 3.0, total bilirubin is 4.7, direct bilirubin is 3.8, alkaline phosphatase 108, AST 136, and ALT 366.

**DISPOSITION:**  Will be to Dr. Hobart Harris who agrees to accept in transfer to UCSF.  The patient will go by air ambulance.

Donald Micheletti, M.D.   _____
**D: 05/25/2007 01:50 PM  T: 05/25/2007 05:07 PM  JOB#: 01093658**

**DISCHARGE SUMMARY – Pg.** 2          **NAME:** CDC, K37471
Donald Micheletti, M.D.                **MR #:** 158375

PG.22  OF 22

# EXHIBIT [F]

PLAINTIFF'S 602 APPEAL FORM
EXHAUSTION OF ADMINISTRATIVE REMEDIES.
12 PAGES TOTAL.

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA  94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date:  NOV 1 4 2007

In re:  Pedro Gomez, K37471
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA  95531-7000

IAB Case No.: 0705655          Local Log No.: PBSP-07-01281

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner R. Pimentel, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I    APPELLANT'S ARGUMENT:** It is the appellant's position that numerous Pelican Bay State Prison (PBSP) staff members violated his Constitutional rights and used unnecessary and excessive force upon his person. The appellant contends that he was in severe pain and made numerous requests for medical treatment, but was ignored. The appellant asserts that when medical staff finally examined him they claimed that there was nothing wrong and the custody staff then used unnecessary force upon his person. The appellant contends that the medical staff did not believe that he was in pain until he began to cough up blood. The appellant asserts that he was transported to University of California at San Francisco Medical Center and his gall bladder was removed. The appellant requests that all of the involved PBSP staff members be reprimanded and that he be monetarily compensated.

**II    SECOND LEVEL'S DECISION:** The reviewer found that the appellant has not been subjected to misconduct on the part of named staff. The reviewer affirms that appropriate supervisory staff have been assigned to conduct an inquiry into this matter. Correctional Lieutenant J. Pedroso reviewed the submitted material and interviewed the involved parties. Based upon developed information, it was determined that the allegation of staff misconduct was NOT SUSTAINED. In order to determine the facts, the inquiry arising from this appeal included his interview; interview of department employees; and review of current policies, laws, and procedures. Additional research may have included interviews of other inmate's or review of the appellant's central file. The Second Level of Review (SLR) denied the appeal.

**III    DIRECTOR'S LEVEL DECISION:** Appeal is denied.

**A.    FINDINGS:** Upon review of the documentation submitted, it is determined that the appellant's allegations have been reviewed and evaluated by administrative staff and an inquiry has been completed at the SLR. In the event that staff misconduct was substantiated, the institution would take the appropriate course of action. The Director's Level of Review (DLR) notes that in this case the reviewer determined that the appellant's allegations were NOT SUSTAINED. All staff personnel matters are confidential in nature and not privy to the inquiries of other staff, the general public or the inmate population, and would not be released to the appellant. In this case, the institution has reported the disposition to the appellant. Although the appellant has the right to submit an appeal as a staff complaint, the request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the appeals process. Therefore no relief is provided at the DLR.

**B.    BASIS FOR THE DECISION:**
California Penal Code Section: 832.7, 832.8
California Code of Regulations, Title 15, Section: 3000, 3001, 3004, 3268, 3391
Administrative Bulletin 98/10: PROCESSING OF INMATE/PAROLEE APPEALS, CDC FORMS 602, WHICH ALLEGE STAFF MISCONDUCT

**C.    ORDER:** No changes or modifications are required by the Institution.

PEDRO GOMEZ, K37471
CASE NO. 0705655
PAGE 2

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:    Warden, PBSP
       Appeals Coordinator, PBSP

| PELICAN BAY STATE PRISON |
| --- |
| SECOND LEVEL REVIEW |

DATE:   JUL 1 9 2007

Inmate GOMEZ, K-37471
Pelican Bay State Prison
Facility C, Security Housing Unit
Building 4, Cell 224

RE:  WARDEN'S LEVEL DECISION              APPEAL: PARTIALLY GRANTED
     APPEAL LOG NO. PBSP-C-07-01281       ISSUE:  STAFF COMPLAINT

This matter was reviewed by ROBERT A. HOREL, Warden, at Pelican Bay State Prison (PBSP). Correctional Lieutenant J. Pedroso interviewed the inmate during a Fact-Finding investigation on June 1, 2007.

## ISSUES

Inmate Gomez requests an investigation be conducted into his complaint and to have adverse action taken against several staff. He also seeks financial compensation.

## FINDINGS

### I

On May 19, 2007, the inmate claims he informed an unidentified Second Watch Control Booth Officer that he was experiencing pain as a result of a recent liver biopsy and needed to see a doctor, but no one responded. On May 20, 2007, the inmate informed an unidentified Second Watch Floor Officer that he needed to see a doctor, but still nobody came.

On May 21, 2007, as the inmate's pain increased he informed Correctional Officer T. Shipley that he needed to see a doctor. Shortly thereafter, the inmate inquired again with Officer Shipley and was told that medical staff was contacted, but he would contact them again. After several hours passed, other inmates called out for help as Gomez was no longer able to do so. Medical staff soon responded. Meanwhile, an inmate assigned to the adjacent cell stated to Officer R. McNamara, "Why don't you press your alarm? What are you waiting for?" Officer McNamara told the inmate to "sit his ass down," or that he would issue him a disciplinary for attempting to incite a riot. The inmate claims to have lost consciousness at this time. He was later transported to the Correctional Treatment Center prior to being returned to his cell.

On May 22, 2007, as the inmate continued to endure severe pain he again notified Officer Shipley that he needed to see a doctor after which Registered Nurse L. Bree responded to his cell, checked his vital signs and placed him on a doctor's list to be seen the following day. However, later that day he had to be escorted to the medical clinic by Officers R. Mills and D. Quam where he was approached by an unidentified Registered Nurse, who checked his vital signs and stated, "You know Gomez, it seems to me that you only complain about pain after dinner," and refused to provide the inmate with any additional treatment. Officer Mills proceeded to tell the inmate to get up. At which time, the inmate informed him that he was still trying to get some medical attention. Officer Mills then asked the Registered Nurse whether he was done with the inmate, who responded that he was. Officer Mills then tightly grabbed the inmate's arm and ordered him to get up as he had an

emergency to tend to, at which time the inmate stated that his situation was an emergency. Officer Mills then tightly grabbed both of the inmate's arms and requested the assistance of Officer Quam. Officer Mills and Quam then yanked the inmate from the chair and threw him to the ground. He was then repeatedly punched in the back and dragged out of the clinic. Two unidentified Registered Nurses were in the immediate vicinity, but neither intervened. Once the inmate regained his strength he began walking voluntarily. Upon entering his assigned housing unit, Correctional Sergeant D. Strain approached him while being escorted by Officers Mills and Quam, but neither Officer relayed any information to the Sergeant about the force they had used.

On May 23, 2007, the inmate again complained about pain and Registered Nurse Bree again checked his vital signs. Later that same day, other inmates again called out for help. Soon thereafter, the inmate was escorted to the medical clinic where he encountered Sergeant Strain and informed him of the force used the previous evening by Officers Mills and Quam. Registered Nurse Bree then documented the alleged injuries prior to the inmate being transported to Sutter Coast Hospital for further medical treatment relative to the biopsy. Meanwhile, unidentified Correctional staff remained suspicious of the inmate's alleged pain and stated, "If he runs, shoot him." The inmate proceeded to wait to be seen by a doctor during which time he felt nauseous and began vomiting blood. He was then admitted to the hospital.

The following day the inmate began pleading for pain medication, but was ignored by both custodial and medical staff. Later that day he was informed that his gall bladder needed to be removed and was flown to the University of California, San Francisco. However, blood transfusions had to be performed before the surgery could be conducted due to internal bleeding being caused by the liver biopsy.

II

This complaint was assigned to a Use of Force Fact Finder for investigation. The Fact Finder interviewed the inmate and staff concerning the allegations. The Fact Finder completed a report concerning the allegations, the results of the investigation, and an explanation of how the conclusion was reached.

DETERMINATION OF ISSUE

All submitted documentation and supporting arguments have been considered. Additionally, a thorough review has been conducted into the claim presented by the inmate and evaluated in accordance with PBSP's institutional procedures and departmental policies.

Based upon review of the completed report, the finding of these allegations is NOT SUSTAINED. However, an investigation was conducted into the inmate's complaint; therefore, the APPEAL IS PARTIALLY GRANTED. Furthermore, financial compensation is not within the scope of the appeals process.

Additionally, the California Code of Regulations, Title 15, Section 3084.2 (a) (1), allows a limit of one continuation page, front and back, to be attached to the appeal to describe the problem and action requested in Sections A and B of the form. The inmate is advised that the nine pages attached to further describe Section A are excessive and no additional pages shall be attached to the appeal.

Supplement Page 3
GOMEZ, K-37471
Appeal # PBSP-C-07-01281

## MODIFICATION ORDER

No modification of this decision is required.

ROBERT A. HOREL
Warden

BDS #60  7-16-07

PBSP APPEAL LOG # _PBSP- C -07 -01281_

STATE OF CALIFORNIA                                                                      DEPARTMENT OF CORRECTIONS

# RIGHTS AND RESPONSIBILITY STATEMENT / INFORMATION ADVISORY

## STAFF COMPLAINT / -PEACE OFFICER

### Please read, and sign this form in front of a staff witness.

**Any inmate wishing to file a staff complaint must read and sign the following statement. As this is sworn testimony, this form must be signed in front of the staff member conducting the investigation into the complaint. Failure to sign this form in front of a staff member will be considered refusal to cooperate with the appeal process and the appeal will be cancelled.**

You have the right to make a complaint against a Peace Officer for any improper conduct. California law requires and this agency has a procedure to investigate inmate's complaints. You have the right to a written description of this procedure. This agency may find after investigation that there is not enough evidence to warrant action on your complaint; even if that is the case, you have the right to make a complaint and have it investigated if you believe an Peace Officer behaved improperly. This complaint and any report of findings relating to complaints must be retained by this agency for at least 5 years.

It is against the law to make a complaint that you know to be false. If you make a complaint against an officer knowing that it is false, you can be prosecuted. In addition, an inmate who makes a complaint against a departmental peace officer, knowing it is false may be issued a serious disciplinary rule violation in addition to criminal prosecution.

I certify or declare under penalty of perjury under the laws of the state of California that the information contained within the attached appeal form CDC 602, dated _6/3/07_ is true and correct, under penalty of perjury, and I swear under oath under penalty of perjury that the aforementioned information is true and correct, executed this _12_ day of _AUG. 2007_, at Pelican Bay State Prison in Crescent City, California.

| INMATE / PAROLEE PRINTED NAME | INMATE / PAROLEE'S SIGNATURE | CDC NUMBER |
|---|---|---|
| GOMEZ, PEDRO | P. Gomez | K 37471 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED |
| R. Parker, CCI | Parker | 8/14/07 |

## PERMANENT ATTACHMENT TO CDC FORM 602 / DO NOT REMOVE

( CDC Form 1858 )                                    ( 1858-98.DOC  updated  October 22, 1998)

c/o QUAM

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-4

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Institution **PBSP**  Log No. **C'07-01281**  Category **7/5**

1. _____    1. _____
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME  GOMEZ, PEDRO | NUMBER  K37471 | ASSIGNMENT | UNIT/ROOM NUMBER  C4-224 |
|---|---|---|---|

A. Describe Problem:    SEE ATACHED SHEETS.

If you need more space, attach one additional sheet.

B. Action Requested: *THAT MEDICAL STAFF, CORRECTIONAL OFFICER'S, SUTTER COAST MEDICAL STAFF, AND ANYONE ELSE INVOLVED AND/OR MENTIONED IN THIS 602 BE REPRIMANDED, FOR THEIR UNJUST NEGLIGENT ACTION'S THAT RESULTED IN APPELLANT'S PAIN AND SUFFERING, AND EXCESSIVE USE OF FORCE AS MENTIONED IN THIS 602. THAT DR. SOEGGE BE REMOVED FROM HIS POSITION. THAT THE ALLEGATION'S TO THIS 602 BE INVESTIGATED, AND THAT I BE COMPENSATED FOR MY PAIN AND SUFFERING AND PSYCHOLOGICAL DISTRESS, + MENTAL ANGUISH. MY EIGHTH AMMENDMENT WAS ALSO VIOLATED.*

Inmate/Parolee Signature: *Pedro Gomez*    Date Submitted: 06/03/07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

**BYPASS**

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**BYPASS**

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

JUN 04 2007    JUN 08 2007
X TO CDW    2ND APPEALS

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

BYPASS

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____
Division Head Approved:                                                  Returned
Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

BYPASS

_____

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☒ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 6-8-07    Due Date: 7-23-07
☐ See Attached Letter

Signature: B. Campos, CCII                    Date Completed: 7-16-07
Warden/Superintendent Signature: _____    Date Returned to Inmate: 8-6-07

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

DISSATISFIED. THE ABOVE MENTIONED MEDICAL STAFF, CORRECTIONAL
OFFICERS AND SUTTER COAST MEDICAL STAFF WERE NEGLIGENT AND
DELIBERATELY INDIFFERENT TO MY SERIOUS MEDICAL NEEDS (NEAR DEATH SITUATION)
AND VIOLATED MY STATE AND FEDERAL RIGHTS. MOREOVER, C/O MILLS
AND QUAM USED UNNECESSARY AND EXCESSIVE FORCE ON ME, VIOLATING
MY STATE AND FEDERAL RIGHTS. I REITERATE IN ITS ENTIRETY.

Signature: Pedro Torres                    Date Submitted: 08/12/07

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____
☒ See Attached Letter
                                          Date: NOV 1 4 2007
CDC 602 (12/87)

C4 - 224

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-4

ON THURSDAY MAY 17TH OF THE PRESENT YEAR, I WAS SCHEDULED FOR A "LIVER BIOPSY" IN THE CLINICAL TREATMENT CENTER (CTC) HERE AT PBSP. THAT MORNING AT 6:15 OR SO I WAS ESCORTED TO THE CLINIC. I WAS TOLD I'D GET MY VITAL SIGNS TAKEN FIRST TO MAKE SURE ALL WAS NORMAL AND GOOD TO PROCEED. THERE WERE OTHER PRISONERS THERE FOR "LIVER BIOPSY'S AS WELL. WHEN IT WAS MY TURN FOR THE VITAL SIGNS, IT WAS BY ANE DOE (AN OVER WEIGHT LADY, 200+ LBS) WHO TOOK MY VITAL SIGNS. I ASKED HER IF EVERYTHING WAS OKAY WITH ME AND SHE RESPONDED, "PERFECT." MINUTES LATER I WAS TOLD TO TAKE MY SHIRT OFF. I WAS ESCORTED INTO A ROOM WHERE I WAS ASKED TO LAY IN A BED. THERE WAS A DIFFERENT RN IN THAT ROOM, IT WAS ANE DOE (SHORT FEMALE LADY, ETHNIC, WHITE) WE GREETED EACH OTHER. SHE SAID NOT TO WORRY, THAT EVERYTHING WOULD BE ALL RIGHT. WHEN THE OPERATING DOCTOR WALKED IN (DR SOGGE) WE EXCHANGED SALUTATIONS. DR SOGGE THEN ASKED ME TO RAISE MY HANDS ALL THE WAY UP ABOVE MY HEAD SO THAT HE COULD SEE MY FULL BODY STRETCHED FROM WAIST AND ABOVE. DR SOGGE THEN SAID TO TAKE SOME DEEP BREATHS, SO I DID. I THEN FELT SOME SHARP TAPS (FROM HIS FINGERS) ON THE RIGHT SIDE OF MY RIB-CAGE. DR SOGGE USED HIS PEN TO IDENTIFY WITH INK TWO SEPARATE PARTS OF MY BODY. THE TWO MARKS WERE WITHIN INCHES APART FROM ONE ANOTHER DR SOGGE STARTED PUTTING SOME COVERS OVER MY BODY. THE COVERS HAD A HOLE WHERE THE PROCEDURE WAS GOING TO TAKE PLACE. DR SOGGE THEN TURNED AND GRABBED A GIGANTIC NEEDLE (SYRANGE) HE THEN TOLD ME TO TAKE SOME DEEP BREATHS. I TOOK A DEEP BREATH, DR. SOGGE SAID TO EX-HALE. HE SAID TO TAKE ANOTHER DEEP BREATH AND IN THE PROCESS OF ME IN-HALING I FELT

PAGE 1 OF 9

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-4

AN IMEDIATE SHARP PAIN TOWARDS THE INSIDE OF MY BODY, LIKE DEEP INSIDE THE CENTER OF MY CHEST. AT THAT POINT I COULDN'T BREATH NORMAL ANYMORE. DR SOGGE SAID THAT WAS WITHIN NORMAL EXPECTATIONS. I WAS ROLLED INTO A DIFFERENT ROOM WHERE TWO OFFICER'S WOULD WATCH OVER ME FOR THE NEXT TWO HOUR'S. DURING THOSE TWO HOURS OF WAITING, THE R/N WADDELL WOULD COME EVERY 15 MINUTES TO TAKE MY TEMPERATURE. I TOLD HER I COULDN'T BREATH NORMAL BECAUSE I'D GET A PINCHING PAIN ON MY LOWER RIGHT SIDE OF MY STOMACH AND THE PAIN ON MY CHEST. SHE SAID THAT IT WAS OKAY, THAT IT WAS NORMAL AND IT WOULD GO AWAY.    THE C/O'S KEEPING GUARD, WATCHING OVER ME WERE C/O GEROSPE (AN EX-MTA) AND THE OTHER C/O JOHN DOE (WHITE, OLDER MALE, WORE THICK GLASSES).

WHEN THE TWO HOURS ELAPSED, I WAS ABLE TO BREATH A LITTLE BETTER. I WAS STILL IN PAIN BUT, R/N WADDELL SAID THAT IT WAS OKAY, IT WAS NORMAL AND IT WOULD GO AWAY. R/N WADDELL SAID THAT IF I HAD ANY PROBLEM'S WITH MY HEALTH DUE TO THE BIOPSY, TO LET THE OFFICER'S KNOW IN MY BLOCK. I WAS THEN ESCORTED BACK TO MY CELL.

ON (FRI.) MAY 18TH
I HAD TROUBLE SLEEPING. I FELT A LITTLE PAIN. I WOULD COME ON AND OFF. I DIDN'T SAY ANYTHING BECAUSE I COULD STILL HEAR THEIR REASURING VOICES IN THE BACK OF MY HEAD, "THAT IT WAS NORMAL AND THAT IT WOULD GO AWAY."

ON (SAT.) MAY 19TH
I WOKE UP EARLY, 5:00 AM. OR SO. I FELT PAIN ON MY CHEST AREA. IT WOULD COME AND GO IN SPORADIC MOMENTS. LATER ON DURING 2ND WATCH

PAGE 2 OF 9

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-4

I TOLD THE OFFICER (CONTROL) TO CALL THE DOCTOR AND
LET THEM KNOW I WAS GOING THROUGH PAIN AND I
HAD JUST GOT A "LIVER BIOPSY ON THE 17TH. NO ONE
CAME TO SEE ME. I WENT THROUGH THE SPORADIC PAINS
ALL DAY AND NIGHT. "/ JOHN DOE (CONTROL OFFICER).

ON (SUN) MAY 20TH

I AWOKE EARLY IN THE MORNING, ABOUT 4:00 OR 5:00 AM
THE PAIN WAS STRONGER. I STARTED GETTING MORE WORRIED
BECAUSE WHAT WAS ONCE SPORADIC, BECAME MORE FREQUENT
AND THE PAIN MORE SEVERE. I STARTED FEELING LIGHT HEA-
DED AND THE SHORTNESS IN MY BREATHS. DURIN 2ND
WATCH I TOLD THE FLOOR OFFICER (DON'T KNOW HIS
NAME, HE WASN'T A REGULAR) "/ JOHN DOE TO CALL THE
DOCTOR FOR ME. I TOLD 'EM I HAD A "LIVER BIOPSY"
ON THE 17TH AND BEEN HAVING PROBLEMS EVER SINCE.
I DIDN'T SEE A DOCTOR THAT DAY EITHER.

ON (MON) MAY 21ST.

THE PAINS JUST INCREASED. I STARTED GOING THROUGH
SOME EXTREMELY EXCRUCIATINGLY PAINFUL SITUATIONS. I
TOLD C/O SHIPPLEY (OUR TOWER OFFICER) THAT I NEEDED TO SEE
THE DOCTOR BECAUSE THE PAIN WAS KILLING ME. I TOLD 'EM
I HAD GOT A "LIVER BIOPSY" ON THE 17TH SO THAT HE COULD
RELATE ALL THIS TO THE MEDICAL STAFF. TIME PASSED AND
I ASKED C/O SHIPPLEY, "WHAT HAPPEN TO THE DOCTOR?" THE
C/O SHIPPLEY SAID, "I TOLD THEM ALREADY." I SAID, "I NEED
TO SEE THE DOCTOR NOW!! I'M IN PAIN!" THE OFFICER
SAID HE'D CALL ONCE AGAIN. HOURS PASSED .... DURING
3RD WATCH AT ABOUT 5:30 PM. AFTER DINNER I GOT
SO BAD FROM THE PAIN. I HAD TO LAY THERE IN MY BED
HOLDING MY STOMACH AND CHEST, JUST RUBBING IT, HOPING
IT WOULD GO AWAY. THE PRISONER'S IN MY SECTION HAD
TO CALL FOR HELP FOR ME. I JUST COULDN'T DO IT.

PAGE 3 OF 9

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-4

I JUST ~~LAYED~~ LAID IN BED WAITING FOR MEDICAL HELP TO ARRIVE. THE FIRST PERSON TO ARRIVE WAS C/O JONES. I WAS TALKING TO HIM LAYING ON MY BED. I TOLD HIM I HAD A "LIVER BIOPSY" ON THE 17TH AND BEEN HAVING PROBLEMS EVER SINCE. C/O JONES SAID HE WAS GOING TO SEE IF HE COULD GET THE "MTA" TO COME OVER. A FEW MINUTES LATER C/O JONES AND C/O MC NAMARA ARRIVED AT THE FRONT OF MY CELL. C/O MC NAMARA STARTED ASKING ME QUESTION'S. I TOLD HIM PRACTICLY THE SAME THING I HAD TOLD C/O JONES. I HAD A "LIVER BIOPSY" ON THE 17TH AND I JUST BEEN HAVING A BUNCH OF PAIN AFTER THAT. I TOLD HIM I FELT LIKE PASSING OUT, THAT I COULDN'T BREATH. C/O MC NAMARA STARTED ARGUING WITH THE CONTROL OFFICER JOHN DOE (DON'T HAVE HIS NAME AT THE TIME) BECAUSE THE CONTROL OFFICER COULDN'T GET THE SGT. OVER HERE. THE CONTROL OFFICER WAS SAYING THAT THE SGT WAS REFUSING TO COME OVER HERE. C/O MC NAMARA YELLED AT THE CONTROL OFFICER OUT OF FRUSTRATION, AND TOLD HIM TO PUSH HIS ALARM IF HE HAD TO, BUT THE SGT NEEDED TO GET HISS ASS OVER HERE. THE MTA ARRIVED. IT WAS ~~JOHN~~ JANE DOE (FEMALE, SHORT 5'4, CURLY HAIR, AFRICAN AMERICAN) SHE STARTED ASKING ME QUESTION'S. C/O MC NAMARA HAD ALREADY BRIEFED HER. SHE ASKED ME IF I COULD GET UP AND GO TO THE DOOR. I COULDN'T TALK DUE TO PAIN. SHE ASKED WHERE WAS THE PAIN AND TO WHAT LEVEL WAS IT, ONE THROUGH FIVE, FIVE BEING THE WORST. I STARTED MAKING HUGE CIRCLES WITH MY (RT) HAND INDICATING THAT THE PAIN WAS EVERYWHERE FROM WAIST AND ABOVE. THE ONLY THING I TOLD HER, WAS, "I HAD A LIVER BIOPSY ON THE 17TH." I DIDN'T HEAR THE LADY'S VOICE ANYMORE. ALL I HEARD

PAGE 4 OF 9

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-4

WAS MY NEIGHBOR MR VILLINES # K99130   C4-223
SAY "WHY DON'T YOU PRESS YOUR ALARM, WHAT ARE YOU WAITING
FOR?!" C/O MC NAMARA TOLD'EM TO SIT HIS ASS ~~DOWN~~
~~OUT~~ DOWN OR ELSE HE'D WRITE HIM UP FOR ENCITING
A RIOT. I LOST CONSCIOUS AFTER THAT. I AWOKE
TO OFFICER'S CUFFING MY HANDS ON MY BACK. THE SGT'S WHO
RESPONDED TO THE ATTENDANCE WERE SGT. STRAIN AND SGT. ~~JOHN~~
JOHN DOE (WHITE MALE, OVERWEIGHT, ABOUT 250 LBS) SGT JOHN DOE
HAD MY CELL SEARCHED BECAUSE HE THOUGHT I WAS ON DRUGS
AND DIDN'T HAVE A MEDICAL PROBLEM. C/O MILLS WAS ALSO
PRESENT WHEN I WAS UNCONSCIOUS. I WAS TAKEN TO
PBSPS CTC. ~~THE~~ THE LADY R/N TOOK MY VITAL SIGNS
PRIOR TO ME ARRIVING TO THE CTC. THAT WAS THE LADY
PREVIOUSLY MENTIONED.     AT THE CTC I SEEN A DIFFERENT
R/N. THIS ONE R/N JOHN DOE (SKINNY, ABOUT 5'7, 150 LBS, WHITE
MALE, HE'S AN OLDER MAN) PUT THE EKG CABLES ON ME,
TOOK MY VITAL SIGNS. HE GAVE ME SOME PILLS TO TAKE
AND A LIQUID TO DRINK. HE SAID, THAT WOULD MAKE ME
FEEL BETTER. I TOLD HIM I HAD A LIVER BIOPSY ON
THE 17TH AND HAD PROBLEMS EVER SINCE. I SAID I WANTED
SOME EXAMS TO BE MADE. THE R/N SAID HE WAS TALKING
TO DR WILLIAMS ON THE PHONE. R/N JOHN DOE SAID THEY'LL
SEE WHAT THEY DO FOR ME.     A COUPLE HOURS LATER
I WAS SENT BACK WITH
THIS PRESCRIPTION. ➔

<u>ON (TUE) MAY 22ND</u>
SEVERE PAIN
CONTINUED. I TOLD
2ND WATCH CONTROL
OFFICER C/O SHIPPLEY TO CALL THE DOCTOR FOR ME.
R/N BREES CAME OVER AND TOOK MY VITAL SIGNS. SHE
SAID MY PRESSURE WAS A LITTLE HIGH. I TOLD HER

PELICAN BAY STATE PRISON 5905 LAKE EARL DR. CRESCENT CITY, CA 95532 (707)465-1003
CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG TO ANY PERSON
OTHER THAN THE PATIENT FOR WHOM IT WAS PRESCRIBED.
---------------------------------------------------------
GOMEZ, PEDRO              CDC Number: K37471      C4 U224-L
Prescriber: SHERYL SKINNER, FNP    RX#: 113692    RPH: pbchs
NDC: 00186502054    Dispensed: 05/31/07  mfg: ASTRAZENECA LP
NEXIUM 20MG CAPSULE      DOSES: 15 X 2CAPS
TAKE 2 CAPSULE DR BY MOUTH DAILY EVERY DAY W/O PER DR
WILLIAMS
Order Start date: 05/31/2007  Order Stop date: 11/20/2007
Refill Start date:

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-4

I HAD A LIVER BIOPSY ON THE 17TH AND I'VE
BEEN HAVING PAIN EVER SINCE. I TOLD HER I WANTED
SOME EXAMS TO BE MADE AND I WANTED TO SEE
THE DOCTOR. SHE SAID I'D BE PUT ON THE DOCTOR'S
LIST FOR THE FOLLOWING DAY. I INSISTED THAT IT'S BEEN
DAYS I'VE HAD THE PAIN. I WAS SENT BACK TO MY CELL.

THIS SAME DAY (5/22/07) AFTER DINNER I WAS ESCORTED
BY C/O MILLS AND C/O QUAM TO THE C & D FACILITY SHU
MEDICAL OFFICE. I SAT STRADDLING A CHAIR. THE R/N
JOHN DOE (WHITE MALE, 5'6, STOCKY BUILT) TOOK MY VITAL SIGNS.
THE R/N THEN SAID WITH A SMIRK ON HIS FACE "YOU KNOW,
GOMEZ, IT SEEMS TO ME THAT YOU ONLY COMPLAIN ABOUT PAIN
AFTER DINNER." I TOLD HIM THAT WASN'T TRUE, THAT I
HAD COMPLAINED AT ALL TIMES. I REQUESTED TO SEE
A DOCTOR BECAUSE OF MY PAIN AND SHORTNESS OF
BREATH. I SAID I HAD A BIOPSY (LIVER) AND WANTED
SOME EXAMS. R/N JOHN DOE REFUSED TO PROVIDE ME MEDICAL
TREATMENT. THE C/O OFFICER MILLS WAS TELLING ME TO
GET UP. I TOLD HIM I WAS HAVING A LITTLE TROUBLE
AND I WAS TRYING TO GET SOME MEDICAL ATTENTION. C/O MILL
ASKED R/N JOHN DOE "ARE YOU DONE?" THE RESPONSE WAS
"YES WE'RE DONE." C/O MILLS THEN GRABBED MY ARM
WITH TIGHT GRIP AND SAID, "COME ON GOMEZ WE HAVE AN
EMERGENCY TO ATTEND TO." I SAID, "WHAT ARE YOU TALKING
ABOUT? THIS IS AN EMERGENCY! MY HEALTH'S IN DANGER."
I TOLD C/O MILLS I WAS HAVING TROUBLE BREATHING AND I
HAD STARTED GETTING PAIN. C/O MILLS GRABS ME TIGHTER
WITH BOTH HANDS AND TELLS C/O QUAM TO GRAB ME. C/O MILLS
AND C/O QUAM THEN YANKED ME FROM THE CHAIR AND
THREW ME TO THE GROUND. I FELT SOME PUNCHES
ON MY BACK, (LOWER PART OR MID SECTION) I WAS
DRAGGED ALMOST ALL THE WAY TO THE DOOR OUT OF THERE

PAGE 6 OF 9

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-4

THAT'LL BE FOR ABOUT 15 FT. OR SO. WHEN I WAS
BEING DRAGGED I SEEN THE R/N JANE DOE (FEMALE, 5'4,
CURLY HAIR, AFRICAN AMER.) THAT I HAD JUST SEEN THE PREVIOUS
DAY. I SEEN HER, SHE WAS IN THE ROOM NEXT TO WHERE
I WAS IN. NEITHER ONE OF THE R/N' TRYED TO INTERVENE
WHILE I WAS BEING ASSAULTED (WITH THE EXCESSIVE FORCE). WHEN
I GAINED A LITTLE STRENGHT, I STARTED WALKING VOLUNTARILY.
BEFORE ENTERING THE BLOCK (4-BLOCK) THE SGT. STRAIN CAUGHT
UP TO US. NEIGHTER OF THE C/O OFFICERS MILLS & QUAM RELATED
THE EXCESSIVE FORCE TO HIM. I WAS PLACED BACK IN MY CELL.

ON (WED) MAY 23RD

COMPLAINED ABOUT MY PAIN AGAIN. MY VITAL SIGNS WERE
TAKEN BY R/N BREES. I TOLD'ER ONCE AGAIN HOW BAD I WAS
FEELING. I WAS TOLD I'D SEE THE DOCTOR THE FOLLOWING
DAY. I HAD ALLREADY TURNED IN TWO SICK-CALL SLIPS (7362
FORMS). THAT SAME DAY AT ABOUT 1:20 PM. THE PRISONER'S
IN MY SECTION CALLED THE CONTROL OFFICER C/O JOHN DOE (DON'T
KNOW THE NAME AT THIS TIME) AND TOLD HIM I NEEDED MEDICAL
ATTENTION. AT ABOUT 1:30 PM I WAS ESCORTED TO THE
CLINIC AGAIN. MY VITAL SIGNS WERE TAKEN A FEW TIMES.
I FINALLY SEEN DR. LINDA ROWE. I TOLD'ER ABOUT MY LIVER
BIOPSY AND THE PAIN I'D BEEN GOING THROUGH. SHE ARRANGED
FOR ME TO GO DOWN TO CTC ONLY AFTER I HAD ALREADY
TOLD SGT STRAIN THAT HIS OFFICER'S HAD ASSAULTED ME THE
PREVIOUS DAY. SGT STRAIN AND THE MEDICAL STAFF MENTION-
ED PREVIOUSLY, THOUGHT I'D BEEN FAKING MY PAIN. SGT. STRAIN
ASKED ME IF I REALLY HAD PAIN, I SAID, "OFCOURSE I HAVE
PAIN, OF COURSE I'M SERIOUS!" I TOLD HIM, YOUR OFFICER'S
(C/O MILLS & QUAM) JUST DRAGGED ME AND ASSAULTED ME HERE
LAST NIGHT! WHY WOULD I BE FAKING MY PAIN?! SGT STRAIN
WAS SURPRISED BECAUSE HE DIDN'T KNOW ABOUT THE EXCESSIVE
FORCE THAT WAS USED AGAINST ME. HE HAD R/N BREES

PAGE 7 OF 9

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-4

LOG DOWN MY INJURIES FROM THE EXCESSIVE FORCE, ONLY
THE VISIBLE ONE'S (KNEE SCRAPED ~~WHI~~ 'RIGHT' AND RIGH ARM
BRUISED UP). AT ABOUT 3:00 PM I WAS ESCORTED TO THE
PRISONS CTC. R/N JOSE (DON'T KNOW HIS LAST NAME) TOOK MY
VITAL SIGNS AND ORDERED AN AMBULANCE FOR ME. AMBULANCE
PERSONEL MR. HUNT AND HIS PARTNER JOHN DOE DROVE ME TO "SUTTER
COAST" HOSPITAL. C/O GAPHART, C/O JOHN DOE (OLDER, WHITE MALE,
6'2, ABOUT 200 LBS) AND SGT JOHN DOE (~~WHITE~~ WHITE MALE, 5'10, 250 LBS
ROUND FACE, SAME SGT THAT REFUSED TO ATTEND THE EMERGENCY ON 05/21/07)
WERE GUARDING ME AT THE HOSPITAL. WE HAD TO WAIT IN THE HALLWAY
BECAUSE THERE WASN'T ANY ROOM. THE SGT JOHN DOE ASKED ME
IF I WAS REALLY SICK OR IF I JUST USED IT AS AN EXCUSE TO
TRY TO ESCAPE. I SAID I WAS REALLY SICK. SGT JOHN DOE
SAID TO HIS C/O OFFICERS, "IF HE RUNS, SHOOT HIM." HE (SGT)
SAID THEIR BODIES WEREN'T MADE FOR RUNNING. WHEN
I WAS FINALLY TAKEN TO A ROOM. I WAS PLACED ON A
BED FOR WHAT SEEMED A LONG TIME. I COMPLAINED AND
REQUESTED TO SEE THE DOCTOR. THE R/N ~~JOHN~~ DOE (THIN, WHITE
FEMALE, IN HER 20'S, BLACK HAIR, 5'6 120 LBS) TOLD ME THE ~~DOCTOR~~ DOCTOR
WAS BUSY TRYING TO SAVE OTHER LIVE'S. I WAS GOING THROUGH
SEVERE PAIN AND WOULDN'T GET PAIN MEDICATION. I TOLD THE
OFFICER'S ALSO C/O GAPHART AND C/O JOHN DOE (PREVIOUSLY MENTIONED).
I TOLD'EM I FELT LIKE THROWING UP SO THEY GAVE ME
A PLASTIC TRAY. AS SOON AS I GOT IT I STARTED THROWING
UP BLOOD, PURE BLOOD. I COVERED THE WHOLE BOTOM OF THE
BUCKET TRAY. C/O GAPHART AND C/O JOHN DOE TOLD THE R/N
JOHN DOE (PREVIOUSLY DESCRIBED) AND THEN THEY SAID THEY WERE
CONVINCED THAT I WAS SICK. AFTER I VOMITED BLOOD I
WAS FINALLY ADMITTED TO THE HOSPITAL. THE R/N JOHN DOE
SAID I'D BE STAYING. I WAS PUT THROUGH X-RAYS
AND THE CAT-SCAN. I RECEIVED PAIN MEDICATION AFTER
THAT. I WAS UNCONSCIOUS, WHEN I WOKE UP DUE TO PAIN

PAGE 8 OF 9

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-4

I WAS IN A DIFFERENT ~~ROOM~~ ROOM. IT MUST'VE BEEN THE FOLLOWING DAY BECAUSE "CAPHART WAS GONE. IT WAS A NEW SET OF OFFICERS (TO WHOM I DON'T KNOW THEIR NAMES AT THIS TIME). THEY WERE OUTSIDE THE DOOR. THE DOOR HAD A WINDOW. I WAS PLEADING FOR PAIN MEDICATION, THEY'D JUST STARE AT ME. WHEN ~~by~~ A LADY WALKED IN, I BELIEVE SHE'S AN R/N ~~JOHN~~ JANE DOE (WHITE LADY, SHORT) I ASKED HER FOR PAIN MEDICATION AND TOLD HER I WAS IN A LOT OF PAIN. SHE JUST LOOKED AT ME. SHE DIDN'T SAY A WORD, SO THAT MADE ME BELIEVE I WAS PLACED INSIDE THAT ROOM SO I COULD DIE THERE. I ASKED HER WITH THE LITTLE STRENGH THAT I HAD, "AM I GOING TO DIE HERE? IS THAT THE REASON I WAS BROUGHT HERE TO THIS ROOM, SO THAT I COULD DIE IN HERE?" THAT LADY DIDN'T SAY ANYTHING TO ME. SHE JUST STARED AT ME. I WAS HALF CONSCIOUS WHEN A LADY ~~JOHN~~ JANE DOE TOLD ME ABOUT THEIR WANTING TO TAKE MY "GAL BLADDER" OUT. I LOST CONSCIOUSNESS UNTIL I WAS BEING PLACED IN AN AIRPLANE AND FLOWN TO UNIVERSITY OF CALIFORNIA SAN FRANCISCO (UCSF). I ARRIVED AT UCSF ON MAY 25TH (FRIDAY) AND IT WAS THERE THAT I WAS TOLD THAT I'D BEEN BLEEDING INSIDE SINCE MAY 17TH. A VEIN WAS CUT. DR. JOHN DOE (MALE, MIDDLE EASTER ACCENT, DARK COMPLEXION) TOLD ME THERE WAS A PROBLEM. I HAD LOST TOO MUCH BLOOD. I NEEDED A BLOOD TRANSFUSION OR ELSE I WOULDN'T MAKE IT. UCSF STAFF TREATED ME LIKE A HUMAN BEING AND RETURNED MY LIVING HOPES. I GOT THE SURGERY DONE SUCCESSFULLY.

THE FOLLOWING PRISONER'S RIGHT'S WERE VIOLATED) ~~by~~ MEDICAL STAFF, ~~by~~ CORRECTIONAL OFFICERS, AND "SUTTER COAST HOSPITAL," 15 CCR, § 3350 (a), (b), (1), (2), (3), (4), AND (5). § 3268. (2), (3) AND (b). § 3271. AND § 3268.1. (a) (1).

I LOOK FORWARD TO A PROMPT SOLUTION TO THIS MATTER.

[NOTE: APPELLANT HAD INTERNAL BLEEDING
FROM 05-17-07 UP UNTIL 05-26-07. EIGHT
COMPLETE DAYS AND INTO THE NINTH.]
PAGE 9 of 9

RESPECTFULLY:
Pedro Gomez
06-03-07

# EXHIBIT [G]

PLAINTIFF'S BOARD OF CONTROL CLAIM.
CAL. VICTIM COMPENSATION AND GOVERNMENT CLAIMS BOARD.
09 TOTAL PAGES.



STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

Pedro Gomez K37471
PO Box 7500
Crescent city, CA  95532

January 25, 2008

RE:  Claim G571136 for Pedro Gomez, K37471

Dear Pedro Gomez,

The Victim Compensation and Government Claims Board rejected your claim at its hearing on January 17, 2008.

If you have questions about this matter, please mention letter reference 123 and claim number G571136 when you call or write your claim technician or analyst at (800) 955-0045.

Sincerely,


Laura Alarcòn,  Program Manager
Government Claims Program
Victim Compensation and Government Claims Board

cc:  B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Warning

Subject to certain exceptions, you have only six months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim.   See Government Code Section 945.6.  You may seek the advice of an attorney of your choice in connection with this matter.  If you desire to consult an attorney, you should do so immediately.

* * * * * * * * *

It is not necessary or proper to include the Victims Compensation and Government Claims Board  (Board) in your court action unless the Board was identified as a defendant in your original claim.  Please consult Government Code section 955.4 regarding proper service of the summons.

Ltr 123 Claim Rejection



STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

Pedro Gomez K37471
PO Box 7500
Crescent city, CA  95532

December 05, 2007

RE:  Claim G571136 for Pedro Gomez, K37471

Dear Pedro Gomez,

The Victim Compensation and Government Claims Board (VCGCB) received your claim on November 08, 2007.

Per your request, enclosed please find a copy of your claim.
PLEASE NOTE:  The board will take no action on any further requests for copies of this claim.

Based on its review of your claim, Board staff believes that the court system is the appropriate means for resolution of these claims, because the issues presented are complex and outside the scope of analysis and interpretation typically undertaken by the Board. The claim has been placed on the consent agenda.  The VCGCB will act on your claim at the January 17, 2008 hearing. You do not need to appear at this hearing.  The VCGCB's rejection of your claim will allow you to initiate litigation should you wish to pursue this matter further.

If you have questions about this matter, please mention letter reference 99 and claim number G571136 when you call or write your claim technician/analyst at (800) 955-0045.

Sincerely,

Government Claims Program
Victim Compensation and Government Claims Board

cc:  B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Ltr 99 Complex Issue Reject

**16** Location of the incident:

*PELICAN BAY STATE PRISON 5905 LAKE EARL DR. CRESCENT CITY, CA 95532 AND SUTTER COAST HOSPITAL 800 E. WASHINGTON BLVD. CRESCENT CITY, CA 95531-8359*

**17** Describe the specific damage or injury:

*SEE ATTACHED STATEMENT, WITH TWO ADDITIONAL EXHIBITS. TOTAL OF NINE PAGES.*

**18** Explain the circumstances that led to the damage or injury:

*MEDICAL MALPRACTICE, DELIBERATE INDIFFERENCE, NEGLIGENCE, USE OF UNNECESSARY EXCESSIVE FORCE. [SEE ATTACHED STATEMENT.]*

**19** Explain why you believe the state is responsible for the damage or injury:

*I'M A PRISONER INCARCERATED AT PBSP AND I'M UNDER THE CUSTODY OF ALL PERSON'S MENTIONED AND/OR THEIR MEDICAL HEALTH CARE SUPERVISION.*

**20** Does the claim involve a state vehicle?  ☐ Yes  ☒ No

If YES, provide the vehicle license number, if known:

## Auto Insurance Information

**21**

*Name of Insurance Carrier*

| *Mailing Address* | *City* | *State* | *Zip* |
|---|---|---|---|

| Policy Number: | Tel: | |
|---|---|---|
| Are you the registered owner of the vehicle? | ☐Yes | ☐No |

If NO, state name of owner:

| Has a claim been filed with your insurance carrier, or will it be filed? | ☐Yes | ☐No |
|---|---|---|
| Have you received any payment for this damage or injury? | ☐Yes | ☐No |

If yes, what amount did you receive?

Amount of deductible, if any:

| Claimant's Drivers License Number: | Vehicle License Number: |
|---|---|
| Make of Vehicle: | Model: | Year: |

Vehicle ID Number:

## Notice and Signature

**22** I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

*Pedro Gomez*  11/01/07

Signature of Claimant or Representative          Date

**23** Mail the original and two copies of this form and all attachments with the $25 filing fee or the "Filing Fee Waiver Request" to: Government Claims Program, P.O. Box 3035, Sacramento, CA, 95812-3035. Forms can also be delivered to the Victim Compensation and Government Claims Board, 630 K Street, Sacramento.

## For State Agency Use Only

**24**

| *Name of State Agency* | *Fund or Budget Act Appropriation No.* |
|---|---|

| *Name of Agency Budget Officer or Representative* | *Title* |
|---|---|

| *Signature* | *Date* |
|---|---|

VCGCB-GC-002 (Rev. 8/04)

**Government Claims Form**
California Victim Compensation and Government Claims Board
P.O. Box 3035
Sacramento, CA 95812-3035

1-800-955-0045 ▪ www.governmentclaims.ca.gov

RECEIPT
Victim Compensation and Govt Claims Board
**State of California**
**NOV 1 4 2007**
Government Claims Div.

**For Office Use Only**
**Claim No.:**

## Is your claim complete?

| | |
|---|---|
| ☐ | **New!** Include a check or money order for $25 payable to the State of California. |
| ☒ | Complete all sections relating to this claim and sign the form. Please print or type all information. |
| ☒ | Attach receipts, bills, estimates or other documents that back up your claim: |
| ☒ | Include two copies of this form and all the attached documents with the original. |

## Claimant Information

**①** Last name: *GOMEZ*    First Name: *PEDRO*    MI: *K37471*

**②** Tel:

**③** Email:

**④** Mailing Address: *P.O. BOX 7500*    City: *CRESCENT CITY*    State: *CA*    Zip: *95532*

**⑤** Best time and way to reach you:

**⑥** Is the claimant under 18? ☐ Yes ☐ No    If YES, give date of birth: MM DD YYYY

## Attorney or Representative Information

**⑦** Last name:    First Name:    MI:

**⑧** Tel:

**⑨** Email:

**⑩** Mailing Address:    City:    State:    Zip:

**⑪** Relationship to claimant:

## Claim Information

**⑫** Is your claim for a stale-dated warrant (uncashed check) or unredeemed bond? ☐ Yes ☐ No

State agency that issued the warrant:    If NO, continue to Step **⑬**.

Dollar amount of warrant:    Date of issue: MM DD YYYY

Proceed to Step **22**.

**⑬** Date of Incident: *MAY 17TH 2007 THROUGH MAY 25TH, 2007*

Was the incident more than six months ago? ☐ Yes ☒ No
If YES, did you attach a separate sheet with an explanation for the late filing? ☐ Yes ☐ No

**⑭** State agencies or employees against whom this claim is filed:
*DR. MERLE SOGGE ; DR. WILLIAMS ; DR. LINDA ROWE ; R/N WADDELL, S. ; R/N LORI BREE ; MTA JANE DOE ; R/N DAVID TIMME ; R/N JOHN DOE ; C/O MILLS ; C/O QUAM ; SGT. STRAIN ; AND SGT. JOHN DOE. C/O COP ; DR. SAUNDERS ; DR. SCHOMMER ; DR. GUROY ; DR. MICHELOTTI, P.A. CASTELUM ; DR. NASH.*

**⑮** Dollar amount of claim: *TO BE DECIDED / DETERMINED IN COURT.*

If the amount is more than $10,000, indicate the type of civil case:
☐ Limited civil case ($25,000 or less)
☒ Non-limited civil case (over $25,000)

Explain how you calculated the amount:

# AFFIDAVIT FOR WAIVER OF GOVERNMENT CLAIMS
## FILING FEE AND FINANCIAL INFORMATION FORM
*(Request for Permission to Proceed In Forma Pauperis)*
**California Victim Compensation and Government Claims Board**
P.O. Box 3035
Sacramento, CA 95812-3035

**1-800-955-0045 ▪ www.governmentclaims.ca.gov**

**State of California**

**For Office Use Only**

**Claim No.:**

---

*I request a fee waiver so that I do not have to pay the $25 fee to file a government claim with the Victim Compensation and Government Claims Board. I cannot pay any part of the fee.*

## Claimant Information

**①** GOMEZ (Last name)   PEDRO (First Name)   # K37471 (MI)   **②** Tel: ☐☐☐ - ☐☐☐ - ☐☐☐☐

**③** Claim Number (if known): 

## Employment Information

**④**
| My occupation: | | | |
|---|---|---|---|
| My employer: | | | |
| Employer's Mailing Address | City | State | Zip |
| My spouse's or partner's employer: | | | |
| Employer's Mailing Address | City | State | Zip |

**⑤** If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance, enter your inmate identification number below and skip to step **㉓**.

Inmate Identification Number: K-37471

## Financial Information

**⑥** I am receiving financial assistance from one or more of the following programs. ☐ Yes ☐ No

If no, proceed to step **⑦** If yes, check all that apply, then skip to step **㉔**.

- ☐ SSI and SSP: Supplemental Security Income and State Supplemental Payments Programs
- ☐ CalWORKS: California Work Opportunity and Responsibility to Kids Act
- ☐ Food Stamps
- ☐ County Relief, General Relief (GR), or General Assistance (GA)

**⑦** Number in my household and my gross monthly household income, if it is the following amount or less:

| | Number | Monthly family income | | Number | Monthly family income |
|---|---|---|---|---|---|
| **A** ☐ | 1 | $969.79 | **F** ☐ | 6 | $2,626.04 |
| **B** ☐ | 2 | $1,301.04 | **G** ☐ | 7 | $2,957.29 |
| **C** ☐ | 3 | $1,632.29 | **H** ☐ | 8 | $3,288.54 |
| **D** ☐ | 4 | $1,963.54 | **I** ☐ | There are more than 8 people in my family |
| **E** ☐ | 5 | $2,294.79 | | Add $331.25 for each additional person. |

Number: ☐   Total Income: ☐

If you checked a box in step **⑦** A through I, complete steps **⑨** through **⑮**. Then skip to step **㉔**.

**⑧** My income is not enough to pay for the common necessities of life for me and the people in my family, and also pay the filing fee. ☐ Yes ☐ No

If yes, fill in steps **⑨** through **㉔**.

## Monthly Income and Expenses

**9** My gross monthly pay is: $ _____ **10** My income changes each month: ☐ Yes ☐ No

**11** Number of persons living in my home: _____

**12** Other money I get each month

| | Name | Age | Relationship | Monthly Income | | Source: | |
|---|---|---|---|---|---|---|---|
| **A** | | | | $ | **A** | | $ |
| **B** | | | | $ | **B** | | $ |
| **C** | | | | $ | **C** | | $ |
| **D** | | | | $ | **D** | | $ |
| **E** | | | | $ | **E** | | $ |
| **F** | | | | $ | **F** | | $ |

**15** My total gross monthly household income: $ _____    **13** Total other money: $ _____

**16** My payroll deductions are:    **14** My monthly income: $ _____

| | | | | | |
|---|---|---|---|---|---|
| **A** | | $ | **E** | | $ |
| **B** | | $ | **F** | | $ |
| **C** | | $ | **G** | | $ |
| **D** | | $ | **H** | | $ |

**17** My total payroll deduction amount is: $ _____

**18** My monthly take home pay is $ _____    **19** My net monthly income: $ _____

**20** I own or have interest in the following property:

| **A** | Cash | $ | **C** | Cars, other vehicles, and boats (List make and year) | | |
|---|---|---|---|---|---|---|
| **B** | Checking and savings (List banks): | | | Property | Value | Loan Balance |
| | 1) | $ | | 1) | $ | $ |
| | 2) | $ | | 2) | $ | $ |
| | 3) | $ | | 3) | $ | $ |
| | 4) | $ | **D** | Real estate (List addresses) | | |
| | | | | 1) | $ | $ |
| | | | | 2) | $ | $ |

**21** My monthly expenses are:

| | | | | | |
|---|---|---|---|---|---|
| **A** Rent or house payment | $ | **J** | Installment payments (specify) | | |
| **B** Food and household supplies | $ | | 1) | | $ |
| **C** Utilities and telephone | $ | | 2) | | $ |
| **D** Clothing | $ | | 3) | | $ |
| **E** Laundry and cleaning | $ | | Total installment payments: | | $ |
| **F** Medical and dental | $ | **K** | Wage assignment or withholdings | | $ |
| **G** Insurance | $ | **L** | Spousal or child support | | $ |
| **H** School, child care | $ | **M** | Other: | | |
| **I** Transportation and auto expenses | $ | | 1) | | $ |
| | | | 2) | | $ |
| | | | Total other expenses: | | $ |

**22** Total monthly expenses: $ _____

**23** I have attached other information that supports this application on a separate sheet. ☒ Yes ☐ No

## Signature Section

**24** *I declare under penalty of perjury under the laws of the state of California that the information on this form and all the attachments is true and correct.*

Pedro Gomez _____    11/01/07

Signature of Claimant    Date

VCGCB-GC-0010 8/04

P.O. BOX 7500
CRESCENT CITY, CA 95532

CONTINUATION PAGE OF VICTIM'S COMPENSATION FORM.
#17.

ON THURSDAY, MAY 17TH, 2007 I WAS SCHEDULE FOR A "LIVER BIOPSY" AT THE CLINICAL TREATMENT CENTER (CTC) PBSP, [SEE EXHIBIT "A"] THAT MORNING AT APPROXIMATELY 6:15 AM. I WAS ESCORTED TO THE CLINIC, I WAS TOLD THAT I WAS GOING TO HAVE MY VITAL SIGNS TAKEN PRIOR TO MY "LIVER BIOPSY," TO MAKE SURE ALL WAS NORMAL AND GOOD TO PROCEED. MY VITAL SIGNS WERE TAKEN BY AN R/N AND I ASKED HER IF EVERYTHING WAS OKAY WITH ME, AND SHE RESPONDED "PERFECT." MINUTES LATER I WAS TOLD TO TAKE MY SHIRT OFF, AND I WAS THEN ESCORTED TO A ROOM WHERE I WAS ASKED TO LAY ON A BED. THE OPERATING DOCTOR, DR. SOGGE WALKED INTO THE ROOM, AND ASKED ME TO RAISE MY HANDS ALL THE WAY UP ABOVE MY HEAD, SO HE COULD SEE MY FULL BODY STRECHED FROM WAIST AND ABOVE. DR. SOGGE THEN ASKED ME TO TAKE A FEW DEEP BREATHS, WHICH I DID. I THEN FELT SHARP TAPS (FROM HIS FINGERS) ON THE RIGHT SIDE OF MY RIB CAGE. DR. SOGGE USED HIS PEN TO IDENTIFY WITH INK, TWO SEPARATE PARTS ON MY BODY. THE TWO MARKS WERE LOCATED INCHES APART FROM ONE ANOTHER. DR. SOGGE THEN PLACED COVERS OVER MY BODY. THE COVERS HAD A HOLE WHERE THE PROCEDURE WAS TO TAKE PLACE. DR. SOGGE THEN TURNED AND GRABBED A GIGANTIC NEEDLE (SYRANGE), AND HE TOLD ME TO TAKE A FEW DEEP BREATHS. I THEN TOOK A DEEP BREATH AND DR. SOGGE TOLD ME TO EXHALE, HE THEN ASKED ME TO TAKE ANOTHER DEEP BREATH WHICH I DID, AND IN THE PROCESS OF ME IN-HALING (INHALATION), I FELT AN IMMEDIATE SHARP PAIN INSIDE OF MY BODY, TOWARDS THE CENTER OF MY CHEST. AT THAT POINT I COULDN'T BREATH NORMALLY. DR. SOGGE SAID THAT, THAT WAS WITHIN NORMAL EXPECTATIONS. AFTER THIS PROCEDURE I WAS THEN ROLLED INTO A DIFFERENT ROOM WHERE TWO OFFICERS WATCHED OVER ME FOR THE NEXT TWO HOURS. DURING THOSE TWO HOURS, R/N WADDELL CHECKED MY TEMPERATURE EVERY 15 MINUTES. DURING A COUPLE OF THE TEMPERATURE CHECKS I TOLD R/N WADDELL THAT I COULDN'T BREATH NORMALLY BECAUSE I'D GET A PINCHING PAIN ON THE LOWER RIGHT SIDE OF MY STOMACH, AND PAIN TO MY CHEST. R/N WADDELL SAID I WAS OKAY, THAT IT WAS NORMAL AND THAT IT WOULD GO AWAY. WHEN THE TWO HOURS ELAPSED, I WAS ABLE TO BREATH A LITTLE BETTER. I WAS STILL IN PAIN, BUT I WAS TOLD BY R/N WADDELL THAT IT WAS OKAY AND THAT IT WOULD GO AWAY. R/N WADDELL THEN TOLD ME THAT IF I HAD ANY PROBLEM WITH MY HEALTH DUE TO THE LIVER BIOPSY, TO IMMEDIATELY LET MEDICAL STAFF KNOW, [SEE EXHIBIT "B".] I WAS THEN ESCORTED BACK TO MY CELL. THAT SAME NIGHT I RECEIVED VIA INSTITUTIONAL MAIL, A PBSP INSTRUCTIONS FOR PERCUTANEOUS LIVER BIOPSY, [SEE EXHIBIT "B".] WHICH INSTRUCTED ME TO LET MEDICAL STAFF KNOW IF I DEVELOPED "SHORTNESS OF BREATH," "PERSISTENT BLEEDING FROM PUNCTURE SITE," "ABDOMINAL DISTRESS," "FAINTING SPELLS," OR "FEVER," TEMPERATURE GREATER THAN 100 DEGREES BY MOUTH."

THE FOLLOWING DAY, MAY 18TH, 2007, I HAD TROUBLE SLEEPING AND FELT A LITTLE PAIN THAT WOULD COME AND GO. I DID NOT BRING THIS FACT TO MEDICAL STAFF BECAUSE I HAD BEEN ASURED BY R/N WADDELL THAT IT WAS NORMAL TO HAVE A LITTLE PAIN, AND THAT IT WOULD GO AWAY.

ON SATURDAY, MAY 19TH, 2007, I AWOKE UP AT ABOUT 5:00 AM. I FELT PAIN TO MY CHEST AND STOMACH AREA. THE PAIN WOULD COME AND GO IN SPORADIC BURSTS. LATER THAT DAY DURING 2ND WATCH, I WAS ONCE AGAIN HAVING PAIN TO MY CHEST AND STOMACH AREA, AND WAS HAVING TROUBLE BREATHING I THEN TOLD CONTROL BOOTH OFFICER JOHN DOE, THAT I HAD JUST HAD A "LIVER BIOPSY" TAKEN ON MAY 17TH, 2007 AND THAT I WAS HAVING PAIN TO MY STOMACH AND CHEST, AND THAT I WAS TOLD BY MEDICAL STAFF TO INFORM THEM IF I WAS HAVING ANY COMPLICATIONS. CONTROL BOOTH OFFICER JOHN DOE DID NOT CALL MEDICAL STAFF, THUS NO ONE CAME TO SEE ME, AND I WAS FORCED

TO ENDURE SPORADIC PAINS ALL DAY AND NIGHT.

ON SUNDAY, MAY 20TH, 2007    I ONCE AGAIN AWOKE EARLY AT ABOUT 4:00 OR 5:00 AM. THE PAIN I WAS NOW EXPERIENCING WAS STRONGER. I STARTED GETTING WORRIED BECAUSE THE PAIN WAS MORE FREQUENT, AND WAS NOT GOING AWAY. MY CHEST AND STOMACH AREA WAS SEVERELY BOTHERING ME, AND I STARTED GETTING LIGHT HEADED AND SHORTNESS OF BREATH. I FELT THIS WAY MOST OF THE DAY, AND CAME TO THE POINT THAT I COULD NO-LONGER TAKE THE PAIN. ON 2ND WATCH I TOLD C-4 FLOOR OFFICER COX THAT I HAD JUST WENT THROUGH A "LIVER BIOPSY ON (THU) MAY 17TH, AND THAT I WAS HAVING PROBLEMS BREATHING, AND THAT MY CHEST AND STOMACH WERE BOTHERING ME, AND THAT I WAS IN SEVERE PAIN. C/O COX MERELY BRUSHED MY MEDICAL CONDITION ASIDE AND DID NOTHING TO OBTAIN/ACQUIRE MEDICAL ASSISTANCE FOR ME.    I WAS FORCED TO ENDURE PAIN AND SUFFERING THE ENTIRE DAY WITHOUT MEDICAL TREATMENT.

ON MONDAY, MAY 21ST, 2007    THE PAIN JUST INCREASED AND I STARTED GOING THROUGH SOME EXCRUCIATING PAINFUL BOUTS. I TOLD CONTROL BOOTH OFFICER C/O SHIPPLEY AND FLOOR OFFICER C/O DOERING. I TOLD SHIPPLEY THAT I NEEDED TO SEE THE DOCTOR BECAUSE THE PAIN WAS KILLING ME. I TOLD SHIPPLEY THAT I HAD JUST GOTTEN A "LIVER BIOPSY" ON THE 17TH, (FEW DAYS AGO) AND THAT I WAS HAVING PROBLEMS BREATHING AND THAT MY CHEST AND STOMACH WERE BOTHERING ME. TIME PASSED AND NO MEDICAL STAFF ARRIVED, SO I ASKED C/O SHIPPLEY, "WHAT HAPPENED TO THE DOCTOR?" SHIPPLEY SAID, "I TOLD THEM ALREADY." I THEN STATED, "I NEED TO SEE A DOCTOR NOW, I'M IN PAIN!" HE SAID HE WOULD CALL AGAIN. I DID NOT SEE MEDICAL STAFF ON 2ND WATCH, DESPITE MY NUMEROUS REQUESTS'. HOURS PASSED AND DURING THIRD WATCH, AT ABOUT 5:30 P.M. THE PAIN GOT SO BAD THAT I HAD TO LAY ON MY BED HOLDING MY STOMACH AND CHEST, JUST RUBBING IT, HOPING THE PAIN WOULD GO AWAY. THE PAIN GOT SO SEVERE THAT I COULD NOT TAKE IT, AND PRISONER'S IN MY SECTION HAD TO CALL HELP FOR ME. I JUST LAYED IN BED WAITING FOR MEDICAL STAFF TO ARRIVE.    THE FIRST PERSON TO ARRIVE WAS C/O JONES. I TOLD C/O JONES, "I HAD A "LIVER BIOPSY" ON THE 17TH, AND I'VE BEEN HAVING PROBLEMS EVER SINCE. C/O JONES SAID HE WAS GOING TO SEE IF HE COULD GET THE MEDICAL-TECHNICIAN ASSISTANT (MTA) TO COME OVER. A FEW MINUTES LATER C/O JONES AND C/O MCNAMARA ARRIVED AT THE FRONT OF MY CELL. C/O MCNAMARA STARTED ASKING ME QUESTIONS REGARDING MY HEALTH STATUS. I TOLD HIM PRACTICALLY THE SAME THING I HAD TOLD C/O JONES, THAT I HAD A "LIVER BIOPSY" ON THURSDAY THE 17TH, AND THAT I'D BEEN HAVING SEVERE PAIN. I TOLD C/O MCNAMARA THAT I FELT LIKE PASSING OUT, THAT I COULDN'T BREATH. C/O MCNAMARA STARTED ARGUING WITH THE CONTROL OFFICER JOHN DOE, BECAUSE THE CONTROL OFFICER WOULDN'T GET THE SERGEANT TO OUR CELL (F.SECTION). THE CONTROL C/O JOHN DOE WAS SAYING, "THE SGT. IS REFUSING TO COME OVER HERE." C/O MCNAMARA YELLED BACK FRUSTRATED, "PUSH YOUR ALARM IF YOU HAVE TO, BUT THE SGT. NEEDS TO GET HISS ASS OVER HERE!" MTA JANE DOE ARRIVED TO THE FRONT OF MY CELL. SHE WAS ALREADY BRIEFED BY C/O MCNAMARA, ON MY SITUATION. SHE ASKED WHERE THE PAIN WAS AND TO WHAT LEVEL IT WAS, 1—5 FIVE BEING THE WORST. I, STILL LAYING IN BED, AGONIZING, STARTED MAKING HUGE SIRCLES WITH MY RIGHT HAND, INDICATING THAT THE PAIN WAS EVERYWHERE FROM WAIST AND ABOVE. THE ONLY THING I WAS ABLE TO TELL HER DUE TO THE EXCRUCIATING PAIN I WAS EXPERIENCING, WAS, "I HAD A LIVER BIOPSY ON THURSDAY THE 17TH ...." I DIDN'T HAVE THE STRENGTH TO TALK AFTER THAT. I JUST LAYED THERE, AGONIZING. I HEARD MCNAMARA STILL ARGUING WITH CONTROL OFFICER, THEN I HEARD MY NEIGBOR NEIGHBOR VILLINES#K99130 (C4-223) TELL OFFICERS AND MTA "WHY DON'T YOU PRESS YOUR ALARM? WHAT ARE YOU WAITING FOR?!" C/O MCNAMARA TOLD HIM TO SIT HISS ASS DOWN OR HE'LL WRITE HIM UP FOR INCITING A RIOT!" AFTER THAT, I NO LONGER HEARD ANYONES VOICE. I LOST CONSCIOUS BEFORE THE SGT GOT TO OUR BLOCK. I AWOKE MINUTES LATER TO OFFICER'S CUFFING MY HANDS BEHIND MY BACK. I WAS PLACED ON A STRETCHER AND TOOKEN DOWN THE F.POD STAIRS, AND OUT OF THE UNIT. I THEN HAD MY VITAL SIGNS TAKEN BY MTA. JANE DOE. THE RESPONDING SGT. WERE ; SGT. STRAIN AND SGT. JOHN DOE. — I WAS THEN TRANSPORTED TO C.T.C. ONCE AT CTC I WAS SEEN BY R/N JOHN DOE, (A THIN WHITE MALE. HE WAS AN OLDER MAN).

(R/N JOHN DOE'S NAME'S UNREADABLE ON EKG FORM). I WAS SEEN BY R/N JOHN DOE WHO PROCEEDED IN PLACING EKG CABLES ON ME TO MONITOR MY HEART, AND THEN TOOK MY VITAL SIGNS. R/N JOHN DOE GAVE ME SOME PILL'S TO TAKE AND A LIQUID DRINK. HE SAID THAT, THAT WOULD MAKE ME FEEL BETTER. I THEN SPECIFIED AND TOLD R/N JOHN DOE THAT I HAD JUST HAD A "LIVER BIOPSY" ON THURSDAY THE 17TH, AND THAT I'D BEEN HAVING MEDICAL, MEDICAL PROBLEMS EVER SINCE. I FURTHER TOLD HIM THAT I'D BEEN HAVING SEVERE PAIN TO MY CHEST AND STOMACH AREA, AND BEEN HAVING TROUBLE BREATHING. I ALSO SAID THAT I WANTED SOME EXAMS TO BE MADE. R/N SAID HE WAS TALKING TO DR. WILLIAMS ON THE PHONE CONCERNING MY MEDICAL CONDITION. R/N JOHN DOE THEN SAID, "WE'LL SE WHAT WE CAN DO FOR YOU. A FEW HOURS LATER I WAS SENT BACK TO MY CELL WITH A PRESCRIPTION OF NEXIUM 20 MG. I WAS NOT GIVEN ANY MEDICAL TREATMENT FOR MY SERIOUS MEDICAL CONDITION. R/N JOHN DOE AND DR. WILLIAMS BOTH KNEW AND WERE AWARE THAT I HAD JUST HAD A "LIVER BIOPSY," AND THAT I WAS HAVING STOMACH AND CHEST PAIN AND WAS EXPERIENCING SHORTNESS OF BREATH, WHICH WERE ALL CONSISTENT WITH THE P.B.S.P. POST-OP INSTRUCTIONS FOR PERCUTANEOUS LIVER-BIOPSY WHICH I WAS GIVEN AND WAS ALSO IN MY MEDICAL FILE, WHICH MEDICAL STAFF WERE AWARE OF. DESPITE ALL OF THESE OVERWHELMING FACTS, I WAS STILL NOT GIVEN TREATMENT, AND I WAS FORCED TO ENDURE SEVERE PAIN AND SUFFER-ING, AND WAS SHOWN DELIBERATE INDIFFERENCE TO MY MEDICAL NEEDS.

ON TUESDAY, MAY 22ND, 2007, THE SEVERE PAIN I WAS EXPERIENCING CONT-INUED TO ESCALATE AND I ONCE AGAIN TOLD 2ND WATCH CONTROL BOOTH OFFICER SHIPPLEY TO CALL THE DOCTOR FOR ME. R/N BREE CAME TO SEE ME, SHE TOOK MY VITAL SIGNS AND MERELY SAID MY BLOOD PRESSURE WAS A LITTLE HIGH. I THEN TOLD HER, AS I HAD CONTINUESLY TOLD MEDICAL STAFF, THAT I HAD JUST HAD A "LIVER BIOPSY ON THURSDAY THE 17TH, AND I'D BEEN HAVING PAIN EVER SINCE. I TOLD HER I'D BEEN HAVING SEVERE STOMACH AND CHEST PAINS AND HAD BEEN EXPERIENCING SHORTNESS OF BREATH AND TROUBLE BREATHING. R/N BREE PAID NO HEED TO MY COMPLAINTS. I THEN TOLD HER I WANTED SOME EXAMS TOOKEN AND I WANTED TO SEE A DOCTOR. R/N BREE SAID THAT THE DR. WAS AWARE AND, I'D BE PUT ON THE DOCTOR'S LIST FOR THE FOLLOWING DAY. R/N BREE SAID THAT BIOPSY NURSE WADDELL WAS ALSO NOTIFIED. R/N BREE WOULD JUST TELL ME TO RELAX. I INSISTED THAT IT'S BEEN DAYS SINCE I'VE HAD THE PAINS, AND HAVE NOT GOTTEN ANY TREATMENT. DESPITE MY COMPLAINTS AND R/N BREE'S KNOW-LEDGE (ALONG WITH DR. ROW AND BIOPSY NURSE WADDELL) OF MY SERIOUS MEDICAL CONDITION, I WAS NOT GIVEN ANY TREATMENT AND WAS SENT BACK TO MY CELL.

LATER THAT SAME DAY (05/22/07) DURING 3RD. WATCH, I ONCE AGAIN COMPLAINED ABOUT MY SERIOUSE MEDICAL NEED/PROBLEMS, AND I WAS ESCORTED BY C/O QUAM AND C/O MILLS TO THE P.B.S.P. C&D FACILITY SHU. MEDICAL OFFICE. I SAT STRADDLING A CHAIR. R/N TIMME, DAVID THEN TOOK MY VITAL SIGNS, AND THEN SAID WITH A SMIRK ON HIS FACE, " YOU KNOW GOMEZ, IT SEEMS TO ME THAT YOU ONLY COMPLAIN ABOUT PAIN AFTER DINNER," I TOLD HIM THAT WASN'T TRUE, THAT I HAD COMPLAINED AT ALL TIMES. I REQUESTED TO SEE A DOCTOR BECAUSE OF THE SEVERE PAIN TO MY STOMACH, AND CHEST, AND SHORTNESS OF BREATH. I ALSO SAID I JUST HAD A "LIVER BIOPSY" ON THURSDAY 17TH, AND WANTED SOME EXAMS TAKEN. R/N TIMME, DAVID REFUSED TO PROVIDE ME MEDICAL TREATMENT FOR MY SERIOUSE MEDICAL NEEDS, AND I WAS NOT SEEN BY A DOCTOR. C/O MILLS TOLD ME TO GET UP. I TOLD HIM I WAS HAVING TROUBLE AND I WAS TRYING TO GET MEDICAL ATTENTION. C/O MILLS THEN ASKED R/N TIMME, "ARE YOU DONE?" R/N TIMME RESPONDED, "YES WE'RE DONE!" C/O MILLS THEN GRABBED MY ARM WITH A TIGHT GRIP AND SAID, "COME ON GOMEZ, WE HAVE AN EMERGENCY TO ATTEND TO." I SAID, "WHAT ARE YOU TALKING ABOUT?' THIS [IS] AN EMERGENCY. MY HEALTH'S IN SERIOUS DANGER." I TOLD C/O MILLS I WAS HAVING TROUBLE BREATHING AND WAS HAVING EXCRUCIATING PAIN, AND THAT I WAS ONLY TRYING TO GET MEDICAL ATTENTION. C/O MILLS MERELY GRABBED MY ARM TIGHTER WITH BOTH HANDS AND TOLD C/O QUAM TO GRAB ME. C/O MILLS AND C/O QUAM THEN PHYSICALLY AND HARSHLY YANKED ME FROM THE CHAIR AND THREW ME TO THE GROUND. I FELT PUNCHES TO MY BACK (LOWER PART OR MIDSECTION), I WAS THEN

I WAS THEN DRAGGED ALMOST ALL THE WAY TO THE DOOR. WHEN I WAS BEING DRAGGED I SAW R/N JANE DOE, WHO I HAD SEEN THE DAY BEFORE. PRIOR TO ME BEING YANKED FROM CHAIR, R/N JANE DOE ALSO WAS TRYING TO HURRY ME OUT OF THERE, DUE TO SOME OTHER EMERGENCY. BOTH R/N TIMME AND R/N JANE DOE WITNESSED ME BEING ASSAULTED, BUT NEIGHTER ATTEMPTED TO INTERVENE IN STOPPING C/O MILLS AND QUAM FROM BEATING AND DRAGGING ME. WHEN I WAS FINALLY ABLE TO GAIN A LITTLE STRENGTH, I STARTED WALKING VOLUNTARILY. I WAS TAKEN BACK TO MY CELL. I WAS NOT GIVEN ANY TYPE OF MEDICAL CARE FOR MY SERIOUS MEDICAL NEEDS. I WAS FORCED TO ENDURE SEVERE PAIN TO MY STOMACH AND CHEST AREA, AND THE USE OF EXCESSIVE AND UNNECESSARY FORCE USED AGAINST ME BY OFFICER'S MILLS, AND QUAM. MEDICAL STAFF KNEW I NEEDED MEDICAL TREATMENT, BECAUSE I HAD CONTINUOUSLY COMPLAINED ABOUT MY CONDITION. YET DESPITE THIS, I WAS UNJUSTIFIABLY DENIED MEDICAL CARE.

ON WEDNESDAY, MAY 23, 2007. I AGAIN COMPLAINED CONCERNING MY MEDICAL CONDITION AND THE PAIN I WAS HAVING. I WAS SEEN ONCE AGAIN BY R/N BREE, WHO MERELY TOOK MY VITAL SIGNS. I TOLD HER THAT I WAS FEELING BAD AND MY CONDITION WAS GETTIN WORSER. I TOLD HER THAT SHE HAD SAID, I WOULD SEE THE DOCTOR TODAY, AND THAT I HAD ALREADY TURNED IN TWO SICK-CALL SLIPS (7362 FORMS). DESPITE MY CONTINUED COMPLAINTS AND THE FACT THAT I WAS EXPERIENCING SEVERE PAIN, I WAS STILL NOT PROVIDED MEDICAL CARE, AND WAS SENT BACK TO MY CELL.

LATER THAT SAME DAY 05/23/07, AT ABOUT 1:20 PM OR SO, I COULD NO LONGER DEAL WITH THE PAIN I WAS EXPERIENCING, AND THE PRISONER'S IN MY SECTION CALLED THE CONTROL BOOTH OFFICER C/O JOHN DOE AND TOLD HIM THAT I NEEDED MEDICAL ATTENTION. AT APROXIMATELY 1:20 OR SO, I WAS ESCORTED TO THE C-FACILITY CLINIC. MY VITAL SIGNS WERE TAKEN A FEW TIMES, I WAS FINALLY ALLOWED TO SEE DR. LINDA ROWE. I TOLD ROWE THAT I HAD A LIVER BIOPSY ON THE 17TH (SIX DAYS AGO) AND THAT I'D BEEN HAVING PAIN EVER SINCE. DR. ROWE SAID SHE WAS WELL AWARE OF MY CONDITION, BECAUSE OF ALL MY COMPLAINING I'D BEEN DOING. DR. ROWE THEN ARRANGED FOR ME TO GO DOWN TO C.T.C. [ONLY] AFTER I HAD TOLD SERGEANT STRAIN (WHO WAS PRESENT) THAT HIS OFFICER'S C/O MILLS AND QUAM HAD ASSAULTED ME THE PREVIOUS NIGHT, DUE TO THIS STATEMENT SGT. STRAIN HAD R/N BREE LOG DOWN MY PHYSICAL, VISIBLE INJURIES CONCERNING EXCESSIVE FORCE. DUE TO THE EXCESSIVE USE OF FORCE USED ON ME BY C/O MILLS AND C/O QUAM, I RECEIVED A RIGHT SCRAPED KNEE AND A RIGHT ARM BRUISED UP. THESE WERE JUST THE VISIBLE INJURIES, I ALSO HAD BRUISED RIBS AND MIDDLE BACK PAIN.

AT APPROXIMATELY 3:00 PM, I WAS FINALLY ESCORTED TO PBSP C.T.C., WHERE R/N JOSE TOOK MY VITAL SIGNS AND ORDERED AN AMBULANCE FOR ME. AMBULANCE PERSONNEL, MR HUNT AND HIS PARTNER JOHN DOE DROVE ME TO SUTTER COAST HOSPITAL (SCH). I WAS BEING ~~GARDED~~ GUARDED BY C/O GAPHART, AND C/O DURHAM ALONG WITH SGT JOHN DOE (THE SAME SGT WHO WAS REFUSING TO ATTEND TO THE EMERGENCY ON MAY 21, 2007). I WAS FORCED TO WAIT IN THE HALL-WAY BECAUSE THERE WASN'T ANY ROOM IN THE HOSPITAL. WHEN I WAS FINALLY TAKEN TO A ROOM, I WAS PLACED ON A BED FOR WHAT SEEMED LIKE A LONG TIME. I COMPLAINED ABOUT MY MEDICAL CONDITION, PAIN, AND REQUESTED TO SEE A DOCTOR. I WAS TOLD BY R/N JANE DOE THAT THE DOCTOR WAS BUSY TRYING TO SAVE OTHER LIVES. I TOLD JANE DOE THAT I WAS GOING THROUGH SEVERE PAIN AND I NEEDED PAIN MEDICATION. SHE JUST REFUSED MY REQUEST WITHOUT ANY EXPLANATION. I TOLD OFFICER'S THE SAME THING AND THEY MERELY SHRUGGED THEIR SHOULDERS. I THEN AFTER A WHILE OF WAITING, TOLD C/O GAPHART AND C/O DURHAM THAT I FELT LIKE THROWING UP, THEY JUST GRABBED A PLASTIC BUCKET TRAY AND GAVE IT TO ME. AS SOON AS I WAS GIVEN THAT BUCKET TRAY, I STARTED VOMITING BLOOD, PURE BLOOD. THE BLOOD COVERED THE WHOLE BOTTOM OF THE BUCKET. THE TWO OFFICER'S THEN TOLD R/N JANE-DOE THAT I WAS THROWING UP BLOOD. AFTER I VOMITED BLOOD I WAS FINALLY TOLD I'D BEEN ADMITTED TO THE HOSPITAL, I WAS FINALLY GIVEN PAIN MED.

I LOST CONSCIOUS AFTER RECEIVING PAIN MEDICATION. I WOKE UP DUE TO PAIN AND I NOTICED I WAS IN A DIFFERENT ROOM, IT APPEARED TO BE THE FOLLOWING DAY BECAUSE IT APPEARED TO BE A DIFFERENT SET OF OFFICER'S OUTSIDE OF MY ROOM. I WAS IN EXTREME PAIN AND I PLEADED FOR PAIN MEDICATION AND I WAS REFUSED SUCH MEDICATION. R/N JANE DOE (WHITE FEMALE) WALKED IN AND I ALSO ASKED HER FOR PAIN MEDICATION OR TO SEE THE DOCTOR BECAUSE I WAS IN EXCRUCIATING PAIN. THE R/N JUST LOOKED AT ME, SHE DIDN'T SAY A WORD SO THIS MADE ME BELIEVE THAT I WAS PLACED IN THAT ROOM FOR THE SOLE PURPOSE OF ME PERISHING IN THERE. I THOUGHT I WAS GOING TO DIE IN THERE. ——— I WAS HALF CONSCIOUSE WHEN AN R/N TOLD ME THAT THEY, (THE DOCTOR'S) WANTED TO TAKE MY "GALL BLADDER" OUT. I THEN LOST CONSCIOUS. ——— I WAS AWOKEN WHEN I WAS BEING PLACED IN AN AIRPLANE AND WAS TRANSFERED (VIA AIR AMBULANCE) TO THE "UNIVERSITY OF CALIFORNIA SAN FRANCISCO 'HOSPITAL (UCSF). I ARRIVED AT UCSF ON MAY 25, 2007 AND IT WAS THERE THAT I WAS TOLD BY DOCTOR JOHN DOE THAT I HAD LACERATED VEIN DUE TO THE BOTCHED LIVER BIOPSY PERFORMED BY DR. SOGGE, AND THAT I'VE BEEN HAVING INTERNAL BLEEDING EVER SINCE THE 17TH OF MAY. THE DOCTOR TOLD ME THAT THERE WAS A PROBLEM AND THAT HE COULD NOT DO THE SURGERY UNLESS IT WAS TAKEN CARE OF. HE SAID THAT I HAD LOST TOO MUCH BLOOD AND THAT I NEEDED A BLOOD TRANSFUSION ~~it~~ IMMEDIATELY OR ELSE I WOULDN'T MAKE IT. I RECEIVED MY BLOOD TRANS-FUSION AND I WENT INTO SURGERY THE FOLLOWING DAY, ON MAY 26TH, 2007.

DURING THIS ENTIRE INCIDENT, STARTING FROM MAY 19TH WHEN I STARTED COMPLAINING, UNTIL THE 23RD, I REPEATEDLY TOLD MEDICAL STAFF AND CORRECTIONAL OFFICER'S AT PELICAN BAY STATE PRISON, THAT I WAS HAVING SEVERE PAIN AND WAS HAVING COMPLICATIONS, DUE TO THE LIVER BIOPSY I HAD JUST WENT THROUGH ON MAY 17TH. DESPITE THIS INFORMATION, MY SERIOUS MEDICAL NEEDS WERE NOT MET, WAS NOT GIVEN MEDICAL CARE, AND WAS EXTREME-LY DELAYED TO THE POINT OF JEOPARDIZING MY LIFE BY PUTING ME IN A NEAR DEATH SITUATION. I REPEATEDLY COMPLAINED OF SYMPTOMS WHICH WERE ON THE POST-OP INSTRUCTION SHEET, YET DESPITE THIS, NOTHING WAS DONE. I WAS FORCED TO ENDURE SEVERE PAIN AND SUFFERING FOR NO JUSTIFIABLE REASON.

ONCE AT "SUTTER COAST HOSPITAL" I WAS ALSO SUBJECTED TO THE SAME DELIBERATE AND INDIFFERENT TREATMENT. I WAS THERE FROM THE 23RD UNTIL THE 25TH OF MAY, AND ONLY DISTURBED ME MENTALLY AND EMOTIONALLY BY MAKING ME THINK I WAS GOING TO DIE THERE. DURING THOSE TWO DAYS I DID NOT RECEIVE MEDICAL TREATMENT FOR MY LACERATED VEIN. I DID NOT RECEIVED A BLOOD TRANSFUSION KNOWING I WAS BLEEDING INTERNALLY FOR SIX INTO THE SEVENTH (7) DAY. I DID NOT RECEIVE TREATMENT UNTIL I ARRIVED AT UCSF.

AS A DIRECT RESULT OF PBSP AND SUTTER COAST HOSPITAL'S MEDICAL STAFFS' DELIBERATE INDIFFERENCE AND FAILURE TO PROVIDE ME WITH MEDICAL CARE, MY CONDITION PROGRESSIVELY GOT WORSE, DR'S LINDA ROW, DR. WILLIAMS WERE WELL AWARE OF MY SERIOUS POTENTIAL FATAL CONDITION, BECAUSE WHEN I SEEN HER, (05/23/07) SHE TOLD ME SHE KNEW OF IT, AND HAD ACCESS TO MY FILES (MEDICAL FILES) AND SUPERVISED THE R/N'S ~~all~~ THAT I REPEATEDLY COMPLAINED TO, YET DESPITE THIS FACT, NONE OF THE DOCTOR'S ROWE, LINDA NOR DR. WILLIAMS TOOK ANY ACTION UNTILL MAY 23, 2007, AFTER MORE THAN 4-DAYS OF REPEATEDLY COMPLAINING OF MY POOR HEALTH CONDITION. DR SAUNDERS ; DR. SCHOMMER ; DR. GUROV ;
DR. MICHELETTI ; P.A. GINA GASTELUM ; DR. NASH.

5 OF 5

UNITED STATES POSTAGE

PITNEY BOWES
$ 05.95⁰
02 1M    JUN11 2008
0004217666
0004217666
MAILED FROM ZIP CODE 95531

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

RECEIVED

OCT 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

D DeRewCTA  6-10-08

U.S. Northern Dist. of Ca.
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, Ca.  94102-3483

CONFIDENTIAL LEGAL MAIL

RECEIVED

OCT    2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NAME:    GOMEZ , PEDRO

CDC NO.  K37471   HOUSING:  C4- 224

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532