FILED
08 JUN 16 PM 2:44

ORIGINAL

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PEDRO GOMEZ        Plaintiff,

vs.

DR. MERLE SOGGE, ET, AL.
                   Defendant.

CV 08 2969 MMC

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

(PR)

I, PEDRO GOMEZ, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ☐ No ☒

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: NONE          Net: N/A

Employer: N/A

- 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____N/A_____
5  _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9       a.   Business, Profession or           Yes ☐ No ☒
10           self employment
11      b.   Income from stocks, bonds,        Yes ☐ No ☒
12           or royalties?
13      c.   Rent payments?                    Yes ☐ No ☒
14      d.   Pensions, annuities, or           Yes ☐ No ☒
15           life insurance payments?
16      e.   Federal or State welfare payments, Yes ☐ No ☒
17           Social Security or other govern-
18           ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.    Are you married?                     Yes ☐ No ☒
24  Spouse's Full Name: _____N/A_____
25  Spouse's Place of Employment: ___N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $____N/A_____ Net $____N/A_____
28  4.    a.   List amount you contribute to your spouse's support:$ ___N/A___

- 2 -

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   _____N/A_____
6   _____
7   5.   Do you own or are you buying a home?          Yes ☐   No ☒
8   Estimated Market Value: $____∅____ Amount of Mortgage: $____∅____
9   6.   Do you own an automobile?                    Yes ☐   No ☒
10  Make ____N/A____ Year ____N/A____ Model ____N/A____
11  Is it financed? Yes ☐ No ☒ If so, Total due: $ ____N/A____
12  Monthly Payment: $ ____N/A____
13  7.   Do you have a bank account? Yes ☐ No ☒ (Do not include account numbers.)
14  Name(s) and address(es) of bank: ____N/A____
15  _____
16  Present balance(s): $ ____∅____
17  Do you own any cash? Yes ☐ No ☒ Amount: $ ____0.00____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)  Yes ☐  No ☒
20  _____N/A_____
21  8.   What are your monthly expenses?
22  Rent: $ ____N/A____     Utilities: ____N/A____
23  Food: $ ____N/A____     Clothing: ____N/A____
24  Charge Accounts:
25  Name of Account          Monthly Payment          Total Owed on this Account
26  ____∅____                $ ____∅____              $ ____∅____
27  _____               $ _____             $ _____
28  _____               $ _____             $ _____

- 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____∅_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ☐ No ☒

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____NONE_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_JUNE  02, 2008_                    _Pedro Gomez_
    DATE                         SIGNATURE OF APPLICANT

                                 Case Number: _____

- 4 -

Case Number:_____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Pedro Gomez  K37471_ for the last six months at Pelican Bay State Prison where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $26.09 and the average balance in the prisoner's account each month for the most recent 6-month period was $36.93.    (20%= $7.39)

Dated: 5/27/08

_X Uow  aut I Sip_
Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5-27-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY_____
TRUST OFFICE

PELICAN BAY ST... ...SON
SECURITY HOUSING UNIT
UNIT C-4

Case Number: _____

CERTIFICATE OF FUNDS
IN
PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ___GOMEZ, PEDRO___ for the last six months at
(prisoner's name)

___PELICAN BAY STATE PRISON___ where (s)he is confined.
(name of institution)

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _____.

Dated: _____                    _____
                                          (Authorized officer of the institution)

-5-

```
REPORT ID: TS3030    701                                              REPORT DATE: 05/27/08
                                                                      PAGE NO:        1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                               PELICAN BAY STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: NOV. 01, 2007 THRU MAY  27, 2008
```

ACCOUNT NUMBER : K37471                         BED/CELL NUMBER: CF04U 000000224L
ACCOUNT NAME   : GOMEZ, PEDRO                   ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 11/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/14 | *DD30 | CASH DEPOSIT | 2979 | #137 | 45.00 | | 45.00 |
| 01/17 | W512 | LEGAL POSTAGE | 3041 | | | 0.58 | 44.42 |
| 01/17 | W512 | LEGAL POSTAGE | 3049 | | | 1.14 | 43.28 |
| 01/17 | W512 | LEGAL POSTAGE | 3049 | | | 1.14 | 42.14 |
| 01/17 | W512 | LEGAL POSTAGE | 3049 | | | 1.14 | 41.00 |
| 01/17 | W512 | LEGAL POSTAGE | 3049 | | | 1.14 | 39.86 |
| 01/17 | W512 | LEGAL POSTAGE | 3049 | | | 1.14 | 38.72 |
| 01/17 | W512 | LEGAL POSTAGE | 3049 | | | 1.14 | 37.58 |
| 01/17 | W512 | LEGAL POSTAGE | 3049 | | | 1.14 | 36.44 |
| 01/17 | W516 | LEGAL COPY CH | 3063 | | | 1.00 | 35.44 |
| 01/17 | W512 | LEGAL POSTAGE | 3067 | | | 1.14 | 34.30 |
| 01/17 | W512 | LEGAL POSTAGE | 3067 | | | 1.14 | 33.16 |
| 01/17 | W512 | LEGAL POSTAGE | 3067 | | | 1.31 | 31.85 |
| 01/17 | W512 | LEGAL POSTAGE | 3067 | | | 1.14 | 30.71 |
| 01/17 | W512 | LEGAL POSTAGE | 3067 | | | 2.50 | 28.21 |
| 01/17 | W512 | LEGAL POSTAGE | 3067 | | | 1.14 | 27.07 |
| 01/17 | W512 | LEGAL POSTAGE | 3067 | | | 1.14 | 25.93 |
| 01/17 | W516 | LEGAL COPY CH | 3066 | | | 6.80 | 19.13 |
| 01/24 | W415 | CASH WITHDRAW | 3165 | CKREQ 283149580 | | 19.13 | 0.00 |
| 01/31 | *DD30 | CASH DEPOSIT | 3288 | #148 | 91.53 | | 91.53 |
| 02/01 | W516 | LEGAL COPY CH | 3322 | | | 13.80 | 77.73 |
| 02/04 | FC04 | DRAW-FAC 4 | 3366 | C-4 | | 45.00 | 32.73 |
| 02/20 | W516 | LEGAL COPY CH | 3652 | | | 0.10 | 32.63 |
| 02/20 | W516 | LEGAL COPY CH | 3652 | | | 0.30 | 32.33 |
| 03/03 | FC04 | DRAW-FAC 4 | 3820 | C-4 | | 32.33 | 0.00 |
| 03/05 | D300 | CASH DEPOSIT | 3853 | #172 | 20.00 | | 20.00 |
| 04/02 | FC04 | DRAW-FAC 4 | 4276 | C-4 | | 20.00 | 0.00 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 06/19/02                        CASE NUMBER: CH018449
COUNTY CODE: LAS                                FINE AMOUNT: $    200.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 11/01/2007 | | BEGINNING BALANCE | | 57.70 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5-27-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

```
                       PELICAN BAY STATE PRISON
                      INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: NOV. 01, 2007 THRU MAY 27, 2008

ACCT: K37471        ACCT NAME: GOMEZ, PEDRO              ACCT TYPE: I


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 06/19/02                 CASE NUMBER: CH018449
COUNTY CODE: LAS                         FINE AMOUNT: $     200.00

   DATE      TRANS.   DESCRIPTION                   TRANS. AMT.     BALANCE
   ----      ------   -----------                   -----------     -------
 01/14/08    DR30     REST DED-CASH DEPOSIT            50.00-         7.70
 01/31/08    DR30     REST DED-CASH DEPOSIT             7.70-         0.00

   * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
   * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                           TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL         TOTAL        CURRENT       HOLDS      TRANSACTIONS
  BALANCE      DEPOSITS     WITHDRAWALS    BALANCE      BALANCE     TO BE POSTED
 ---------     --------     -----------    -------      -------     ------------
    0.00        156.53         156.53        0.00         0.00          0.00


                                                         CURRENT
                                                         AVAILABLE
                                                         BALANCE
                                                         ---------
                                                            0.00
```



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 5-27-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  [signature]
TRUST OFFICE

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, _PEDRO GOMEZ_, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the _02_ day of _JUNE_, in the year of 20_08_, I served the following documents: (set forth the exact title of documents served)

_PRISONER'S APPLICATION TO PROCEED_

_IN FORMA PAUPERIS._

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

_CLERK OF THE UNITED STATES_

_DISTRICT COURT FOR THE_

_NORTHERN DISTRICT OF CALIFORNIA_

_450 GOLDEN GATE AVENUE_

_BOX 36060   SAN FRANCISCO, CA 94102_

I declare under penalty of perjury that the foregoing is true and correct.

Dated this _02_ day of _JUNE_, 20_08_.

Signed: _Pedro Gomez_
(Declarant Signature)

Rev. 12/06