IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERLE SOGGE, et al.,<br><br>　　　　　Defendants.<br>_____ | No. C 08-2969 MMC (PR)<br><br>**ORDER GRANTING DEFENDANTS'  REQUEST FOR EXTENSION OF TIME  TO FILE ANSWER**<br><br>**(Docket No. 9)** |

　　　GOOD CAUSE APPEARING, the request of defendants for an extension of time to file an answer to the complaint is hereby GRANTED. Defendants shall file their answer no later than **May 12, 2009**. No further extensions to file the answer will be granted.

　　　This order terminates Docket No. 9.

　　　IT IS SO ORDERED.

DATED: March 24, 2009

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　United States District Judge