United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO GOMEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>MERLE SOGGE, et al.,<br><br>    Defendants.<br>_____ | No. C 08-2969 MMC (PR)<br><br>**ORDER GRANTING DEFENDANT SCHOMMER'S REQUEST FOR EXTENSION OF TIME TO FILE ANSWER**<br><br>**(Docket No. 19)** |

GOOD CAUSE APPEARING, the request of defendant Susan Schommer, M.D., for an extension of time to file an answer to the complaint is hereby GRANTED. Defendant shall file her answer no later than **May 12, 2009**. No further extensions to file the answer will be granted.

This order terminates Docket No. 19.

IT IS SO ORDERED.

DATED: April 14, 2009

_____
MAXINE M. CHESNEY
United States District Judge