IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO GOMEZ, <br><br> Plaintiff, <br><br> DOCTOR MERLE SOGGE, et al., <br><br> Defendants. | No. C 08-2969 MMC <br><br> ORDER VACATING SEPTEMBER 9, 2009 WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF PEDRO GOMEZ, CDCR No. K-37471 AND ORDER SETTING SETTLEMENT CONFERENCE OCTOBER 8, 2009 AT 1:00 P.M. AT PELICAN BAY STATE PRISON |

Upon being advised by Defendant, The California State Attorney General's Office, that security concerns prevent Solano State Prison from accommodating Plaintiff, Pedro Gomez, in this settlement conference, IT IS HEREBY ORDERED that the Writ of Habeas Corpus Ad Testificandum to Transport Plaintiff Pedro Gomez for purposes of settlement conference is VACATED. Settlement conference shall take place October 8, 2009 at 1:00 p.m. at Pelican Bay State Prison. The California State Attorney General's Office shall secure a room for settlement conference, and the court's prior orders for attendance by Defendants shall remain in effect.

Dated: September 15, 2009

_____
Judge Nandor J. Vadas
United States Magistrate Judge

IT IS SO ORDERED