IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO GOMEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>MERLE SOGGE, et al.,<br><br>        Defendants.<br>_____ | No. C 08-2969 MMC (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER**<br><br>**(Docket No. 13)** |

On March 26, 2009, defendants Drs. Andrean Gurov and Donald Micheletti requested an extension of time to file an answer, on the ground the deadline for filing an answer set by the Court in its order of service had expired by the time defendants were served. Good cause appearing, the request is hereby GRANTED and the answer filed by the above defendants on April 20, 2009 is deemed timely.

This order terminates Docket No. 13.

IT IS SO ORDERED.

DATED: September 25, 2009

_____
MAXINE M. CHESNEY
United States District Judge