IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PEDRO GOMEZ,

    Plaintiff,

    v

DOCTOR MERLE SOGGE,

    Defendants.

Case No C 08-2969 MMC

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on October 8, 2009  The results of that proceeding are indicated below:

(1)    The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

- ☒ Plaintiff
- ☐ Warden or warden's representative
- ☐ Office of the California Attorney General
- ☐ Other: Michael Ubaldi for Defendants

1   (2)     The following individuals, parties, and/or representatives did not appear:

2   (3)     The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☒ The parties agree to an additional follow up settlement conference after the court's ruling on summary judgment motion. Parties to contact Judge Vadas' courtroom deputy to arrange for a date for further settlement conference.

☐ The parties are unable to reach an agreement at this time.

Date: October 21, 2009

_____
Nandor J Vadas
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOMEZ                                                         No. C 08-2969 MMC

v.                                                                   CERTIFICATE OF SERVICE

SOGGE
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on    10/21/09    , I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Pedro Gomez**
Pelican Bay State Prison
K37471 C4-224
P.O. Box 7500
Crescent city, CA 95532


RICHARD W. WIEKING, CLERK


By:/s/_____
      Deputy Clerk