IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEDRO GOMEZ, <br><br> Plaintiff, <br><br> v. <br><br> DOCTOR MERLE SOGGE, et al., <br><br> Defendants. | C 08-2969 MMC (PR) <br><br> [Proposed] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION |

For good cause appearing, the request by Defendants Bree, Carr, Cox, Mills, Quam, Rowe, Strain, Timme, Waddell, and Williams for a two-week extension of time to file a reply to Plaintiff Pedro Gomez's opposition to their motion for summary judgment motion is granted. Defendants Bree, Carr, Cox, Mills, Quam, Rowe, Strain, Timme, Waddell, and Williams shall file their reply on or before August 20, 2010.

IT IS SO ORDERED.

Dated: August 5, 2010

*Maxine M. Chesney*

THE HONORABLE MAXINE M. CHESNEY
United States District Judge

1