UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| PEDRO GOMEZ, | No. C 08-2969 MMC/NJV (PR) |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE |
| v. | |
| MERLE SOGGE, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the settlement conference is scheduled for 11:00 a.m. on January 14, 2011 at Pelican Bay State Prison is VACATED. The settlement conference will be reset to take place at Pelican Bay State Prison as soon as the Court's schedule permits.

IT IS SO ORDERED.

Dated: December 22, 2010

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| PEDRO GOMEZ, | No. C 08-2969 MMC/NJV (PR) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| MERLE SOGGE, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on December 22, 2010 I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Pedro Gomez
Pelican Bay State Prison
K37471 C4-224
P.O. Box 7500
Crescent City, CA 95532

_____
Chris Wolpert
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2