**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| PEDRO GOMEZ, | No. C 08-2969 MMC/NJV (PR) |
| Plaintiff, | ORDER GRANTING MOTION TO PERMIT CDCR COUNSEL TO APPEAR TELEPHONICALLY (Docket No. 178) |
| v. | |
| MERLE SOGGE, et al., | |
| Defendants. | |

The motion of CDCR counsel Suzanne Pyne to appear at the March 18, 2011 settlement conference by telephone is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: March 7, 2011

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

PEDRO GOMEZ,

        Plaintiff,

   v.

MERLE SOGGE, et al.,

        Defendants.

No. C 08-2969 MMC/NJV (PR)

CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on March 7, 2011 I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Pedro Gomez
Pelican Bay State Prison
K37471 C4-224
P.O. Box 7500
Crescent City, CA 95532

/s/ *Linn Van Meter*
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2