IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEDRO GOMEZ, | ) | No. C 08-2969 MMC (PR) |
| Plaintiff, | ) ) | **ORDER APPOINTING PRO BONO COUNSEL; DIRECTIONS TO CLERK** |
| v. | ) ) | |
| MERLE SOGGE, et al., | ) ) | |
| Defendants. | ) ) ) | |

    Plaintiff having been found in need of counsel to assist him in this matter, and counsel willing to be appointed to represent plaintiff having been located,

    IT IS HEREBY ORDERED THAT:

Roger Hughes, Esq.
Kilpatrick Townsend & Stockton LLP
1300 Clay Street, Suite 1000
Oakland CA 94612

is appointed as counsel for plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project guidelines.

    The Clerk shall add plaintiff's appointed counsel to the docket, and serve a copy of this Order upon counsel for both parties.

    IT IS SO ORDERED.

DATED: October 26, 2011

                                        MAXINE M. CHESNEY
                                        United States District Judge