# UNITED STATES DISTRICT COURT

### Northern District of California

Pedro Gomez

                Plaintiff (s),

            V.

Dr. Merle Sogge, et al.

               Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 08-2969

Notice is hereby given that, subject to approval by the court, __Plaintiff Pedro Gomez__ substitutes
                                                                          (Party (s) Name)

__Roger M. Hughes__, State Bar No. __55788__ as counsel of record in
(Name of New Attorney)

place of __Kilpatrick, Townsend & Stockton LLP.__
                       (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:         Roger M. Hughes   Wendel, Rosen, Black & Dean LLP

    Address:           1111 Broadway, 24th Floor, Oakland, CA 94607

    Telephone:        (510) 834-6600       Facsimile (510) 834-1928

    E-Mail (Optional):   RHughes@wendel.com

I consent to the above substitution.

Date:   05th March 2012                    Pedro Gomez    /s/
                                                                                       (Signature of Party (s))

I consent to being substituted.

Date:   March 5, 2012                       Roger M. Hughes for Kilpatrick Townsend
                                                                      (Signature of Former Attorney (s))

I consent to the above substitution.
Date:   March 5, 2012                       Roger M. Hughes for Wendel Rosen
                                                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   March 19, 2012                                  /s/ Maxine M. Chesney
                                                                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com