| | |
|---|---|
| 1 | KAMALA D. HARRIS |
| | Attorney General of California |
| 2 | MICHAEL W. JORGENSON |
| | Supervising Deputy Attorney General |
| 3 | TRACE MAIORINO |
| | Deputy Attorney General |
| 4 | SCOTT J. FEUDALE |
| | Deputy Attorney General |
| 5 | State Bar No. 242671 |

ROGER M. HUGHES
WENDEL ROSEN BLACK & DEAN LLP
1111 Broadway St., 24th Floor
Oakland, CA 94607
Telephone: (510) 622-7672
Fax: (510) 808-4732
Email: rhughes@wendel.com
*Attorneys for Plaintiff P. Gomez*

1    KAMALA D. HARRIS
     Attorney General of California
2    MICHAEL W. JORGENSON
     Supervising Deputy Attorney General
3    TRACE MAIORINO
     Deputy Attorney General
4    SCOTT J. FEUDALE
     Deputy Attorney General
5    State Bar No. 242671
      455 Golden Gate Avenue, Suite 11000
6     San Francisco, CA  94102-7004
      Telephone:  (415) 703-5871
7    Fax:  (415) 703-5843
      E-mail:  Scott.Feudale@doj.ca.gov
8    *Attorneys for Defendants R. Mills and D. Quam*

9

10                 IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

| | |
|---|---|
| PEDRO GOMEZ, | C 08-2969 MMC (PR) |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND NON-EXPERT DISCOVERY CUTOFF FOR LIMITED PURPOSE OF TAKING DEPOSITIONS** |
| v. | |
| DOCTOR MERLE SOGGE, et al., | |
| Defendants. | |

On January 13, 2012, the Court issued a pretrial preparation order designating the non-expert discovery cutoff date as March 30, 2012.  During the course of discovery, Defendants have determined that the depositions of three percipient inmate-witnesses are needed to adequately prepare this case for trial.  After further research, however, Defendants have learned that these witnesses are either incarcerated at a different prison or have been released from custody at locations throughout the state.

The parties will be in Crescent City from March 28-30, 2012 to take the depositions of Defendants Mills and Quam and inmate-witness Martinez and attend a settlement conference in this matter.  Accordingly, Defendants cannot take these inmate-witness depositions within the

1

Stip. & Order Ext. Non-Expert Disc. Cutoff  (C 08-2969 MMC (PR))

1   current discovery period.  Moreover, Plaintiff's counsel is unable to attend the inmate-witness

2   depositions in April because he will be preparing for and participating in a three-week trial in

3   Contra Costa County.

4          Accordingly, the parties stipulate to a five-week extension of time of the non-expert

5   discovery cutoff, up to and including May 11, 2012, for the limited purpose of taking the

6   depositions of witnesses Preston Villines, Guillermo Ruiz, and Jose Gonzalez.

7

8   IT IS SO STIPULATED:

9
    Dated: 3/27/12
10
                                                    Roger Hughes, Esq.
11                                                  Attorney for Plaintiff Gomez

12

13  Dated: 3/27/12

14                                                  Scott J. Feudale
                                                    Deputy Attorney General
15                                                  Attorney for Defendants Mills and
                                                    Quam
16

17

18  PURSUANT TO STIPULATION, IT IS SO ORDERED:

19

20  DATED: March 28, 2012

21                                                  HON. MAXINE M. CHESNEY
                                                    United States District Judge
22

23  SF2009201768
    20575466.doc
24

25

26

27

28

                                         2