1   KAMALA D. HARRIS                ROGER M. HUGHES

1  KAMALA D. HARRIS
   Attorney General of California
2  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
3  TRACE MAIORINO
   Deputy Attorney General
4  SCOTT J. FEUDALE
   Deputy Attorney General
5  State Bar No. 242671
     455 Golden Gate Avenue, Suite 11000
6  San Francisco, CA  94102-7004
   Telephone:  (415) 703-5871
7  Fax:  (415) 703-5843
   E-mail:  Scott.Feudale@doj.ca.gov
8  Attorneys for Defendants R. Mills and D. Quam

   ROGER M. HUGHES
   WENDEL ROSEN BLACK & DEAN LLP
   1111 Broadway St., 24th Floor
   Oakland, CA 94607
   Telephone: (510) 622-7672
   Fax: (510) 808-4732
   Email: rhughes@wendel.com
   Attorneys for Plaintiff P. Gomez

9

10         IN THE UNITED STATES DISTRICT COURT

11      FOR THE NORTHERN DISTRICT OF CALIFORNIA

12           SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  **PEDRO GOMEZ,** | C 08-2969 MMC (PR) |
| 15          Plaintiff, | **STIPULATION AND ORDER TO** |
| 16      **v.** | **EXTEND DISCOVERY CUTOFF FOR THE LIMITED PURPOSE OF TAKING** |
| 17  **DOCTOR MERLE SOGGE, et al.,** | **DEPOSITIONS AND TO EXTEND EXPERT DISCOVERY DEADLINES** |
| 18         Defendants. | |

19

20        On January 13, 2012, the Court issued a pretrial preparation order in this case.  The Court

21  set the non-expert discovery cut-off for March 30, 2012.  By stipulation and Court order, the

22  deadline was extended to May 11, 2012 to complete the depositions of percipient witnesses.  The

23  parties will not be able to complete depositions by the deadline.  In part, because the witnesses are

24  located at various parts of the State and Plaintiff's counsel's unavailability due to a three-week

25  jury trial in Contra Costa County.  As such, the parties have agreed to an extension of time to

26  complete the depositions of witnesses Preston Villines, Guillermo Ruiz, and Jose Gonzalez.  The

27  parties have also agreed to extend the expert discovery deadlines and the deadline to file a

28  dispositive motion in this matter.  Therefore, the parties have agreed to the following extensions

1

of time to complete the following depositions and expert discovery in this action:

| | |
|---|---|
| May 22, 2012 | Last day to complete the depositions of witnesses Preston Villines, Guillermo Ruiz, and Jose Gonzalez. |
| May 11, 2012 | Last day to serve expert witness reports. |
| June 1, 2012 | Last day to serve rebuttal expert witness reports. |
| June 29, 2012 | Last day to complete expert discovery. |
| July 6, 2012 | Last day to file a dispositive motion. |

IT IS SO STIPULATED:

Dated: 4/20/12

Roger Hughes, Esq.
Attorney for Plaintiff Gomez

Dated: 4/20/12

Trace O. Maiorino
Deputy Attorney General
Attorney for Defendants Mills and Quam

PURSUANT TO STIPULATION, IT IS SO ORDERED, with the exception that the last day to serve expert witness reports shall be May 4, 2012; the last day to serve rebuttal expert witness reports shall be May 18, 2012; the last day to complete expert discovery shall be June 8, 2012; and the last day to file a dispositive motion shall be June 22, 2012.

DATED: April 25, 2012

HON. MAXINE M. CHESNEY
United States District Judge

SF2009201768
20575466.doc

2