UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

PEDRO GOMEZ,

        Plaintiff,

   v.

MERLE SOGGE, et al.,

        Defendants.
_____/

No. 3:08-cv-2969 MMC (NJV)

ORDER RE JULY 16, 2012 SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM

      Counsel shall appear at the San Francisco Federal Courthouse for the settlement conference and Plaintiff shall appear telephonically. Counsel shall arrange with prison authorities for the telephonic appearance of Plaintiff. At the appropriate time, Plaintiff shall call the courtroom by dialing 888-684-8852, and entering access code 1868782 and security code 7416. Counsel shall also call into the same line from the courtroom.

      Lead trial counsel shall appear at the settlement conference with the parties and persons having **full authority** to negotiate and settle the case. **A person who needs to call another person not present before agreeing to any settlement does not have full authority. To the extent that such consultations are necessary, they must be made in advance of the settlement conference.**

      Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known.

1  Any request to continue the settlement conference shall state the reason therefor and be
2  submitted in writing as soon as possible well in advance of the scheduled conference date. Requests
3  to vacate the settlement referral must be made to the *referring* Judge, not Magistrate Judge Vadas.
4  The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this
5  case settles prior to the date set for the settlement conference.

7  IT IS SO ORDERED.

9  Dated: June 28, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

2