UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| PEDRO GOMEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>MERLE SOGGE, et al.,<br><br>  Defendants.<br>_____/ | No. 3:08-cv-2969 MMC (NJV)<br><br>NOTICE AND ORDER RESETTING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the settlement conference scheduled in this case for 2:00 p.m. on July 20, 2012, is RESET for 11:00 a.m. on the same date.

Counsel for the CDCR is authorized to appear telephonically. Counsel for Defendants shall arrange for the telephonic appearance of Plaintiff.

IT IS SO ORDERED.

Dated: July 19, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge