UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| PEDRO GOMEZ, | No. C 08-2969 MMC/NJV (PR) |
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| MERLE SOGGE, et al., | |
| Defendants. | |

The telephonic status conference set in this case for August 7, 2012, is continued to August 8, 2012, at 10:00 a.m.. Counsel shall dial 888-684-8852, enter access code 1868782 and enter security code 7416. Failure to appear at the status conference may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: August 7, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge