**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| PEDRO GOMEZ, | No. 08-CV-2969 MMC (NJV) |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE |
| v. | |
| MERLE SOGGE, et al., | |
| Defendants. | |
| _____/ | |

The court held a status conference in this matter on August 9, 2012. Pursuant to the discussion had at that conference, and the parties' explanation as to the status of the case, the settlement conference set for August 13, 2012, is HEREBY VACATED. The parties shall file a joint letter brief explaining the status of the case immediately after District Judge Chesney rules on Plaintiff's motion.

IT IS SO ORDERED.

Dated: August 9, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge