Roger M. Hughes (Bar No. 53788)
Thiele R. Dunaway (Bar No. 130953)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: rhughes@wendel.com
*Attorneys for Plaintiff*
*Pedro Gomez*

KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General
D. ROBERT DUNCAN (CA SBN 161918)
Deputy Attorney General
SCOTT J. FEUDALE (CA SBN 242671)
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5871
Fax: (415) 703-5843
E-mail: Robert.Duncan@doj.ca.gov
E-mail: Scott.Feudale@doj.ca.gov
*Attorneys for Defendants Mills and Quam*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEDRO GOMEZ,<br><br>           Plaintiff,<br><br>vs.<br><br>DOCTOR MERLE SOGGE, et al.,<br><br>           Defendants. | Case No. C 08-2969 MMC (PR)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR DISCLOSURE OF EXPERT WITNESSES** |

1  WHEREAS, on August 27, 2012, on Motion filed by Plaintiff Pedro Gomez ("Gomez"), the Court Modified the Pretrial Order in this matter to continue the trial date to January 14, 2013 at 9:00 a.m. in order to allow Gomez the opportunity to obtain an expert. In light of the continuance, the Court set the following revised pretrial schedule:

JURY TRIAL DATE: January 14, 2013 at 9:00 a.m.

PRETRIAL CONFERENCE DATE: December 18, 2012 at 10:00 a.m.

DESIGNATION OF EXPERTS:

Plaintiff: no later than October 1, 2012.

Defendant: Rebuttal no later than November 5, 2012.

EXPERT DISCOVERY CUTOFF: November 26, 2012.

On October 1, 2012 Plaintiff filed his designation of experts identifying both retained expert Dr. Timothy J. Davern and twenty non-retained experts. However, Plaintiff did not disclose a written report by Dr. Davern nor did Plaintiff disclose the expected testimony of the non-retained experts, as required by Federal Rule of Civil Procedure 26(a)(2). After discussion, counsel for Plaintiff Pedro Gomez and for Defendants Mills and Quam agreed that subject to the Court's consent: (1) the date for Plaintiff's compliance with Federal Rule of Civil Procedure 26(a)(2) expert witness disclosure requirements will be extended to no later than October 9, 2012, and (2) the date for Defendants Designation of Rebuttal experts shall be extended to no later than November 13, 2012.

Dated: October 5, 2012

_____
Roger M. Hughes
Wendel Rosen Black & Dean LLP
Attorneys for Plaintiff Pedro Gomez

Dated: October 5, 2012

_____
D. Robert Duncan
Deputy Attorney General
Attorneys for Defendants Mills and Quam

## ORDER

Pursuant to the stipulation of the parties, the Court consents: (1) the date for Plaintiff's compliance with Federal Rule of Civil Procedure 26(a)(2) expert witness disclosure requirements will be extended to no later than October 9, 2012, and (2) the date for Defendants Designation of Rebuttal experts shall be extended to no later than November 13, 2012.

IT IS SO ORDERED:

Dated: October 10, 2012

/s/ William Alsup for
Maxine M. Chesney
UNITED STATES DISTRICT JUDGE