Roger M. Hughes (Bar No. 53788)
Thiele R. Dunaway (Bar No. 130953)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: rhughes@wendel.com

Attorneys for Plaintiff
Pedro Gomez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEDRO GOMEZ, | Case No. C 08-2969 MMC (PR) |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DEADLINE FOR DEPOSITION OF EXPERT WITNESS** |
| vs. | |
| DOCTOR MERLE SOGGE, et al., | |
| Defendants. | |

WHEREAS, on August 27, 2012, the Court Modified the Pretrial Order in this matter to continue the trial date to January 14, 2013 at 9:00 a.m., and the Court set the following revised pretrial schedule:

JURY TRIAL DATE: January 14, 2013 at 9:00 a.m.

PRETRIAL CONFERENCE DATE: December 18, 2012 at 10:00 a.m.

DESIGNATION OF EXPERTS:

Plaintiff: no later than October 1, 2012.

Defendant: Rebuttal no later than November 5, 2012.

EXPERT DISCOVERY CUTOFF: November 26, 2012.

On November 13, 2012 Defendants served their Amended Expert Witness Disclosure identifying Dr. J. Augusto Bastidas as an expert witness. Counsel for Plaintiff Pedro Gomez and

for Defendants Mills and Quam have stipulated and agreed, for the convenience of the witness and the parties, to extend the deadline for expert discovery through December 13, 2012, for the sole purpose of allowing Plaintiff to take Dr. Bastidas's deposition on December 13, 2012.

Dated: December 7, 2012

/s/ *Thiele R. Dunaway*
Thiele R. Dunaway
Wendel Rosen Black & Dean LLP
Attorneys for Plaintiff Pedro Gomez

Dated: December 7, 2012

/s/ *Scott J. Feudale*
Scott J. Feudale
Deputy Attorney General
Attorneys for Defendants Mills and Quam

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing, the date to complete expert discovery is extended through and including December 13, 2012, for the sole purpose of allowing Plaintiff to take Dr. Bastidas's deposition.

IT IS SO ORDERED.

Dated: December 10, 2012

Maxine M. Chesney
UNITED STATES DISTRICT JUDGE