| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>WILLIAM C. KWONG<br>Supervising Deputy Attorney General<br>SCOTT J. FEUDALE<br>Deputy Attorney General<br>State Bar No. 242671<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone: (415) 703-5871<br>  Fax:  (415) 703-5843<br>  E-mail: Scott.Feudale@doj.ca.gov<br>*Attorneys for Defendants R. Mills and D. Quam* | ROGER M. HUGHES<br>WENDEL ROSEN BLACK & DEAN LLP<br>1111 Broadway St., 24th Floor<br>Oakland, CA 94607<br>Telephone: (510) 622-7672<br>Fax: (510) 808-4732<br>Email: rhughes@wendel.com<br>*Attorneys for Plaintiff P. Gomez* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEDRO GOMEZ,<br><br>                                  Plaintiff,<br><br>      v.<br><br>DOCTOR MERLE SOGGE, et al.,<br><br>                                  Defendants. | Case No. C 08-2969 MMC (PR)<br><br>**STIPULATION & ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

    Plaintiff Pedro Gomez and Defendants R. Mills and D. Quam stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This stipulation includes a waiver of any and all claims, known or unknown, and any appellate rights Plaintiff has against Defendants, and any past or future employees of the California Department of Corrections and Rehabilitation, related to the allegations raised in the complaint. Each side shall bear its own

///

///

///

///

///

1

1 | attorneys' fee and costs.  The filing of this stipulation automatically terminates the action.

3 | IT IS SO STIPULATED.

5 | DATED: 6/17/13

ROGER HUGHES
Wendel, Rosen, Black, & Dean LLP
*Attorneys for Plaintiff Gomez*

9 | DATED: 12/2/13

SCOTT J. FEUDALE
Deputy Attorney General
*Attorneys for Defendants R. Mills and D. Quam*

13 | PURUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED:

16 | Dated: December 19, 2013

HON. MAXINE M. CHESNEY
United States District Judge

SF2009201768
20626978.doc